**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MAXINE WRIGHT | |
| Plaintiff, | Civil Action No. _____ |
| v. | |
| VERIZON COMMUNICATIONS INC. | Original State Court:
Superior Court of the District of Columbia |
| Defendant. | |

**NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, Defendant Verizon Communications Inc. ("Verizon") hereby notices removal of this action from the Superior Court of the District of Columbia in Washington, D.C., to the United States District Court for the District of the District of Columbia.  Removal is proper here because this Court has original jurisdiction based on diversity jurisdiction under 28 U.S.C. § 1332, and it has federal question jurisdiction under 28 U.S.C. § 1331.

In further support of this Notice of Removal, Defendant states as follows:

1.    On or about September 29, 2006, Plaintiff Maxine Wright served the summons and complaint in a civil action No 0007217-06, *Maxine Wright v. Verizon Communications Inc. of DC*, in the Superior Court of the District of Columbia in Washington, D.C.  Plaintiff, who is proceeding *pro se*, appears to allege violations of the Americans With Disabilities Act, 42 U.S.C. § 12101 *et seq.*, and/or the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C § 1001 *et seq.*  A copy of all pleadings, process, and orders served upon Verizon are attached as Exhibit 1, pursuant to 28 U.S.C. § 1446(a).

DC: 2320485-1

2.    This action is properly removed to the United States District Court for the District of the District of Columbia, because this Court embraces the Superior Court of the District of Columbia in Washington, D.C., "the place where such action is pending." 28 U.S.C. § 1441(a).

3.    There is complete diversity between the parties because Plaintiff Maxine Wright is a resident of Falls Church, Virginia, and Defendant is a corporation organized under the laws of Delaware, with its principal place of business in New York, New York.  The amount in controversy exceeds the jurisdictional amount of $75,000 under 28 U.S.C. § 1332(a) because the Complaint seeks judgment against Defendant in the sum of $8.5 million.  Removal of this action based on diversity of citizenship under 28 U.S.C. § 1332 is therefore proper

4.    Furthermore, removal based on diversity jurisdiction is proper because Defendant is not a citizen of the District of Columbia, "the State in which [this] action is brought." 28 U.S.C. § 1441(b).

5.    Removal of this action is also proper based on federal question jurisdiction under 28 U.S.C. § 1331, in that the Complaint, to the extent that it may be read as asserting any claim, appears to assert claims against Verizon based on an alleged withholding of disability payments and pension under the Americans with Disabilities Act and ERISA.

6.    This Notice of Removal is timely because it is filed within thirty days after service of the Complaint. *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48 (1999); 28 U.S.C. § 1446(b).

7.    A true and correct copy of this Notice of Removal will be served on Plaintiff and will be filed with the Clerk of the Superior Court of the District of Columbia in Washington,

D.C., promptly after filing this Notice, in accordance with 28 U.S.C. § 1446(d).  No previous Notice of Removal has been filed in this Court for the relief sought herein.

8.    By filing this Notice of Removal, Defendant does not waive any of its rights, denials, defenses or objections, including, but not limited to, any defects in service, process or jurisdiction.

DATED:  October 23, 2006                 Respectfully submitted,

Jeffrey G. Huvelle
DC Bar No. 227769
Reenah L. Kim
DC Bar No. 478611
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone: (202) 662-6000
Fax: (202) 662-6291

*Counsel for Defendant Verizon*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal was served on this date via first-class mail, postage prepaid to the following:

> Maxine Wright
> 5721 Magnolia Lane
> Falls Church, VA 22041
>
> *Plaintiff*

SO CERTIFIED, this 23d day of October 2006

Reenah L. Kim

# EXHIBIT 1 TO
# DEFENDANT VERIZON'S NOTICE OF REMOVAL

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION



MAXINE WRIGHT
Vs.
VERIZON COMMUNICATIONS INC DC

C.A. No.   2006 CA 007217 B

**INITIAL ORDER**

SEP 2 9 2006

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge MELVIN R. WRIGHT
Date:  September 25, 2006
Initial Conference: 9:30 am, Friday, January 12, 2007
Location:  Courtroom 200
           500 Indiana Avenue N.W.
           WASHINGTON, DC 20001

Caio.doc

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
### 500 Indiana Avenue, N.W., Room JM-170
### Washington, D.C. 20001 Telephone: 879-1133

MAXINE WRIGHT
5721 Magnolia lane
Falls Church, VA 22041 *Plaintiff*

vs.

Verizon Communications Inc of DC
Legal Department *Defendant*
Erisa
1310 N. Court House Road
Arlington VA · 20201          **SUMMONS**

Civil Action No 0007217-06



RECEIVED
SEP 2 9 2006

To the above named Defendant:

　　You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below.　If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

　　You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Maxine Wright
Name of Plaintiff's Attorney

5721 Magnolia lane
Address
Falls Church VA
571-241-7430
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date 9/25/06

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

**NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.**

CV(6)-456/May 03

IMPORTANT:  IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT.  IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ES-TATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT.  IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly con-tact one of the offices of the Legal Aid Society (624-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

Maxine Wright
5781 Magnolia Lane
Falls Church VA 22041

*Plaintiff*

*vs.*

CIVIL ACTION No. 0007217-06

Verizon Communication Inc DC
Legal Department
ERISA
1310 N. Court House Road
Arlington VA 22201

*Defendants*

RECEIVED
Civil Clerk's Office
SEP 25 2006
Superior Court
District of Columbia
Washington, D.C.

**COMPLAINT**

1.  **Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.**

Verizon is withholding my disability
payment also Verizon is withholding my
disability pension

**Wherefore, Plaintiff demands judgment against Defendant in the sum of $** 8.5 million dollars
**with interest and costs.**

571-241-7430
**Phone:**

**DISTRICT OF COLUMBIA, SS**

x MAXINE WRIGHT
**, being first duly sworn on oath deposes and says that the
foregoing is a just and true statement of the amount owing by defendant to the paintiff, exclusive of all
set-off and just grounds of defense.**

x Maxine Wright
**(Plaintiff**                                                    **Agent)**

**Subscribed and sworn to before me this** 25th **day of** September **20** 06 **.**

**(Notary Public/Deputy Clerk)**

FORM CV-1013/ Nov. 00

EEOC Form 161 (3/98)   **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**          0007217-06

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To:  **Maxine L. Wright**<br>**5721 Magnolia Lane**<br>**Falls Church, VA 22041** | From: **U. S. EQUAL EMPLOYMENT**<br>**OPPORTUNITY COMMISSION -**<br>**BIRMINGHAM DISTRICT OFFICE**<br>*Ridge Park Place*<br>1130 22nd Street South, Suite 2000<br>Birmingham, AL 35205-1130 |

☐  *On behalf of person(s) aggrieved whose identity is*
   *CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **570-2006-00171** | **Lula Hall-Bell, Investigator** | **(205) 212-2074** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐  Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐  Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐  While reasonable efforts were made to locate you, we were not able to do so.

☐  You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒  The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐  Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you.  You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Beverly B. Hinton for*                                7/10/06

Bernice Williams-Kimbrough, District Director          *(Date Mailed)*

Enclosure(s)

cc:   **Dianne James**