PRAECIPE

# United States District Court
# for the District of Columbia

the _25th_ day of _October_ ~~19~~ _2006_

Plaintiff
## Maxine Wright

Defendant                    vs.

## Verizon Communication Inc

}

Civil / Criminal
Action No. 1:06-cv-d819-~~ESA~~
HHK

The Clerk of said Court will _Order my Disability Payments I was injured on the job and permanently disabled due all benefits. for mishandling my midlife case and workers Compensation case # 205608308 was as Verizon was told no other doctor but Dr HAMilton Jacks on could be used and Verizon just disregarding the Hearings to violate my Doctors orders and the American With Disabilitias act of 1990 I handicapped the Employees Retirement Income act ERISA, the family Medical leave Act FMLA and my Civil Rights Act as amended April 1964 the black I value these compounded discrimations and the time taken to finalize the case. at 8.5 million Dollars_

_October 25, 2006_
**Date**

_Maxine Wright_
**Signature**

_MAXINE WRIGHT_
**Print Name**

_5724 Magnolia lane_
**Address**

_Falls Church, VA 22041_
**City**              **State**       **Zip Code**

_703-820-6566_
**Phone Number**

**BAR IDENTIFICATION NO.**

# RECEIVED

OCT 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

_I maxine wright will send a copy of this to_

_Covington + Burling_
_1201 Pennsylvania ave NW_
_Washington DC. 20004_
_I will be mailing this paper today._

**Verizon**
**Absence Reporting Center**

*06-01819-ESH*

03/23/2005

MAXINE L WRIGHT
5721 Magnolia Lane
Falls Church VA 22041

Re: Absence beginning 03/01/2005

Dear Maxine L Wright

Your absence to care for your self for the period indicated above has been **approved** for
Family and Medical Leave Act (FMLA) leave. The period of your approved leave will be counted toward
your twelve (12) workweek FMLA allotment, and state allotment, if applicable. This absence will not be
subject to the provisions of the established attendance plan and practices in your area, unless it exceeds the
duration of your remaining FMLA entitlement.

While this absence has been approved for FMLA leave, you may or may not be entitled to payment
under applicable plans, policies, programs, or collective bargaining agreements. For information
regarding potential payments, please contact your supervisor.

We strongly recommend that you monitor your remaining FMLA entitlement on an on-going basis.
You are responsible for communicating with your Supervisor/Absence Administrator during your
absence period.

If you have any questions, please contact the FMLA Administrator at (877) 275-8947, or visit Verizon's
Absence Management intranet web site at http://hr.verizon.com/job/0150_manageabsence.shtml

Thank You

FMLA Administrator

cc: Supervisor Notification Table

*D 6-18 19 - ESh*

# THE METROPOLITAN WASHINGTON ORTHOPAEDIC ASSOCIATION
## CHARTERED 1975
## & ALLIED SUBSPECIALTIES

*63993*

| ORTHOPAEDIC SURGERY | RIDA N. AZER, M.D. | PHYSICAL MEDICINE REHABILITATION CENTER |
|---|---|---|
| ARTHRITIS & JOINT REPLACEMENT CENTER | NIGEL M. AZER, M.D.<br>CHARLES H. EMICH, M.D.<br>RAFIK D. MUAWWAD, M.D. | DANIEL IGNACIO, M.D.<br>BOARD CERTIFIED |
| HAND SURGERY CENTER | HAMPTON J. JACKSON, M.D. | |
| SPINAL CENTER | PETER S. TRENT, M.D.<br>CHRISTINA L. CERVIERI, M.D. | CHRISTINA LENCHERT, M.P.T.<br>DIRECTOR, PMRC |
| ORTHOPAEDIC RADIOLOGY & IMAGING | BRETT J. HAMPTON, M.D.<br>BASHIR A. ZIKRIA, M.D. | |

| WASHINGTON DC OFFICE<br>2112 "F" STREET, N.W.<br>SUITE 804<br>WASHINGTON, D.C. 20037<br><br>TELEPHONE (202) 331-2080<br>FAX (202) 331-2380 | 6144 OXON HILL ROAD<br>OXON HILL, MD 20745<br><br>TELEPHONE (301) 839-1600<br>FAX (301) 567-2618 | 831 UNIVERSITY BOULEVARD EAST<br>SILVER SPRING, MD 20903<br><br>TELEPHONE (301) 431-5770<br>FAX (301) 431-0194 | 417 N. WASHINGTON STREET<br>ALEXANDRIA, VA 22314<br><br>TELEPHONE (703) 548-6666<br>FAX (703) 548-4825 |

