PRAECIPE

# United States District Court
## for the District of Columbia

Plaintiff the **Oct 25th** day of **October** 19 **2006**

**Maxine Wright**
**5721 magnolia lane Falls Church VA 22041**

vs.

Defendant **Verizon Communication inc**

Civil / Criminal Action No. **1;06 CV 01819 HHK**

The Clerk of said Court will **Have my Affidavit I worked for Verizon over 26 years Since July 23, 1979 all my Adult life Because of Verizon negligent I was injured on the Job. I Have All qualifying criteria for my full Disability Pension and all Benefits Verizon tried to fire me so my Benefits would not be paid. which violated the ERISA Employee Retirement Income Act other violations are in the Precipe.**

**Oct 25, 2006**
Date

_____
BAR IDENTIFICATION NO.

**Maxine Wright**
Signature

**MAXINE WRIGHT**
Print Name

**5721 Magnolia lane**
Address

**Falls Church VA 22041**
City   State   Zip Code

**703-820-6566**
Phone Number

**RECEIVED**
**OCT 26 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I Maxine Wright will send a copy of my Affidavit to Covington + Burling 1201 Pennsylvania Ave Wash. DC 20004

# THE METROPOLITAN WASHINGTON ORTHOPAEDIC ASSOCIATION
### CHARTERED 1975
## & ALLIED SUBSPECIALTIES

| | | |
|---|---|---|
| ORTHOPAEDIC SURGERY | RIDA N. AZER, M.D. | PHYSICAL MEDICINE REHABILITATION CENTER |
| ARTHRITIS & JOINT REPLACEMENT CENTER | NIGEL M. AZER, M.D. | |
| | CHARLES H. EMICH, M.D. | DANIEL IGNACIO, M.D. |
| HAND SURGERY CENTER | RAFIK D. MUAWWAD, M.D. | BOARD CERTIFIED |
| SPINAL CENTER | HAMPTON J. JACKSON, M.D. | CHRISTINA LENCHERT, M.P.T. |
| | PETER S. TRENT, M.D. | DIRECTOR, PMRC |
| ORTHOPAEDIC RADIOLOGY & IMAGING | CHRISTINA L. CERVIERI, M.D. | |

WASHINGTON DC OFFICE
2112 "F" STREET, N.W.
SUITE 804
WASHINGTON, D.C. 20037
TELEPHONE (202) 331-2080
FAX (202) 331-2380

6144 OXON HILL ROAD
OXON HILL, MD 20745
TELEPHONE (301) 839-1600
FAX (301) 567-2618

831 UNIVERSITY BOULEVARD EAST
SILVER SPRING, MD 20903
TELEPHONE (301) 431-5770
FAX (301) 431-0194

417 N. WASHINGTON STREET
ALEXANDRIA, VA 22314
TELEPHONE (703) 548-6666
FAX (703) 548-4825

ALEXANDRIA OFFICE - 11/16/05

RE: WRIGHT, MAXINE

## ORTHOPAEDIC CONSULTATION REPORT
## FOR CONDITIONS CAUSED BY WORK INJURY OF 03/01/05

The patient returns today. She still has significant neck pain and quite a bit of spasm. We went ahead and did an injection to the paraspinal area on the right into the maximum trigger point and got some partial relief of the spasm and pain. This will only be temporary. She will be fitted with a cervical collar. Again this patient will need chronic care as evidence by the need for the injection today. I might say that she may need an injection once or twice a year possibly. I think we can manage it with conservative measures, and I do not plan or think surgery would be necessary in my experience, but she still has a permanent injury and will have permanent symptoms and hopefully we can control at least partially.

Diagnoses: Cervical disc injury, cervical disc syndrome and radiculopathy as a result of work injury of 03/01/05.

Certainly she has significant pain impairment and I would estimate the actual exact figure that she has to 56% to 57% pain-related impairment in additional to her actual physical impairments. We will consider bringing this patient over 60% to 65% impairment.

Hampton J. Jackson, Jr., M.D.

HJJ/jssQ

[CA47] - On 08/09/2005 09:54 - For 520503188232
Call-Up For: [CA47] - On 08/09/2005    Call-Up Complete: [CA47] - On 08/11/2005
ACTION PLAN: FOLLOW UP WITH ER R FLOURCY

[UC98] - On 08/09/2005 10:32 - For 520503188232
Call-Up For: [CCIT] - On 08/09/2005    Call-Up Complete: [CC64] - On 08/09/2005
CRC: CALL BACK REQUEST TO:CA47

ER CALLED:
RENARD
PH: 202-392-0959 OR 202-392-6481

IN REGARD TO IME

[CC64] - On 08/09/2005 11:13 - For 520503188232
Call-Up For: [VRCQ] - On 08/09/200    Call-Up Complete: [CA47] - On 08/09/2005
REDIRECTED RETURN CALL TO:CA47

