IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAXINE WRIGHT<br><br>      Plaintiff,<br><br> v.<br><br>VERIZON COMMUNICATIONS INC.<br><br>      Defendant. | Civil Action No. 1:06-cv-01819-HHK |

**DEFENDANT'S DISCLOSURE OF
CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

  Certificate required by LCvR.7.1 of the Local Rules of the United States District Court for the District of the District of Columbia:

  I, the undersigned counsel of record for Defendant Verizon Communications Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Verizon Communications Inc. which have any outstanding securities in the hands of the public:

  **Verizon Delaware Inc.**

  [formerly known as "Bell Atlantic - Delaware, Inc." and "The Diamond State Telephone Company"]

  **Verizon Maryland Inc.**

  [formerly known as "Bell Atlantic - Maryland, Inc." and "The Chesapeake and Potomac Telephone Company of Maryland"]

  **Verizon New Jersey Inc.**

  [formerly known as "Bell Atlantic - New Jersey, Inc." and "New Jersey Bell Telephone Company"]

**Verizon Pennsylvania Inc.**

[formerly known as "Bell Atlantic - Pennsylvania, Inc." and  "The Bell Telephone Company of Pennsylvania"]

**Verizon Virginia Inc.**

[formerly known as "Bell Atlantic - Virginia, Inc." and "The Chesapeake and Potomac Telephone Company of Virginia"]

**Verizon West Virginia Inc.**

[formerly known as "Bell Atlantic - West Virginia, Inc." and "The Chesapeake and Potomac Telephone Company of West Virginia, Inc."]

**Verizon New York Inc.**

[formerly known as "New York Telephone Company"]

**Verizon New England Inc.**

[formerly known as "New England Telephone and Telegraph Company"]

**Verizon California Inc.**

[formerly known as "GTE California Incorporated"]

**Verizon Florida Inc.**

[formerly known as GTE Florida Incorporated"]

**Verizon North Inc.**

[formerly known as GTE North Incorporated"]

**Verizon Northwest Inc.**

[formerly known as GTE Northwest Incorporated"]

**Verizon South Inc.**

[formerly known as "GTE South Incorporated"]

**Verizon Capital Corp.**

**Cellco Partnership (dba "Verizon Wireless")**

**NYNEX Corporation**

**GTE Corporation**

**GTE Southwest Incorporated (dba Verizon Southwest)**

In addition, Verizon Communications Inc. owns a 52% interest in Telecommunicaciones de Puerto Rico, Inc. which has publicly traded notes.  Verizon also owns non-controlling minority interests in various companies that have publicly held securities.


DATED:  October 30, 2006                Respectfully submitted,


        /s/        Reenah L. Kim
Jeffrey G. Huvelle
DC Bar No. 227769
Reenah L. Kim
DC Bar No. 478611
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone: (202) 662-6000
Fax: (202) 662-6291

*Counsel for Defendant Verizon*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing "Defendant's Disclosure of Corporate Affiliations and Financial Interests" was served on this date via first-class mail, postage prepaid to the following:

>Maxine Wright
>5721 Magnolia Lane
>Falls Church, VA 22041
>
>*Plaintiff*

SO CERTIFIED, this 30th day of October 2006

        /s/     Reenah L. Kim
Reenah L. Kim