PRAECIPE

# United States District Court
# for the District of Columbia

the  Oct  day of  30th  19 2006.

Maxine Wright
vs.
Verizon Communication ins

Civil / Criminal Action No. 06-1819

The Clerk of said Court will  Original Case 06-1819 Request Jury Trial on Oct 25, 2006 Want Jury Trial in District Court (Not Related to Case 06-1832 At All) (parties in case 06-1832 unknown)

11-31-2006
Date

Maxine Wright
Signature

MAXINE WRIGHT
Print Name

5721 Magnolia Lane
Address

Falls Church, VA 22041
City            State      Zip Code

703-820-6566
Phone Number

BAR IDENTIFICATION NO.

**RECEIVED**
OCT 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

I will send a letter to Covington + Burling, 1201 Pennsylvania Ave, Wash. DC 20004