PRAECIPE

U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2006 NOV -6 PM 3:12

NANCY M.
MAYER-WHITTINGTON
CLERK

# United States District Court
# for the District of Columbia

the __6th__ day of __November__ 19 __2006__

Maxine Wright
5721 Magnolia Lane Falls Church VA 22041

vs.

Verizon Comm. Inc
C/o Covington + Burling
1201 Pennsylvania
Washington, DC 20004

Civil / Criminal Action No. __06-1819 HHK__

The Clerk of said Court will __Requesting Judge Kennedy decide my case on its merits for my Disability Pension and Compensation Award or Order a jury at his discretion. I oppose a dismissal w/ my life bearing situation.__

__11-6-2006__
**Date**

__Maxine Wright__
**Signature**

**BAR IDENTIFICATION NO.**

__Maxine Wright__
**Print Name**

__5721 Magnolia Lane__
**Address**

__Falls Church VA 22041__
City                  State       Zip Code

__703-820-6566__
**Phone Number**

## CERTIFICATE OF SERVICE

I Maxine Wright will send a copy of enclosed
Covington + Burling
1201 Pennsylvania Ave NW
Wash DC 20004

Metropolitan Life Insurance Company
MetLife Disability, P.O Box 14590, Lexington, KY 40511-4590
**Phone:** 1-800-638-4228    **Fax:** 1-800-230-9531

# MetLife®

August 25, 2005

Ms. Maxine L. Wright
5721 Magnolia Lane
Falls Church, VA 22041

RE: Claim #: 520503188232
Personnel #: BAQN5HX
Absence beginning: March 5, 2005

Dear Ms. Wright:

Based on the medical information supplied by your health care provider, your absence has been **approved** beginning on March 5, 2005 through September 21, 2005. You are responsible for communicating with MetLife and your Supervisor/Absence Administrator during your absence.

If a return to work date has not been established, on or near the approved through date, a case manager will contact your health care provider to determine if there is a need for an extension. **If your health care provider has released you to return to work (with or without restrictions) prior to the September 21, 2005, you must contact MetLife and your Supervisor/Absence Administrator immediately.** Verizon's Disability Claims Administrator determines eligibility, as well as any applicable plan limitations or exclusions of disability benefits.

Any certified period of disability will run concurrently with any leave approved under the Family and Medical Leave Act (FMLA) and will be counted towards your annual allotment under FMLA if you are eligible. Your approved disability will qualify for leave under the FMLA from the first date of this current absence. Also, when your certified period of disability ends, you could be eligible for unpaid leave under FMLA.

If you are an employee in the State of New York or New Jersey, MetLife will review information to determine your eligibility under the New York DBL plan (NYDBL) or the New Jersey Private Plan (NJPP), where appropriate.

If you have questions, please contact MetLife's Customer Response Center Monday through Friday from 8:00 A.M. to 8:00 P.M. Eastern Time at the toll free number above. Our Customer Response Center representatives can assist you with your claim questions.

Sincerely,

*Erica Thomson*
**MetLife Disability**

For efficient and prompt claim handling, all documents or correspondence returned to us should contain the claim number.



Verizon Claims Review Unit
100 Half Day Road
PO Box 1438
Lincolnshire, IL 60069-1438

April 10, 2006

Private and Confidential

Ms. Maxine L. Wright
5721 Magnolia Lane
Falls Church, VA 22041

Dear Ms. Wright:

The Verizon Claims Review Unit received your Claim Initiation form dated March 23, 2006, requesting additional benefits under the Verizon Sickness and Accident Disability Benefit Plan for Mid-Atlantic Associates and the Verizon Long-Term Disability Plan for Mid-Atlantic Associates (the "Plan").

As previously stated in our response letter to you dated March 24, 2006, starting January 1, 2004, the processes plan participants or their authorized representatives must use to resolve disagreements about disability benefits have changed. MetLife is the benefits administrator responsible for determining whether or not you are considered disabled under the terms of Plan. The Verizon Claims Review Unit and the Verizon Claims Review Committee are unable to review your request. In order to have your claim reviewed by MetLife, please forward this letter along with any relevant information pertaining to your claim(s) to:

   MetLife
   Post Office Box 14592
   Lexington, KY 40511-4592


Sincerely,

Verizon Claims Review Unit

227000033

*Mail Complaint*

**verizon**

Verizon Claims Review Unit
100 Half Day Road
PO Box 1438
Lincolnshire, IL 60069-1438

March 24, 2006

Private and Confidential

Ms. Maxine L. Wright
5721 Magnolia Lane
Falls Church, VA 22041

Dear Ms. Wright:

The Verizon Claims Review Unit received your letter dated March 3, 2006 requesting additional benefits under the Verizon Sickness and Accident Disability Benefit Plan for Mid-Atlantic Associates and the Verizon Long-Term Disability Plan for Mid-Atlantic Associates (the "Plan").

Starting January 1, 2004, the processes plan participants or their authorized representatives must use to resolve disagreements about disability benefits have changed. MetLife is the benefits administrator responsible for determining whether or not you are considered disabled under the terms of Plan. The Verizon Claims Review Unit and The Verizon Claims Review Committee are unable to review your request. In order to have your claim reviewed by MetLife, please forward this letter along with any relevant information pertaining to your claim(s) to:

  MetLife
  Post Office Box 14592
  Lexington, KY 40511-4592

Sincerely,

Verizon Claims Review Unit

227000033



Verizon Claims Review Unit
100 Half Day Road
PO Box 1438
Lincolnshire, IL 60069-1438

August 22, 2006

Private and Confidential

Ms. Maxine L. Wright
5721 Magnolia Lane
Falls Church, VA 22041

Dear Ms. Wright:

The Verizon Claims Review Unit received your Claim Initiation Form dated August 1, 2006, requesting a Disability Pension under the Verizon Pension Plan for Mid-Atlantic Associates (the "Plan").

After further research, it is our understanding that you have not yet completed the application process for a Disability Pension. Please contact a representative at the Verizon Benefits Center at 1-877-Ask-VzHr (1-877-275-8947) for information on how to apply for a Disability Pension. Verizon Benefits Center representatives are available between 8:00 a.m. and 6:00pm, Eastern Time, Monday through Friday.

Sincerely,

Verizon Claims Review Unit

227000033