ALEXANDRIA OFFICE - 06/07/06

*Clm# 20050302179-011*
RE:  WRIGHT, MAXINE
*US. Verizon*

## ORTHOPAEDIC CONSULTATION REPORT
## FOR CONDITIONS CAUSED BY WORK INJURY OF 03/01/05

The patient returns today with some concerns, some actually unusual misunderstanding about light duties that I have written for her and I have done that for over a year and found it a bit disconcerting.  I though I was very clear that her light duties slips would include activities that involve repeated bending, repeated stooping, heavy lifting, prolonged standing and walking, and include no typing.  I do not see how that is misunderstood.  It is clearly written in my report of October 12, 2005.  It should be clear that I have never indicated that I thought this patient was fit to return to her regular work since I have been treating her.  When I have commented about work, it has always been for light duties with the above-mentioned restrictions always.

Hampton J. Jackson, Jr., M.D.

HJJ/fjd



Renard  Flournoy
2055 L st. NW  4th Floor
Washington DC 20036

Dear Mrs. Maxine Wright,

    On July 20, 2005, you were seen by a Dr. Steve Hughes, as part of an Independent Medical Evaluation. I have been informed that the evaluation doctor was unable to justify your disability claim. Once your claim is denied, you are expected to return to work.

You must report to work, Wednesday August 3, 2005 at 8:30 am. This return is to full duty with no restrictions. Failing to comply with this directive may lead to your separation from payroll.

Renard L. Flournoy
Customer Service Partner

Metropolitan Life Insurance Company
MetLife Disability, P.O Box 14590, Lexington, KY 40511-4590
**Phone:** 1-800-638-4228    **Fax:** 1-800-230-9531

06-1819-ESh

# MetLife®

August 25, 2005

Ms. Maxine L. Wright
5721 Magnolia Lane
Falls Church, VA 22041

**RE:** Claim #:  520503188232
Personnel #: BAQN5HX
Absence beginning: March 5, 2005

Dear Ms. Wright:

Based on the medical information supplied by your health care provider, your absence has been **approved** beginning on March 5, 2005 through September 21, 2005. You are responsible for communicating with MetLife and your Supervisor/Absence Administrator during your absence.

If a return to work date has not been established, on or near the approved through date, a case manager will contact your health care provider to determine if there is a need for an extension. **If your health care provider has released you to return to work (with or without restrictions) prior to the September 21, 2005, you must contact MetLife and your Supervisor/Absence Administrator immediately.** Verizon's Disability Claims Administrator determines eligibility, as well as any applicable plan limitations or exclusions of disability benefits.

Any certified period of disability will run concurrently with any leave approved under the Family and Medical Leave Act (FMLA) and will be counted towards your annual allotment under FMLA if you are eligible. Your approved disability will qualify for leave under the FMLA from the first date of this current absence. Also, when your certified period of disability ends, you could be eligible for unpaid leave under FMLA.

If you are an employee in the State of New York or New Jersey, MetLife will review information to determine your eligibility under the New York DBL plan (NYDBL) or the New Jersey Private Plan (NJPP), where appropriate.

If you have questions, please contact MetLife's Customer Response Center Monday through Friday from 8:00 A.M. to 8:00 P.M. Eastern Time at the toll free number above.  Our Customer Response Center representatives can assist you with your claim questions.

Sincerely,

*Erica Thomson*
**MetLife Disability**

For efficient and prompt claim handling, all documents or correspondence returned to us should contain the claim number.