[CA47] - On 08/09/2005 13:12 - For 520503188232

OUTGOING CALL TO ER R FLOURCY- ADVISED ER WAS NOT AVAILABLE

[CA47] - On 08/11/2005 08:44 - For 520503188232

INCOMING CALL FROM ER E FLOURCY- LATE ENTRY

ER EXPLAINED THAT EE WORK COMP D IME RECOMMENDED EE RTW FT NO R/L
HE STATED THAT VZ ATTORNEY'S ADVISED HIM TO SEND EE LETTER
REQUESTING SHE RTW

HE UNDERSTANDS THAT EE HAD D IME THRU UNIVAL, HOWEVER HE STATES HE
DID AS HE WAS INSTRUCTED BY VZ ATTORNEY

ER WILL NOT CHANGE EE ABS DATES TO REFLECT SHE IS STILL ON
DISABILITY. SHE IS CURRENTLY ' ON VACATION '

ER ALSO STATED THAT UNION IS INVOLVED IN CLAIM

[CA47] - On 08/11/2005 08:45 - For 520503188232
Call-Up For: [CA47] - On 08/11/2005    Call-Up Complete: [CA47] - On 08/17/2005
ACTION PLAN: FOLLOW UP WITH UM/CD72 FOR FURTHER RECOMMENDATIONS

[CD71] - On 08/17/2005 09:58 - For 520503188232

VOICE MAIL LEFT FOR ER RENARD FLOURNOY 202-392-6481 REQUESTING
RETURN CALL. CS TO CONFIRM EE RTW FT WITH NO RESTRICTIONS FOLLOWING
HER VACATION LEAVE.

CFORTE CS

[CA49] - On 08/17/2005 09:58 - For 520503188232
Call-Up For: [CC05] - On 08/17/2005    Call-Up Complete: [CA49] - On 08/17/2005
REFERRAL TO POAP - INVOICE PAYMENT

UNIVAL BILL SENT TO PO-AP

VENDOR: UNIVAL

BULK INVOICE #: 10458

INVOICE DATE: 08/08/05

DATE OF UNIVAL SERVICE: 06/30/05

# Superior Court of the District of Columbia

## CIVIL DIVISION

**PRAECIPE**

RECEIVED
JUDGMENT OFFICE
OCT 2 0 2006
Superior Court
of the District of Columbia
Washington, DC

☑ CIVIL ACTION JM-170           The _20th_ Day of _October_, 20_06_
☐ LANDLORD AND TENANT JM-255
☐ SMALL CLAIMS JM

Maxine Wright
5721 Magnolia Lane
Falls Church VA 22041
**Plaintiff**

vs.

Verizon Communication Inc of DC
ERISA / legal
1310 N. Courthouse Road
Arlington VA 22201
**Defendant**

Case Number: 0007217-06

CA # 1:06-CV-01819-HHK

The Clerk of said Court will _____

I would like to Request for Default

| Attorney for Defendant | Attorney for Plaintiff |
|---|---|
| Verizon Comm. Inc | Maxine Wright |
| **Address** ERISA / Legal Dept 1310 N. Courthouse Rd Arlington VA 22201 | **Address** 5721 Magnolia Lane Falls Church VA 22041 |
| Phone No.      Bar No. | Phone No. 403-820-6566     Bar No. |

Form CV-358/Jul. 00

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 570-2006-00171 |

**D.C. Office Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Maxine L. Wright | (703) 820-6566 | 07-31-1956 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5721 Magnolia Lane, Falls Church, VA 22041 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| VERIZON | 500 or More | (202) 392-0959 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2055 L Street, N.W., Room 401, Washington, DC 20036 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 08-03-2005   Latest: 11-05-2005

[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

On July 7, 1979, I began employment with the above named Respondent and held the position of an Operator. On March 1, 2005, while under the supervision of Customer Service Partner Renard L. Flournoy, I incurred an on-the-job injury, and was out of work on short term disability. On July 20, 2005, Respondent mandated that I take an Independent Medical Evaluation, with their physician, who determined that he was unable to justify my disability claim in contrast to my physician diagnosing that I was over 60% to 65% disabled. On August 3, 2005, I was ordered back to work, without restrictions, or I would be separated from employment. I returned to work, but was only able to work ½ day. On August 6, 2005, I had no other choice but to utilize my earned annual leave to cover my time off for the remainder of this month. I returned back to work in September 2005, but was only able to work 7 days out of this month. During this time period, Mr. Flourney subjected me to different terms and conditions than Caucasian co-workers. I was harassmed, denied my physician's request for reasonable accommodation and denied full retirement medical benefits. I contacted my union, Local 2300, but President Daisy Brown and Steward Helen Durant, sided with Respondent and received no assistance. On November 5, 2005, I retired from employment, however, I have only been awarded 6 months of benefits instead of lifetime benefits for 26 years of service with Respondent.

I believe that I was discriminated against because of my disability, in violation of the Americans with Disabilities Act of 1990 and because of my race – Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Jan 25, 2006     *Maxine Wright*<br>Date     Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |