FRAECIPE

# United States District Court
# for the District of Columbia

the _____7th_____ day of ___November___ 19 2006

Plaintiff Maxine Wright

vs.

Defendant Verizon

}

Civil / Criminal
Action No. _06-1819_
HHK

The Clerk of said Court will  add Statement of points also a more definite statement of my claim Article #1 and Article #2 Transcript of all conversation from Metlife

Date  11-7-2006

BAR IDENTIFICATION NO.

Signature  Maxine Wright

Print Name  MAXINE WRIGHT

Address  5721 Magnolia lane

City  Falls Church,  State  Virginia  Zip Code  2204

Phone Number  703-820-6566

## CERTIFICATE OF SERVICE

I will mail a copy
to Covington + Burlin
1201 Pennsylvania Ave
NW Wash DC. 20004

RECEIVED

NOV 07 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Maxine Wright 11-7-06

Metropolitan Life Insurance Company
PO Box 14592, Lexington, KY 40511-4592
Tel 800 300-4296  Fax 800 230-9531

**MetLife Disability**

# MetLife®

March 23, 2006

Corrected letter

MAXINE WRIGHT
5721 MAGNOLIA LANE
FALLS CHURCH VA  22041

RE: Claim#:     520503188232
Employer:       Verizon South
Report #:       301817

Dear Ms. Wright:

This is a correction to our letter dated February 16, 2006.

We have completed our review of your claim for Short Term
Disability (STD) benefits.   For the following reason, the
original determination to deny your claim for benefits is
upheld upon appeal review.

Under the terms of the STD plan, you are considered totally
disabled if, as a result of illness or injury:

• You are unable to perform the essential functions of your
  own job or any other job the company may offer you for
  which you are reasonably qualified because of training,
  education, or experience, and

• You are not working at another job (including self-
  employment) earning income that is greater than 20% of
  your base pay at the time of disability.

Short Term Disability benefits end when:

• You are no longer totally disabled.

- You or your doctor fails to provide information required by the plan.

- You fail to submit evidence or refuse to participate in an independent medical exam or evaluation, as required by the plan.

- You fail to comply with doctors' requirements or treatment.

We have reviewed your entire claim.

Our records indicate that you were an operator at Verizon. You left work on March 5, 2005. Short Term Disability benefits were paid through August 29, 2005. On August 30, 2005 you returned to work. As you returned to work, you were no longer eligible for Short Term Disability benefits.

On January 30, 2006 we received your request for an appeal in which you indicated that you were still experiencing pain and you felt that you were forced back to work and forced to take retirement.

On appeal it was confirmed with Verizon that you had returned to work and were actively at work from August 30, 2005 through October 7, 2005. After October 7, 2005 you took unpaid, excused time off until November 5, 2005 at which time you took early retirement.

Based on the available documentation, as you returned to work, you were no longer eligible to receive disability benefits, therefore, the decision to deny your claim for Short Term Disability benefits beyond August 29, 2005 was in accordance with the Plan and remains in effect.

Upon request, MetLife will provide you with a copy of the documents, records, or other information we have that are relevant to your claim and identify any medical or vocational expert(s) whose advice was obtained in connection with your claim.

In the event your claim has been denied in whole or in part, you may submit additional medical such as office notes, medical test results, laboratory reports, consultant reports, diagnostic testing results, surgical records, and hospital records from the initial date of claim or

vocational documentation and any facts, data, questions, or comments you deem appropriate to give your appeal proper consideration.

Please be advised that your employer's plan provides for a second, final review of your claim. If you disagree with this decision and wish to have your claim reconsidered, you may file a voluntary second and final level appeal. You may initiate this appeal by submitting your request and additional relevant documentation that you believe will substantiate your claim within 60 days from your receipt of this letter. Your request should be submitted to:

**MetLife Disability**
**Verizon Second Level of Appeal Review**
**P.O. Box 14592**
**Lexington, KY 40511-4592**

Sincerely,

Anna Marie Monaco
Procedure Analyst
MetLife Disability

06-1819 HHK
pg 1

Statement of points

Maxine Wright Plaintiff / Verizon Defendant

My Verizon Supervisor only of

a few Months in Management

Stated to me He didn't have

to listen to Anyone but The

Verizon Lawyers

My workers Communications of

America Local President

Daisey Brown Stated since

Verizon and Local 2300 have

a Contract that the Contract

superseeds the Federal Goverment

Destrict Goverment and these statemen

Both, to me are wrong.

page 1

06 1819
HHK

pg 2

Statement of points
Plaintiff Maxine Wright                    Defendant: Verizon

The Workers Compensation Dept of the District Government is higher in rank than the Office of Verizons Workers Compensation yet Verizon Office of Workers Compensation disregards every reprimand especially When they were told the only Doctors Orders that can be used in My case is Dr Hampton Jackson. My supervisor Renard Flournoy says it doesn't matter what the Office of Workers Compensation of the District of Columbia Says

page 2

06-1819
HHK
pg 3

Statement of Points

Plaintiff Maxine Wright                    Defendant
                                              Verizon

Because Verizon pays Nem

So Verizon blatant descrimination

of my federal rights and

District of Columbia Workers

Compensation rights and

State Laws I place the

Value of these violations

at 8.5 Million Dollars.

Violating my ERISA Rights

Violating My Civil Rights act

of 1964 Amened.

Violating My American with

Desabilitees act 1990

and Violating my FMLA Rights

page 3

06-1819    Statement of points        Defendant
HHK    plaintiff Maxine Wright        Verizon

p 4

Verizon tried to fire me
So I could not recieve
my Disability Pension by
Demanding I return to work
or be fired to try to end
my employment due to an on
job injury. In Direct Violation
of my Short Term Disability
and long term Disability and
then fraudulently listed it as
a volunteer return to work.
Once Verizon was Notefied
Of this Violation they refuse
to adhearn to the order.

page 4

C06-1819
HHK
pg5

Statement of points
Plaintiff, Maxine Wright

Defendant
Verizon)

Verizon entered a verbal agreement with me when we settled the case. and now they are saying they need me to come to court and get it in writting that apparently no one with in Verizon has the authority to connect errors. except a District court judge.

My main statement of My claim is Because Verizon chose not to obey the Laws within my Workers Compensation case. and never objected by

page 5

06-1819
HHK
pg 6

Statement of Points

Plaintiff Maxine Wright / Defendant Verizon

Written Claim to have the

Laws in my case changed.

Verizon was acting outside

of the law and tried to

cover it up by decieving

all departments into thinking

they were working within the

law in my employment.

therefore distorting the facts

so compoundedly that my

Disability Pension, which

I am entitled to being

permanalty injured, having

my age and service to Equal

page 6

06-1819
HHK
pg 7

Statem of Points
Maxine Wright
Plaintiff

Verizon
Defendant

75 or above would become to

difficult to sort out.

Example: The judges clerk
entered case details of
Case 06-1832 on my docket
Sheet case 06-1819. Case 06-1832
was pretaining to a TRO
this cause confusion and was
almost to difficult to straighten
out Date: 10-30-2006 copy
attached

So since Verizon Refused to

Recornize Dr Jackson Hampton and

Later found they Had too

Obey My doctor, Dr Hampton

Jackson orders. Within

the year My family Medical

Leave was Cancelled.

page 7

| 10/25/2006 | 2 | MOTION for Order of Disability Payments by MAXINE WRIGHT. (tg, ) (Entered: 10/27/2006) |
| 10/26/2006 | 3 | ADDITIONAL ATTACHMENT by MAXINE WRIGHT 2 MOTION for Order filed by MAXINE WRIGHT,. (tg, ) (Entered: 10/27/2006) |
| 10/27/2006 |  | SetHearings: TRO Hearing set for 10/30/2006 @ 01:30 PM in Courtroom 27A before Judge Henry H. Kennedy. (tj ) (Entered: 10/27/2006) |

**PACER Service Center**

**Transaction Receipt**

10/30/2006 10:32:49

| PACER Login: | us2871 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:06-cv-01819-HHK |
| Billable Pages: | 1 | Cost: | 0.08 |

*ERROR #1*

*06 — 1819*
*06 — 1832 — wrong*

*06-1819 HHK*
*Exhibit : Statement of Points*
*plaintiff Maxine Wright / Defendant — Verizon*

06-1819
HHK
Pg 8

Statement of points
Plaintiff Mafune Wright / Defendant Verizon

My short term Disability
was cancelled. My Long term
disability was cancelled all
by Verizon. My rights under
Americans with Disabilities
Acts of 1990 was violated.
My case is still pending
under Employment Retirement
Income Security act verbally
deemed denied. Yet Verizon
refuses to give me the denial
in writtings is in violation.
When they found out all
my statements were true
                    page 8

06-1819
HHK

Statement of Points
Plaintiff Maxine Wright

Defendant
Verizon

pg 9

ignored my case facts in
entirety and all of these
violations violate my civil
rights act Title VII of the
Civil Rights act of 1964 as
amended.

My disability payment is
monies due from the time of
the violation Aug 3, 2005 @ 830
Am. anytime missed due to
illness I have over 25 years
and it entitles me to 52
weeks of disability pay.
Verizon threat me saying

Page 9

06-1819
HHK
pg 10

Statement of points
plaintiff Maxine Wright          Defendant
                                              Verizon

either come to work or be

fired. Due to my injury,

that Verizon was clearly

notified of, My supervisor told

me, I could not work there

anymore. I must leave my

job of 26 years either voluntarly

or violexlty, Leaving me still

on disability. My Doctor position

never change. Workers Compensatio.

of the District of Columbia position

never changed. Dr Hampton

Jackson orders must be followed

although November 9th 2005
                          page 10

06-1819
HHK
pg 11

Statement of points
plaintiff
Maxine W Right                    defendant
                                         Verizon

a week after I was officially

retired I closed my case with

a settlement and began my

attemp for my disability Pension

retirement. Verizon wants

to say because they can

write it down; I returned

on my own every departed

must stick together Verizon

wants to say because my

supervisor Renard Flournory

is abusive and fraudulent

in what he writes down

against me everyone must

                                         page 11

06-1819
HHK
pg 12

Statement of facts
Plaintiff                          Defendant
Maxine Wright                      Verizon

cover up the fact that
this is a Desability Case
to make it look otherwise.
So now Verizon say yes
everything I have told
them is true and correct and
that they have my money waiting
and all my benefits will be
restore but now go to court
and send in an Order from
the Judge and you can have
you Desability Pension and
Total Benefits. Before coming
to Court. I had to notify

page 12

06-1819
HHK
pg 13

Statement of points

Plaintiff
Martine Wright

Defendant
Verizon

Metlife, Metlife Appeals
Metlife Second Appeals.

the Verizon President of
Washington DC Secretary

Equal Employment Commission

National Labor Relations Board

Federal office of FMLA

Federal Labor Department.

the CEO of Verizon Secretary
N.Y.

Aetna

Workers Compensation D.C.

ERISA

Verizons Escalation Team.

Verizon Health + Welfare Depart

Verizon Desability Pension Dept.

06-1819
HHK
pg 14

Statement of points
Plaintiff
Maxine Wright                    Defendant
                                 Verizon

Verizons Claims Review

Verizons Claims Review Committee

I have just about exausted

all means of getting this

sittled outside of court

My request Disability Pension

Commencement Date was August

1, 2006. I have Continued

disabled Since March 1st, 2005

I became pension Elegible for

My Disability pension August

1, 2005  My last day with

Verizon was November 5, 2005

forced to retire so my case would close
page

06-1819
HHK
pg 15

Statement of points
plaintiff
Maxine Wright

defendant.
Verizon

Verizon illegally cut off my benefits August 3, 2005 the Verizon Benefits Claims Committee otherwise known as there escalation team. again verbally they stated they would respond but ignored me in full. until I have the order from the Judge. I earned my benefits for over 26 years of service I was injury due to Verizons neglect on the Job

I am requesting

Page 15

06-1819

pg 16

Statement of points

Plaintiff Maxine Wright                    Verizon
                                           Defendant

Disability payments from
August 3rd thru November
5, 2005 for any unpaid time
I am requesting since Verizon
fraudulenty disrupted my
disability aug 3, 2005 refused
to attended the hearings for
there violation, recieve all
the repremands yet still Chose
to act outside the law that
my Long Term Desabiliy and
Short Term Desabelity be honored
payment for the year encluding
laws governing any money

page 16

06-1819
HHK
Pg 17

Statement of Points    Defendant
Plaintiff                Verizon
Maxine Wright

thats encluded under Disability

showing payments recieved.

Due to Verizons error that

My Disability Pension be

Rectroactive back til when

the forced me to have to retire

which was November 5, 2005.

Being that Im still disabled

and having to come to Court

again within the value

of my Compensation of 8.5

Million Dollars will also

include my pain d suffer

mental anguish, extreme

page 17

06-1819
HHK

Statement ab Points

Plaintiff
Maxine Wright

Defendant
Verizon

Pg 18

financial hardship this has put me through. The mounting punitive damages. all from Verizon not coming to hearings and not Obeying the Standard Principle Rules the governed and are still intack in my case. Now Metlife has reverted back to honoring Dr Jackson like they should of been all the time. they too are under the Verizon umbrella and must do what Verizon says pretending that the reason I have been

page 18

06-1819
HHK
pg 19

Plaintiff Statement of points
Maxine Wright

Defendant
Verizon

denied my Disability Pension
is because I came to work
on my own inititive and
the reason why my supervisor
was tryeng to fire me had
nothing to do with the illegal
activeity gonning on in my
case to make sure I was
out of my job before the
second Heareng which they
Verizon was orded to attend.
Verizon was still found
guilty even though I took
an early out. I still qualifies

page 19

06-1819
HHK
pg20

Statement of Events

Plaintiff          Defendant
Maxine Wright        Verizon

for My disabelety Pension

Verizon said they Know I'm
entilled to my disability
Pension by my permanaest
disabelity and my age and
service equalleng 75+
and there are no jobs within
Verizon that Can compensatee
My disabelity. Verizon ERISA
departiment prefers that
the Court decides,

I asking my Disabelity
payments and Disability
Pension be ordered

page 20

06-1819
HHK

Statement of points

Plaintiff Maxine Wright

Defendant Verizon

pg 21

All benefits I earned with My Disability Pension be ordered. Only Because I qualify in all areas for the Disability Pension and Benefits I requested being that I have Started My service with Verizon July 23, 1979 work for Verizon my entire adult life and Verizon went outside of the law to deny my benefits. the Value I place on the damages is 8.5 Million dollars Compensation for the time taken

page 21

Ob-1819
HHK
pg 22

Statement of points
Plaintiff Maxine Wright

Defendant
Verizon

to finalize this case

thank You

Maxine Wright
5721 Magnolia lane
Falls Church Virginia
22041
703-820-6566

Enclosed is the Metlife Transcript
Metlife recorded for Verizon
without malice or thought
to each party

page 22

06-1819
HHK
Plaintiff
pg 1

More definite Statements of my Claim.
Maxine Wright Defendant Verizon
My oreginal retirement date
is August 1st 2009, I was
ejured on the Job March 1st 2005
I was approved for Family
Medical Leave to Run Concurrent
in the event that I was still
ill if my leave ran out. My
Short term disability was interrupted
with a demand to return to work
or be fired. Metlife the Insurance
Company for Verizon told Verizon
they would have to comply with
my Doctors instruction. Verizon
refuse violating the American
with Disabilities Act of 1990.
Being permanetly injured and
having over 26 years of service
with a comberation of age and
service equalling over 75 the
numerical qualifications for a
disability Pension the Employee
Retirement Security (ERISA) Income
Security Erisa was ignored and refused
to honor or acknowledge my case
in entirety Being that all
White Verizon Employees can have
their disabilites, pension if they

06-1819
HHK
page 2

More Denite Statement Of my claim
Plaintiff Maxine Wright / Defendant Verizon

are Certified disabled utilize
Family Medical Leave, Accommodations
are made for their disabilities and
I was told their is no job in
Verizon that can accommodate
My disability my Civil Rights
were denied also because I am
black.

After 1 year of notifying Verizon
I am asking the Judical System
to handle my complaint.

My Supervisor with permission
of the Verizon Lanyers ordered me
back to Work imsproperly cancelling
my disability pay and time, Because
Verizon Refused to come to hearing
with Workers Compensation and
myself. Allowed my supervisor
to try to fire me before my case
came up Ordering Verizon to
Comply with the Laws of the workers
Compensation Commission, Forcing
me to Retire while disabled
Because of Verizon & the Supervisors
flagrant disregard for all Laws.

06-1819
HHK
Pg 3

More definite statement of my claim
plaintiff Maxine Wright, Defendant Verizon

Since Verizon Refused to listen
to My Doctor and refused to listen
to Workers Compensation and Denied
My FMLA, these actions directly
cancelled and effected my
disability Pension which the papers
and orders were put in my file
August 2005, Now Verizon is
requesting the Order for Disability
payments again Verizon tried
to Combine a settlement on my
injury from my fall Verizon and Metlife
With my personal Earned allowances
Verizon Aetna excluding my disability
Pension. My Supervisor tried to
Coverup the fact that a disability
Case even existed and falsely
notified Metlife I return to work
with out Notifying Metlife the
Re Renard Flowery & the Verizon
Lawyers ignored the Standing
rules And encourage dismissal
to end My Application for a
Disability Pension by Leaving
out the date on the Return to
Work letter so when fired I'd
be short of the qualifying

06-1819
HHK
pg 4

More definite statement of my claim.

Crytirion of service date which although my supervisor forced me off the job by lying and deceiving being that when I left I was still disabled I am entitled to my disability Pension.

I settled my Workers Compensation case where Verizon corrected everything then in January 2006 then change it back to how it was before the settlement and I am asking to be Compensated.

I was not treated like other employees.

~~xxxxxxxxxxxxxxx~~

I am due pay for all time lost due to illness by contract

Being totally disable from my job with age & service over 75 total

Eventhough my Supervisor tried to fire me under trumpt up charges being that disabled when relieving ~~xxxxxxx~~ I am entitled to my Disability pension



Renard Flournoy
2055 L st. NW 4th Floor
Washington DC 20036

Dear Mrs. Maxine Wright,

On July 20, 2005, you were seen by a Dr. Steve Hughes, as part of an Independent Medical Evaluation. I have been informed that the evaluation doctor was unable to justify your disability claim. Once your claim is denied, you are expected to return to work.

You must report to work, Wednesday August 3, 2005 at 8:30 am. This return is to full duty with no restrictions. Failing to comply with this directive may lead to your separation from payroll.

Renard L. Flournoy
Customer Service Partner

# THE METROPOLITAN WASHINGTON ORTHOPAEDIC ASSOCIATION
### CHARTERED 1975
## & ALLIED SUBSPECIALTIES

ORTHOPAEDIC SURGERY

ARTHRITIS &
JOINT REPLACEMENT CENTER

HAND SURGERY CENTER

SPINAL CENTER

ORTHOPAEDIC RADIOLOGY
& IMAGING

**RIDA N. AZER, M.D.**
**NIGEL M. AZER, M.D.**
**CHARLES H. EMICH, M.D.**
**RAFIK D. MUAWWAD, M.D.**
**HAMPTON J. JACKSON, M.D.**
**PETER S. TRENT, M.D.**
**CHRISTINA L. CERVIERI, M.D.**
**BRETT J. HAMPTON, M.D.**
**BASHIR A. ZIKRIA, M.D.**

*63993*
PHYSICAL MEDICINE
REHABILITATION CENTER

DANIEL IGNACIO, M.D.
BOARD CERTIFIED

CHRISTINA LENCHERT, M.P.T.
DIRECTOR, PMRC

WASHINGTON DC OFFICE
2112 "F" STREET, N.W.
SUITE 304
WASHINGTON, D.C. 20037

TELEPHONE (202) 331-2080
FAX (202) 331-2380

6144 OXON HILL ROAD
OXON HILL, MD 20745

TELEPHONE (301) 839-1600
FAX (301) 567-2618

831 UNIVERSITY BOULEVARD EAST
SILVER SPRING, MD 20903

TELEPHONE (301) 431-5770
FAX (301) 431-0194

417 N. WASHINGTON STREET
ALEXANDRIA, VA 22314

TELEPHONE (703) 548-6666
FAX (703) 548-4825

ALEXANDRIA OFFICE - 06/07/06

Clm# 20050302179-011
RE: WRIGHT, MAXINE
vs. Verizon

## ORTHOPAEDIC CONSULTATION REPORT
## FOR CONDITIONS CAUSED BY WORK INJURY OF 03/01/05

The patient returns today with some concerns, some actually unusual misunderstanding about light duties that I have written for her and I have done that for over a year and found it a bit disconcerting. I though I was very clear that her light duties slips would include activities that involve repeated bending, repeated stooping, heavy lifting, prolonged standing and walking, and include no typing. I do not see how that is misunderstood. It is clearly written in my report of October 12, 2005. It should be clear that I have never indicated that I thought this patient was fit to return to her regular work since I have been treating her. When I have commented about work, it has always been for light duties with the above-mentioned restrictions always.

Hampton J. Jackson, Jr., M.D.

HJJ/fjd

# THE METROPOLITAN WASHINGTON ORTHOPAEDIC ASSOCIATION
CHARTERED 1975
## & ALLIED SUBSPECIALTIE

ORTHOPAEDIC SURGERY

ARTHRITIS &
JOINT REPLACEMENT CENTER

HAND SURGERY CENTER

SPINAL CENTER

ORTHOPAEDIC RADIOLOGY
& IMAGING

**RIDA N. AZER, M.D.**
**NIGEL M. AZER, M.D.**
**CHARLES H. EMICH, M.D.**
**RAFIK D. MUAWWAD, M.D.**
**HAMPTON J. JACKSON, M.D.**
**PETER S. TRENT, M.D.**
**CHRISTINA L. CERVIERI, M.D.**

PHYSICAL MEDICINE
REHABILITATION CENTER

DANIEL IGNACIO, M.D.
BOARD CERTIFIED

CHRISTINA LENCHERT, M.P.T.
DIRECTOR, PMRC

WASHINGTON DC OFFICE
2112 "F" STREET, N.W.
SUITE 804
WASHINGTON, D.C. 20037

TELEPHONE (202) 331-2080
FAX (202) 331-2380

6144 OXON HILL ROAD
OXON HILL, MD 20745

TELEPHONE (301) 839-1600
FAX (301) 567-2618

831 UNIVERSITY BOULEVARD EAST
SILVER SPRING, MD 20903

TELEPHONE (301) 431-5770
FAX (301) 431-0194

417 N. WASHINGTON STREET
ALEXANDRIA, VA 22314

TELEPHONE (703) 548-6666
FAX (703) 548-4825

ALEXANDRIA OFFICE - 11/16/05

CC#20050302179-001
RE: WRIGHT, MAXINE
US: Verizon

## ORTHOPAEDIC CONSULTATION REPORT
### FOR CONDITIONS CAUSED BY WORK INJURY OF 03/01/05

The patient returns today. She still has significant neck pain and quite a bit of spasm. We went ahead and did an injection to the paraspinal area on the right into the maximum trigger point and got some partial relief of the spasm and pain. This will only be temporary. She will be fitted with a cervical collar. Again this patient will need chronic care as evidence by the need for the injection today. I might say that she may need an injection once or twice a year possibly. I think we can manage it with conservative measures, and I do not plan or think surgery would be necessary in my experience, but she still has a permanent injury and will have permanent symptoms and hopefully we can control at least partially.

Diagnoses: Cervical disc injury, cervical disc syndrome and radiculopathy as a result of work injury of 03/01/05.

Certainly she has significant pain impairment and I would estimate the actual exact figure that she has to 56% to 57% pain-related impairment in additional to her actual physical impairments. We will consider bringing this patient over 60% to 65% impairment.

Hampton J. Jackson, Jr., M.D.

HJJ/jssQ

Metropolitan Life Insurance Company
PO Box 14590, Lexington, KY  40511-4590
Tel 800 638-4228 Fax 800-230-9531

**MetLife**®

MetLife Disability

*1st Response -*

January 20, 2006

Maxine Wright
5721 Magnolia Lane
Falls Church, VA 22041

RE: Disability Benefit Denial
Claim #: 520503188232
Employee ID: BAQN5HX

Dear Ms. Wright,

The MetLife disability management staff has reviewed your request for disability certification. We are **unable to certify** your disability beyond August 2, 2005 for the following reason(s):

You have been approved for disability benefits March 3, 2005 through August 2, 2005.

It has been reported that you returned to work on August 3, 2005.

Under the terms of the Short Term Disability plan:

"You are considered to be totally disabled if you are unable to work at any Company job due to your disability."

In conclusion, when you returned to work on August 3, 2005 you no longer met the definition of totally disabled and would no longer be eligible for disability benefits.

If you are employed in the state of California, New Jersey, New York, Commonwealth of Puerto Rico or Rhode Island, and have been denied disability benefits, you may be eligible for state mandated benefits.

You could be eligible for unpaid leave under the Family and Medical Leave Act (FMLA). If you have questions regarding FMLA, call 1-877-Ask-VzHR) or (1-877-275-8947, select "Absence Administration" from the main menu and follow the instructions to speak to a customer service representative.

Under ERISA guidelines, you have the right to appeal this determination in writing within one hundred eighty (180) days following receipt of this letter. If you choose to pursue this option, your request should include your name, social security number, and any additional medical information including copies of assessments, progress/medical office notes, diagnosis, treatment plans, and a signed medical release.
Please note, all appeal requests must be made in writing to: MetLife Disability, P.O. Box 14592, Lexington, KY 40511-4592.

You will receive notification of a decision on your appeal within 45 days following receipt of your written request. This period may be extended up to an additional 45 days if special

# THE METROPOLITAN WASHINGTON ORTHOPAEDIC ASSOCIATION

**CHARTERED 1975**

## & ALLIED SPECIALTIES

52050 3188232

**ORTHOPAEDIC SURGERY**

**ARTHRITIS & JOINT REPLACEMENT CENTER**

**HAND SURGERY CENTER**

**SPINAL CENTER**

**ORTHOPAEDIC RADIOLOGY & IMAGING**

RIDA N. AZER, M.D.
NIGEL M. AZER, M.D.
CHARLES H. EMICH, M.D.
RAFIK D. MUAWWAD, M.D.
HAMPTON J. JACKSON, M.D.
PETER S. TRENT, M.D.
TALAAT F. MAXIMOUS, M.D.
MELISSA A. YADAO, M.D.

**BOARD CERTIFIED ORTHOPAEDIC SURGEONS**

**PHYSICAL MEDICINE REHABILITATION CENTER**

DANIEL IGNACIO, M.D.
**BOARD CERTIFIED**

CHRISTINA LENCHERT, M.P.T.
**CHIEF PHYSICAL THERAPIST**

| | | | |
|---|---|---|---|
| 6144 OXON HILL ROAD OXON HILL, MARYLAND 20745 | 831 UNIVERSITY BOULEVARD EAST SILVER SPRING, MD 20903 | 417 N. WASHINGTON STREET ALEXANDRIA, VIRGINIA 22314 | 2112 "F" STREET, N.W., SUITE 804 WASHINGTON, DC 20037 |
| TELEPHONE (301) 839-1600 FAX (301) 567-2618 | TELEPHONE (301) 431-5770 FAX (301) 431-0194 | TELEPHONE (703) 548-6666 FAX (703) 548-4825 | TELEPHONE (202) 331-2080 FAX (202) 331-2380 |

Patient's Name _Maxine Wright_ 020 46 4956

Account # _63993_

Diagnosis _Cervical Disc Syndrome._

_____

_____

This is to certify that the above named patient was seen in this office on ___7·13·05___

**1.** This patient is fit to return to full duties on _____

**2.** This patient is:

☐ To avoid bending, stooping, heavy lifting, prolonged standing or walking from _____
until next evaluation on _____

☐ To avoid pushing, pulling, lifting and overhead use of _____ upper extremity(ies)
from _____ until next evaluation on _____

**3.** This patient is disabled from performing his duties from ___7·13·05___ to ___8·17·05___

_From_
_7-13-05 — 8-17-05_ _m w_

Rida N. Azer, M.D.
Nigel M. Azer, M.D.
Charles E. Emich, M.D.
Rafik D. Muawwad, M.D.
Hampton J. Jackson, M.D.
Peter S. Trent, M.D.
Talaat F. Maximous, M.D.
Melissa A. Yadao, M.D.

Claim #: 520503188232    Name: MAXINE WRIGHT    *Complet Transcript*    Mar 27, 2006
Status: Ended    Page 1 of 61

Clm #: 520503188232  Owner Id: CF22    Report #: 301817  Plan: 000  Subpoint: 2300
SSN: 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  Dt Last Wrk:    Cov: 8200  Subcode: 0001  GM Plant:

[8WDM] - On 03/18/2005 10:49 - For 520503188232

CLAIM IN RESEARCH

[U822] - On 03/18/2005 11:16 - For 520503188232

CRC: INFO UPDATE

ADDITIONAL INFORMATION FROM CLAIM INTAKE

AFTER FILING TWO CLAIMS FOR MAXINE WRIGHT (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) SHE GAVE ME
THE NAME OF A THIRD DOCTOR SHE WILL BE SEEING ON 3/23/05:
DR RIDA AZER 703-549-6666.

[8WDM] - On 03/18/2005 13:38 - For 520503188232

RESEARCH PERFORMED - RESEARCH DATA MISSING

[8WDM] - On 03/18/2005 13:38 - For 520503188232

POTENTIAL DUPLICATE CLAIM

[8WDM] - On 03/18/2005 13:38 - For 520503188232
Call-Up For: [CD74] - On 03/18/2005    Call-Up Complete: [CD74] - On 03/21/2005
INITIAL CLAIM  TELEPHONIC  050318T00129

[ACS1] - On 03/18/2005 13:44 - For 520503188232

RESEARCH TEMPLATE DCN 050318R00490

[C150] - On 03/18/2005 14:14 - For 520503188232
Call-Up For: [VMSU] - On 03/18/200    Call-Up Complete: [CA17] - On 03/18/2005
NEW CLAIM RECEIPT FOR CO MANAGEMENT

[C150] - On 03/18/2005 14:15 - For 520503188232

E-MAIL SENT TO ER - STD NOTIFICATION

----- FORWARDED BY BETTY LUTHER/INS/METLIFE/US ON 03/18/2005 02:15
PM -----

VERIZON NOTIFICATION OF CLAIM RECEIPT

PLEASE ACCEPT THIS ACKNOWLEDGMENT THAT METLIFE HAS RECEIVED A
DISABILITY CLAIM FOR THE FOLLOWING ASSOCIATE:

ASSOCIATE NAME: MAXINE WRIGHT

BAID:BAQN5HX

THIS CLAIM WAS RECEIVED ON 03/18/2005 FOR AN ABSENCE REPORTED WITH A
LAST DAY WORKED OF 03/01/2005.

THE CLAIM NUMBER ASSIGNED TO THIS CLAIM IS 520503188232.  PLEASE USE
THIS NUMBER ON ALL COMMUNICATIONS WITH METLIFE REGARDING THIS
EMPLOYEE.

IF YOU ARE AWARE THAT THIS ABSENCE IS RELATED TO A WORKERS

Claim #: 520503188232      Name: MAXINE WRIGHT

Status: Ended

[C150] - On 03/18/2005 14:15 - For 520503188232

COMPENSATION INJURY OR ILLNESS, PLEASE BE SURE TO FILE THE REQUIRED
INJURY REPORTS WITH THE SAFETY COMPLIANCE CENTER.

SHOULD YOU HAVE QUESTIONS ABOUT THIS CLAIM, PLEASE FEEL FREE TO
CONTACT THE VERIZON CUSTOMER RESPONSE CENTER AT METLIFE AT
1-800-638-4228.

PLEASE DO NOT REPLY TO THE E-MAIL.

[C150] - On 03/18/2005 14:16 - For 520503188232

ER INFO

SUPERVISOR NAME · FLOURNOY,RENARD L
SUPERVISOR EMAIL ID · RENARD.L.FLOURNOY@CORE.VERIZON.COM
SUPERVISOR WORK PHONE ·202/392-6481

[CA51] - On 03/18/2005 15:02 - For 520503188232

Call-Up For: [CD74] - On 03/18/2005    Call-Up Complete: [CD74] - On 03/21/2005

NEW RECURRENT CLAIM - SEE CLAIM 570503188237

RESEARCH TEMPLATE DCN 050318R00492
INITIAL CLAIM · TELEPHONIC · 050318T00137

[CA51] - On 03/18/2005 15:05 - For 520503188232

E-MAIL SENT TO ER - STD NOTIFICATION

----- FORWARDED BY CORA E FAN/INS/METLIFE/US ON 03/18/2005 ·02:58 PM
-----

   VERIZON NOTIFICATION OF CLAIM RECEIPT

PLEASE ACCEPT THIS ACKNOWLEDGMENT THAT METLIFE HAS RECEIVED A
DISABILITY CLAIM FOR THE FOLLOWING ASSOCIATE:

ASSOCIATE NAME: MAXINE  WRIGHT

BAID:BAQN5HX

THIS CLAIM WAS RECEIVED ON 03/18/2005 FOR AN ABSENCE REPORTED WITH A
LAST DAY WORKED OF 03/07/2005.

WE HAVE IDENTIFIED THIS ABSENCE AS A POSSIBLE RECURRENT CLAIM.  THE
CLAIM NUMBER ASSIGNED FOR THIS ABSENCE IS
520503188232.  PLEASE USE THIS NUMBER ON ALL COMMUNICATIONS WITH
METLIFE REGARDING THIS EMPLOYEE.

IF YOU ARE AWARE THAT THIS ABSENCE IS RELATED TO A WORKERS
COMPENSATION INJURY OR ILLNESS, PLEASE BE SURE TO FILE THE REQUIRED
INJURY REPORTS WITH THE SAFETY COMPLIANCE CENTER.

SHOULD YOU HAVE QUESTIONS ABOUT THIS CLAIM, PLEASE FEEL FREE TO
CONTACT THE VERIZON CUSTOMER RESPONSE CENTER AT METLIFE AT

Claim #: 520503188232      Name: MAXINE ___IGHT

Status: Ended

[CA51] - On 03/18/2005 15:05 - For 520503188232

1-800-638-4228.

PLEASE DO NOT REPLY TO THE E-MAIL.

[CA51] - On 03/18/2005 15:06 - For 520503188232

ER INFO

SUPERVISOR NAME   FLOURNOY, RENARD L
SUPERVISOR EMAIL ID   RENARD.L.FLOURNOY@CORE.VERIZON.COM
SUPERVISOR WORK PHONE   202/392-6481

[CA17] - On 03/18/2005 15:41 - For 520503188232

Call-Up For: [CD71] - On 03/18/2005      Call-Up Complete: [CD71] - On 03/18/2005

REFERRAL TO CS, CF

[CD71] - On 03/18/2005 17:05 - For 520503188232

Call-Up For: [CD74] - On 03/18/2005      Call-Up Complete: [CD74] - On 03/21/2005

DECISION SUMMARY RECOMMEND PROVISIONAL CLAIM APPROVAL AS PER SOUTH
REGION STD GUIDELILNES.

[CD71] - On 03/18/2005 17:05 - For 520503188232

Call-Up For: [CD71] - On 03/24/2005      Call-Up Complete: [CD71] - On 03/24/2005

ACTION PLAN RECOMMEND CLAIM DENIAL IF MEDICAL INFORMATION NOT
OBTAINED

[CD71] - On 03/18/2005 17:21 - For 520503188232

INITIAL INTERVIEW ATTEMPT 1 EE 703-820-6566. CS LEFT MSG WITH A MALE
AT EE HOME NUMBER FOR RETURN CALL. HE REPORTED THAT EE DID NOT RTW
3-7-05 AS DOCTOR FOUND OUT SOMETHING WAS FRACTURED.

[CD71] - On 03/18/2005 17:21 - For 520503188232

Call-Up For: [CD71] - On 03/21/2005      Call-Up Complete: [CD71] - On 03/21/2005

ACTION PLAN MAKE INTERVIEW ATTEMPT 2 EE

[CD71] - On 03/18/2005 17:24 - For 520503188232

***CASE MANAGER NEEDS***FROM EE

WORKERS COMP CASE NO?

WORKERS COMP CASE MANAGER'S NAME AND PHONE NO?

NAME AND PHONE NO OF ABSENCE ADMINISTRATOR?

DOES ER ALLOW RTW PART TIME OR WITH RESTRICTIONS?

WHAT PART OF YOUR ARM IS FRACTURED?

WHAT IS EXPECTED RETURN TO WORK DATE?

SURGERY? IN OR OUT PATIENT?

MEDICATIONS?

Claim #: 520503188232      Name: MAXINE  .RIGHT
Status: Ended

[CD71] - On 03/18/2005 17:24 - For 520503188232

IF SO, DOSES?

WHAT IS SPECIALTY OF DR RICHARD ASHBY?

PLEASE PROVIDE CORRECT PHONE NO FOR DR ASHBY, THE NO. WE HAVE IS NOT
ACCURATE NO?

DATES OF FIRST, LAST AND NEXT OFFICE VISITS WITH DR ASHBY?

[CD71] - On 03/18/2005 17:26 - For 520503188232

INITIAL INTERVIEW ATTEMPT 1 ER RENARD FLORIS 202-392-6481. CS LEFT
VM MSG REQUESTING RETURN CALL.

[CD71] - On 03/18/2005 17:27 - For 520503188232
Call-Up For: [CD71] - On 03/21/2005   Call-Up Complete: [CD71] - On 03/21/2005
ACTION PLAN MAKE INTERVIEW ATTEMPT 2 AP ASHBY WHEN EE PROVIDES
CORRECT TELEPHONE NO

[CD71] - On 03/18/2005 17:28 - For 520503188232

***CASE MANAGER NEEDS***FROM ER

LDW?

FDA?

DO YOU ALLOW RTW PART TIME OR WITH RESTRICTIONS?

WORKERS COMP CASE NO?

NAME AND PHONE NO OF WORKERS COMP CASE MGR?

NAME AND PHONE NO OF ABSENCE ADMINISTRATOR?

ER'S E-MAIL ADDRESS?

[CD71] - On 03/18/2005 17:29 - For 520503188232

***CASE MANAGER NEEDS******CASE MANAGER NEEDS***FROM EE

WORKERS COMP CASE NO?

WORKERS COMP CASE MANAGER'S NAME AND PHONE NO?

NAME AND PHONE NO OF ABSENCE ADMINISTRATOR?

DOES ER ALLOW RTW PART TIME OR WITH RESTRICTIONS?

WHAT PART OF YOUR ARM IS FRACTURED?

Claim #: 520503188232    Name: MAXINE WRIGHT

Status: Ended

[CD71] - On 03/18/2005 17:29 - For 520503188232

WHAT IS EXPECTED RETURN TO WORK DATE?

SURGERY? IN OR OUT PATIENT?

MEDICATIONS?

IF SO, DOSES?

WHAT IS SPECIALTY OF DR RICHARD ASHBY?

PLEASE PROVIDE CORRECT PHONE NO FOR DR ASHBY, THE NO. WE HAVE IS NOT

ACCURATE NO?

DATES OF FIRST, LAST AND NEXT OFFICE VISITS WITH DR ASHBY?

[UY19] - On 03/18/2005 18:40 - For 520503188232

Call-Up For: [CD74] - On 03/18/2005    Call-Up Complete: [CD74] - On 03/21/2005

CRC: CM NEEDS OBTAINED FROM EE

CALLER EE

WORKERS COMP CASE NO? C2005-608308

WORKERS COMP CASE MANAGER'S NAME: MS. ELEWEANYA
PHONE NO? 202-671-1017

ABSENCE ADMINISTRATOR NAME:  UNSURE CONTACT CLERK: MS. SPENCER
PH#: 202-392-1212

DOES ER ALLOW RTW PART TIME OR WITH RESTRICTIONS? YES

WHAT PART OF YOUR ARM IS FRACTURED? SPRAINED ENTIRE ARM FROM FINGERS
TO SHOULDER
WHAT IS EXPECTED RETURN TO WORK DATE? 05/02/05

SURGERY? NONE
MEDICATIONS? IBUPROPHEN 600MG 4X PER DAY, NEURONTIN 300MG 3X PER DAY

WHAT IS SPECIALTY OF DR RICHARD ASHBY? PRIMARY CARE PHYSICIAN
PLEASE PROVIDE CORRECT PHONE NO FOR DR ASHBY, THE NO. WE HAVE IS NOT
ACCURATE NO? 703-845-1900
FOV: UNSURE
LOV: 03/17/05
NOV: 03/30/05

DR SHEILA JAHAN: NEUROLOGIST DUE TO ALREADY HAD AN APPOINTMENT
SCHEDULED DUE TO ANNUAL PHYSICAL. EE STATED SHE ALREADY HAD PAIN
BEFORE SHE FEEL AND WAS GOING TO SEE AP.

Claim #: 520503188232     Name: MAXINE ...IGHT

Status: Ended

[UY19] - On 03/18/2005 18:40 - For 520503188232

Call-Up For: [CD74] - On 03/18/2005    Call-Up Complete: [CD74] - On 03/21/2005

PH#: 703-820-0188

FOV: 03/08/05

LOV: 03/16/05

NOV: 03/19/05


EE ALSO WENT TO ER ROOM AND SEEN BY DR KENNETH LATCHIS

CONTACT PH AT WASHINGTON HOSPITAL CENTER

FOV: 03/01/05 IN ER ROOM


OROTHOPEDIC RIDA AZER

FOV: 03/23/05

PH#: 703-549-6666


[CD74] - On 03/21/2005 11:10 - For 520503188232


INITIAL INTERVIEW ATTEMPT WITH ER 2


LEFT MESSAGE WITH 1800#


[6TKL] - On 03/21/2005 11:14 - For 520503188232

Call-Up For: [CD74] - On 04/04/2005    Call-Up Complete: [CD74] - On 03/21/2005

FOLLOW REQ. FOR MEDICAL INFO


[CD74] - On 03/21/2005 11:15 - For 520503188232


CLAIM DECISION: PROVISIONAL INITIAL APPROVAL 3/5-3/27


UNTIL RTW DATE IS VERIFIED AND OUT OF WORK DATES ARE VERIFIED.


[CD74] - On 03/21/2005 11:17 - For 520503188232

Call-Up For: [CTLR] - On 03/21/2005    Call-Up Complete: [CE38] - On 03/21/2005

REFERRAL TO CTLR: PROVISIONAL INITIAL APPROVAL


FDA: 3/5

TYPE 1 OR 2: 2

BENEFIT START DATE: 3/12

STEP DOWN DATE: 3/10/06

FICA EXEMPT DATE: 9/30

MAXIMUM BENEFIT DATE: 3/10/06

APPROVED THROUGH DATE: 3/27


[CD71] - On 03/21/2005 14:14 - For 520503188232


INITIAL INTERVIEW ATTEMPT 2 AP RICHARD ASHBY (PRIMARY CARE
PHYSICIAN) 703-845-1900. CS SPOKE TO RECEPTIONIST WHO ADVISED CS TO
FAX WRITTEN REQUEST FOR MEDICAL INFORMATION TO FAX NO. 703-845-5742.


[CD71] - On 03/21/2005 14:16 - For 520503188232


OUTGOING CORRESPONDENCE APS FAXED TO AP RICHARD ASHBY, FAX NO.
703-845-5742.


DATE 3-21-05


RE: MAXINE WRIGHT

CLAIM #: 520503188232

DOB: 7-31-56


DEAR DR. ASHBY:

Claim #: 520503188232    Name: MAXINE WRIGHT

Status: Ended

[CD71] - On 03/21/2005 14:16 - For 520503188232

METLIFE RECENTLY CONTACTED YOUR OFFICE TO OBTAIN THE NECESSARY
CLINICAL INFORMATION REGARDING YOUR ABOVE NOTED PATIENT'S
DISABILITY.  YOUR OFFICE REQUESTED AN ATTENDING PHYSICIAN'S
STATEMENT (APS) FORM TO PROVIDE THE CLINICAL INFORMATION TO
SUBSTANTIATE THIS INDIVIDUAL'S INABILITY TO PERFORM HIS OR HER JOB
DUTIES DUE TO DISABILITY.  AN ATTENDING PHYSICIAN'S STATEMENT (APS)
IS ENCLOSED WITH THIS LETTER FOR YOUR CONVENIENCE.

PLEASE RETURN THE APS AND COVER SHEET BY 3-24-05 OR CALL US WITH THE
NECESSARY INFORMATION.  IF WE DO NOT RECEIVE THIS DOCUMENTATION
PROMPTLY, APPROVAL FOR YOUR PATIENT'S DISABILITY ABSENCE FROM WORK
MAY BE DENIED DUE TO LACK OF MEDICAL INFORMATION.

FORMS MUST BE COMPLETED AND RETURNED VIA FAX TO 1-800-230-9531 AT
METLIFE DISABILITY, P.O. BOX 14590, LEXINGTON, KY 40511-4590.
PLEASE BE SURE TO INCLUDE THE CLAIMANT'S NAME AND CLAIM NUMBER ON
ALL CORRESPONDENCE.

THANK YOU FOR ASSISTING YOUR PATIENT AND METLIFE IN THIS PROCESS.

PLEASE CONTACT A METLIFE CUSTOMER SERVICE CONSULTANT AT
1-866-463-6377 IF YOU HAVE ANY QUESTIONS ABOUT THIS CLAIM
DETERMINATION.

SINCERELY,

CHERYL FORTE  R.N.
CLINICAL SPECIALIST
METLIFE DISABILITY

[CD71] - On 03/21/2005 14:18 - For 520503188232

OUTGOING CORRESPONDENCE 2 DAY LACK OF MEDICAL CONTACT ICM LETTER
MAILED TO EE.

[CD71] - On 03/21/2005 14:21 - For 520503188232

OUTGOING CALL TO EE 703-820-6566.  CS ADVISED EE THAT 2 DAY LACK OF
MEDICAL CONTACT MAILED TO HER ATTENTION AS APO REQUESTED THAT
A WRITTEN REQUEST FOR MEDICAL INFORMATION BE FAXED.

[CD71] - On 03/21/2005 14:25 - For 520503188232

OUTGOING CORRESPONDENCE DATE 3-21-05

RE: MAXINE WRIGHT
CLAIM #: 520503188232
DOB: 7-31-56

DEAR DR. ASHBY:

METLIFE RECENTLY CONTACTED YOUR OFFICE TO OBTAIN THE NECESSARY
CLINICAL INFORMATION REGARDING YOUR ABOVE NOTED PATIENT'S
DISABILITY.  YOUR OFFICE REQUESTED AN ATTENDING PHYSICIAN'S
STATEMENT (APS) FORM TO PROVIDE THE CLINICAL INFORMATION TO
SUBSTANTIATE THIS INDIVIDUAL'S INABILITY TO PERFORM HIS OR HER JOB
DUTIES DUE TO DISABILITY.  AN ATTENDING PHYSICIAN'S STATEMENT (APS)
IS ENCLOSED WITH THIS LETTER FOR YOUR CONVENIENCE.

Claim #: 520503188232    Name: MAXINE WRIGHT

Status: Ended

[CD71] - On 03/21/2005 14:25 - For 520503188232

PLEASE RETURN THE APS AND COVER SHEET BY 3-24-05 OR CALL US WITH THE
NECESSARY INFORMATION.  IF WE DO NOT RECEIVE THIS DOCUMENTATION
PROMPTLY, APPROVAL FOR YOUR PATIENT'S DISABILITY ABSENCE FROM WORK
MAY BE DENIED DUE TO LACK OF MEDICAL INFORMATION.

FORMS MUST BE COMPLETED AND RETURNED VIA FAX TO 1-800-230-9531 AT
METLIFE DISABILITY, P.O. BOX 14590, LEXINGTON, KY 40511-4590.
PLEASE BE SURE TO INCLUDE THE CLAIMANT'S NAME AND CLAIM NUMBER ON
ALL CORRESPONDENCE.

THANK YOU FOR ASSISTING YOUR PATIENT AND METLIFE IN THIS PROCESS.

PLEASE CONTACT A METLIFE CUSTOMER SERVICE CONSULTANT AT
1-866-463-6377 IF YOU HAVE ANY QUESTIONS ABOUT THIS CLAIM
DETERMINATION.

SINCERELY,


CHERYL FORTE  R.N.
CLINICAL SPECIALIST
METLIFE DISABILITY


[UZ99] - On 03/21/2005 14:37 - For 520503188232

CRC: GENERAL INQUIRY

PER EE REQ MAILED MED AUTH TO EE HOME ADDRESS

[UZ46] - On 03/22/2005 10:01 - For 520503188232
Call-Up For: [CD74] - On 03/22/2005    Call-Up Complete: [CD74] - On 03/23/2005
CRC: GENERAL INQUIRY

ADVISED EE ON THE APS FORM THAT WAS SENT TO THE APO ON 03-21.
EE WILL FOLLOW UP WITH THE APO AND ASK THEM TO FAX THE FORM BACK.

[U971] - On 03/22/2005 13:29 - For 520503188232
Call-Up For: [CD74] - On 03/22/2005    Call-Up Complete: [CD74] - On 03/23/2005
CRC: CM NEEDS OBTAINED


ER CALLING - RENARD FLOURNOY - 202-392-6481 (SUPV)

LDW?: 3-7 OR 3-8

FDA?: 3-21-2005

DO YOU ALLOW RTW PART TIME OR WITH RESTRICTIONS?: YES.

WORKERS COMP CASE NO?: NOT SURE

NAME AND PHONE NO OF WORKERS COMP CASE MGR?: N/A

NAME AND PHONE NO OF ABSENCE ADMINISTRATOR?: RENARD FLOURNOY -
202-392-6481

ER'S E-MAIL ADDRESS? RENARD.L.FLOURNOY@VERIZON.COM

Claim #: 520503188232    Name: MAXINE WRIGHT

Status: Ended

**[UY27] - On 03/22/2005 15:39 - For 520503188232**

CRC: FAX REQUEST

PER EE'S REQUEST, RE-FAXED APS TO DR RICHARD ASHBY FAX 703-845-5742
ATTN: RAZA

**[CD71] - On 03/24/2005 12:44 - For 520503188232**
Call-Up For: [CD74] - On 03/24/2005    Call-Up Complete: [CD74] - On 03/25/2005

DECISION SUMMARY RECOMMEND CLAIM DENIAL FOR LACK OF MEDICAL

**[CD71] - On 03/24/2005 12:45 - For 520503188232**
Call-Up For: [CD74] - On 03/24/2005    Call-Up Complete: [CD74] - On 03/24/2005

REFERRAL TO CASE MANAGER CD74. CLAIM NO LONGER CO-MANAGED WITH CD71
IN MSU FOR MEDICAL. CASE MGR MAY RE-REFER THIS STD CLAIM TO CS CD71
FOR REVIEW OF ANY FUTURE MEDICAL INFORMATION.

**[XA07] - On 03/24/2005 13:05 - For 520503188232**
Call-Up For: [VRCQ] - On 03/24/200    Call-Up Complete: [CD71] - On 03/24/2005

CRC: CALL BACK REQUEST TO:CD74

EE CALLING TO SPEAK TO CM ABOUT LETTER SHE REC'D. LETTER SIGNED BY
CHERYL MURDOCK, BUT CRC TRANSFERRED TO CD74 AS THIS IS THE CM
MANAGING THE CLAIM.

EE MAY BE REACHED AT HOME

**[UY08] - On 03/24/2005 13:09 - For 520503188232**

CRC: CALL TRANSFERRED TO:CD71
ESCALATED CALL.  EE REFUSED TO BE TRANSFERRED TO V/M OR TO WAIT FOR
A C/B.  ALSO WOULD ONLY SPEAK TO CM CD71. WARM TRANSFER TO CD71 WHO
AGREED TO SPEAK TO EE.

**[CD71] - On 03/24/2005 13:13 - For 520503188232**

INCOMING CALL FROM EE. EE TRANSFERRED TO CS CD71 BY CALL CENTER. EE
CALLED TO ASK IF MEDICAL INFORMATION WAS RECEIVED FROM APO. CS
ADVISED EE THAT IT WAS NOT RECEIVED. EE STATED THAT SHE WILL CALL AP
AND CALL CS BACK.

**[CD74] - On 03/25/2005 10:51 - For 520503188232**

CLAIM DECISION: INITIAL CLAIM DENIAL

LACK OF MED REC.

**[CD74] - On 03/25/2005 10:56 - For 520503188232**

OUTGOING CORRESPONDENCE: SENT CLOSURE LETTER TO EE

**[CD74] - On 03/25/2005 10:59 - For 520503188232**

OUTGOING CORRESPONDENCE: SENT DENIAL LETTER TO ER
RENARD.L.FLOURNOY@CORP.VERIZON.COM


----- FORWARDED BY JOHN PHELAN/INS/METLIFE/US ON 03/25/2005 10:58 AM

VERIZON COMMUNICATIONS
NOTIFICATION OF CLAIM STATUS


IF YOUR EMPLOYEE HAS RETURNED TO WORK EITHER AT FULL OR PARTIAL DAYS
OR WITH RESTRICTIONS, PRIOR TO THE EXTENSION DATE ON THIS E-MAIL,

Claim #: 520503188232     Name: MAXINE WRIGHT

Status: Ended

**[CD74] - On 03/25/2005 10:59 - For 520503188232**

PLEASE NOTIFY METLIFE IMMEDIATELY AT 1-800-638-4228.

IF YOU HAVE ANY ADDITIONAL QUESTIONS REGARDING THIS CLAIM, PLEASE
CONTACT METLIFES CUSTOMER CARE CENTER FOR VERIZON COMMUNICATIONS AT
1-800-638-4228.  METLIFE'S HOURS OF OPERATION ARE MONDAY THROUGH
FRIDAY FROM 8 A.M. TO 8 P.M. EASTERN TIME.  THANK YOU.

DATE:03/25/2005
EMPLOYEE LAST NAME:WRIGHT
EMPLOYEE FIRST NAME:MAXINE
BAID:BAQN5HX
CLAIM #:520503188232
CLAIM STATUS: DENIED
CLAIM DECISION:INITIAL CLAIM DENIAL
DATE LAST WORKED:03/01/2005
DATE APPEAL RECEIVED
DATE DISABILITY COMMENCED: 03/05/2005
DATE CERTIFIED THROUGH:  N\A
NOTE: THE CERTIFICATION DATE IS BASED ON CURRENT DOCUMENTATION ON
FILE WITH METLIFE AND IS SUBJECT TO CHANGE UPON RECEIPT OF
ADDITIONAL INFORMATION.
ESTIMATED RTW DATE:  UNKNOWN

COMMENTS :

**[CD74] - On 03/25/2005 11:00 - For 520503188232**

VOICE MAIL LEFT FOR EE

STATED THAT THERE WAS AN UPDATE IN STATUS OF CLAIM. REQUESTED
CALLBACK

**[8CVN] - On 03/25/2005 23:33 - For 520503188232**

PAYROLL NOTIFICATION SENT
SSN: 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   FEED DT: 03/28/2005
LAST NAME: WRIGHT                    FIRST NAME: MAXINE
--------------------------------------------------------
CLAIM NUMBER SENT: 520503188232 STD REC TYP: D ACCIDENT IND: N
STD ORIG ST DT: 03/12/2005 STD NEW ST DT: 03/12/2005
STD END DT: 00/00/0000 STD STEP DOWN DT: 03/11/2006
--------------------------------------------------------
NJ REC TYP:   NJ ORIG ST DT: 00/00/0000 NJ NEW ST DT: 00/00/0000
NJ END DT: 00/00/0000 FST DSBL DT: 03/05/2005

**[UY33] - On 03/28/2005 08:30 - For 520503188232**

CRC: CALL TRANSFERRED TO:CD74
CALLER: EE
REGARDING WORKERS COMP

**[CD74] - On 03/28/2005 08:33 - For 520503188232**

INCOMING CALL FROM EE

EE STATED THAT THIS IS A WC CLAIM AND SHOULD BE PROCESSED AS SUCH.

Claim #: 520503188232    Name: MAXINE WRIGHT

Status: Ended

[CD74] - On 03/28/2005 08:33 - For 520503188232

CM STATED THAT HE CANNOT PROCESS IT AS A WC CLAIM UNTIL THE
NOTIFICATION IS REC. EE UNDERSTOOD.

[XA09] - On 03/29/2005 08:31 - For 520503188232

Call-Up For: [VRCQ] - On 03/29/200    Call-Up Complete: [CD74] - On 03/29/2005

CRC: CALL BACK REQUEST TO:CD74

EE PH# 703 820 6566.  REQ TO SPEAK TO CM.  SHE STATED SHE WILL CALL
BACK.  ADV NO NEW FAX RECD ON CLAIM.

[CD74] - On 03/29/2005 09:18 - For 520503188232

OUTGOING CALL TO EE

EE WAS CHECKING ON STATUS. NOTHING REC. FROM W/C. CM REQUESTED THAT
EE CALL WC CM AND HAVE THEM SEND INFO TO VERIZON. VERIZON WILL SEND
NOTIFICATION OF WC TO METLIFE. EE UNDERSTOOD.

[U910] - On 03/29/2005 15:40 - For 520503188232

CRC: CLAIM STATUS

RENARD FLOURNOY TEL 202-392-6481
ADV EES CLAIM IS CONSIDERED RECURRENT

[UZ65] - On 03/30/2005 10:24 - For 520503188232

Call-Up For: [VRCQ] - On 03/30/200    Call-Up Complete: [CD74] - On 03/30/2005

CRC: CALL BACK REQUEST TO:CD74

EE CALLED REQ TO SPEAK TO CM, DECLINED CSC ASSISTANCE. VERIFIED EE
HOME PH:(703) 820-6566, ADVISED 2 HR C/B TIME, TRX TO CM.

[UZ42] - On 03/30/2005 10:31 - For 520503188232

Call-Up For: [CD74] - On 03/30/2005    Call-Up Complete: [CD74] - On 03/31/2005

CRC: THIS IS A W/C CLAIM

   CLAIM #: 200503179-001
   CM: STEVE MARCELLUS @ 1-800-285-3258 FAX:410-773-4201
   STATUS: REF TO WC

   PER EE

[ACS1] - On 03/30/2005 10:43 - For 520503188232

Call-Up For: [CD74] - On 03/30/2005    Call-Up Complete: [CD74] - On 03/31/2005

MED/VOC INDEX DCN 050330025076

[CD74] - On 03/30/2005 10:49 - For 520503188232

OUTGOING CALL TO EE

CM STATED THAT MED WAS REC AND A W/C CALLUP WAS REC. CM WILL REV.
MED AND GET BACK TO EE WITH A DECISON. EE UNDERSTOOD.

[C150] - On 03/31/2005 09:13 - For 520503188232

Call-Up For: [CD74] - On 03/31/2005    Call-Up Complete: [CD74] - On 03/31/2005

W/C DETERMINATION FORM RECEIVED

EMPLOYEE: MAXINE L. WRIGHT
BAID:BAQN5HX
SS#: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
DATE OF ABSENCE: 3/2/05

Claim #: 520503188232    Name: MAXINE WRIGHT

Status: Ended

[C150] - On 03/31/2005 09:13 - For 520503188232

Call-Up For: [CD74] - On 03/31/2005    Call-Up Complete: [CD74] - On 03/31/2005

DATE OF INJURY/ILLNESS:3/1/05

THE VERIZON WORKERS' COMPENSATION DEPARTMENT HAS RECEIVED NOTICE OF
A WORK-RELATED ABSENCE FOR THE EMPLOYEE NAMED ABOVE. THIS ABSENCE
MUST BE REPORTED TO METLIFE BY THE EMPLOYEE OR SUPERVISOR IN ORDER
FOR THE EMPLOYEE TO BE PAID CORRECTLY.

THE VERIZON WORKERS' COMPENSATION GROUP HAS DETERMINED THAT,
PROVIDED METLIFE CERTIFIES THAT THE EMPLOYEE IS DISABLED, HE/SHE
WOULD BE ELIGIBLE FOR THE FOLLOWING BENEFITS UNDER THE APPLICABLE
SICKNESS AND ACCIDENT DISABILITY PLAN

ACCIDENT BENEFITS
    (MANAGERS OF NORTH ASSOCIATES:  ABSENCE SHOULD BE CODED ILL)
    (MANAGERS OF SOUTH ASSOCIATES:  ABSENCE SHOULD BE CODED ILL)

SICKNESS BENEFITS _____ X*    *COMPENSABILITY HAS NOT YET
BEEN DETERMINED.
    (MANAGERS OF NORTH ASSOCIATES:  ABSENCE SHOULD BE CODED ILL)
            (MANAGERS OF SOUTH ASSOCIATES:  ABSENCE SHOULD BE
CODED ILL)

INJURY CLAIMED AS WORK-RELATED:LEAVING BLDG, FEET CAME OUT FROM HER
- LANDED ON RIGHT SIDE; INJURED RIGHT
SHOULDER/ARM, HAND AND WRIST.

[CD74] - On 03/31/2005 14:21 - For 520503188232

CASE MANAGEMENT NOTES: MED VOC 5076: MED AUTH.

[CD74] - On 03/31/2005 14:24 - For 520503188232

VOICE MAIL LEFT FOR EE

REQUESTED CALLBACK TO 1800#. MED VOC REC. WAS A MED AUTH.

CM IS STILL REQUESTING MEDICAL INFO FROM AP.

W/C FORM WAS REC. STATING THAT THIS IS W/C SICKNESS.

[UZ86] - On 03/31/2005 16:38 - For 520503188232

Call-Up For: [VRCQ] - On 03/31/200    Call-Up Complete: [CD74] - On 04/01/2005

CRC: CALL BACK REQUEST TO:CD74

EE CALLED. P: 703-820-6566. ONLY WANTED CM.

[CD74] - On 04/01/2005 08:41 - For 520503188232

OUTGOING CALL TO EE

CM CALLED 2 TIMES. PHONE LINE IS BUSY.

[U751] - On 04/01/2005 08:48 - For 520503188232

CRC: CALL BACK REQUEST TO:CD74
EE REQUESTING TRANSFER TO CM ONLY,
EE ADVISED CM ON THE OTHER LINE AND DISCONNECTED CALL.

[UY49] - On 04/01/2005 08:48 - For 520503188232

CRC: CALL TRANSFERRED TO:CD74

Claim #: 520503188232      Name: MAXINE WRIGHT

Status: Ended

**[UY49] - On 04/01/2005 08:48 - For 520503188232**

EE IS CALLING ASKING FOR CM

CSC ASKED FOR EE'S PH # AND EE IS STATING JUST WANTS JOHN, CSC DID
DETERMINE EE IS HOME AT 703 820 6566

CSC WENT TO CONTACT CM AND DISCONNECTED EE

CSC CALLED CM AND SPOKE WITH CM AND ASKED CM TO CALL EE WHO IS HOME

**[CD74] - On 04/01/2005 08:57 - For 520503188232**

OUTGOING CALL TO EE

EE HAS QUESTIONS REGARDING CLAIM. CM STATED THAT WC FORM WAS REC.
HOWEVER, NO MED HAS BEEN REC. YET. EE NEEDS TO CALL APO AND HAVE
THEM SEND IN THE MEDICAL INFORMATION. ALSO, THIS HAS BEEN CODED AS A
SICKNESS WITH W/C. EE STATES THAT IT IS NOT A SICKNESS THAT IT IS AN
ACCIDENT. SHE FELL AT WORK. CM VERIFIED THAT IT SAID ON THE FORM
THAT SHE SLIPPED AND FELL AT WORK.

EE WILL CALL WC TO GET INFORMATION CORRECT. ALSO, SHE WILL CALL AP
TO GET INFO SENT TO CM.

**[UZ09] - On 04/01/2005 10:04 - For 520503188232**
**Call-Up For: [VRCQ] - On 04/01/200    Call-Up Complete: [CD74] - On 04/01/2005**

CRC: CALL BACK REQUEST TO:CD74

EE ASKED FOR COPY OF WC LETTER SENT TO HER

**[CD74] - On 04/01/2005 10:15 - For 520503188232**

OUTGOING CALL TO EE

EE REQUESTED THAT INFO BE SENT BY MAIL TO HER HOME ADDRESS

5721 MAGNOLIA LANE
FALLS CHURCH, VA 22041

**[CD74] - On 04/01/2005 10:16 - For 520503188232**

OUTGOING CORRESPONDENCE: WC DIARY ENTRY SENT TO EE.

**[U772] - On 04/04/2005 15:30 - For 520503188232**
**Call-Up For: [VRCQ] - On 04/04/200    Call-Up Complete: [CD74] - On 04/05/2005**

CRC: CALL BACK REQUEST TO:CD74

EE CALLED TO SPEAK TO CM. DECLINED CSC ASSISTANCE.

EE'S PHONE# 703-820-6566

EE REQ TRANSFER TO CM. CSC TRANSFERED EE TO CM.

**[CD74] - On 04/05/2005 09:32 - For 520503188232**

OUTGOING CALL TO EE

CM REQUESTED THAT EE HAVE W/C RESEND NOTIFICATION AS DISABILITY
BEING BECAUSE OF AN ACCIDENT NOT A SICKNESS. EE WILL CALL W/C AND
HAVE THEM RESEND IT WITH CORRECTION.

Claim #: 520503188232      Name: MAXINE WRIGHT

Status:  Ended

[UY10] - On 04/05/2005 10:14 - For 520503188232

Call-Up For:  [VRCQ] - On 04/05/200   Call-Up Complete:  [CD74] - On 04/05/2005

CRC: CALL BACK REQUEST TO:CD74

EE CALLING ON CLAIM - EE NEEDS CM OR CM'S SUPE TO PLEASE CALL THE
SUPE AT SEDGEWICK, DENISE COLHIP, 800-285-3258 TO GET MATTER
RESOLVED AND INFO PROVIDED TO METLIFE THAT THE W/C CLAIM IS RESULT
OF ACCIDENT ONLY; WAS NOT A SICKNESS. EE STATES GOING BACK AND FORTH
BETWEEN METLIFE AND W/C WITH NO RESULTS AND REQ SUPE INTERVENTION TO
HAVE THE MATTER RESOLVED.  PLEASE F-UP FOR EE TO CONTACT AND HAVE
MATTER CLEARED UP. EE ALSO WANTS CB TO 703-820-6566 TO CONFIRM
MATTER RESOLVED. 2 HR CB TO SEDGEWICK/EE ADVISED.

[CD74] - On 04/05/2005 11:06 - For 520503188232

VOICE MAIL LEFT FOR EE

REQUESTED CALLBACK TO 1800#

[XA09] - On 04/05/2005 14:32 - For 520503188232

Call-Up For:  [VRCQ] - On 04/05/200   Call-Up Complete:  [CD74] - On 04/05/2005

CRC: CALL BACK REQUEST TO:CD74

EE RET CM PH CALL.  EE PH# 703 820 6566.

[CD74] - On 04/05/2005 15:06 - For 520503188232

OUTGOING CALL TO EE

EE STATED THAT SEDGWICK NEEDS TO BE CONTACTED IN ORDER TO GET
INFORMATION.

DENISE COLHIP
1800-285-3258

[CD74] - On 04/05/2005 15:08 - For 520503188232

OUTGOING CALL TO DENISE AT WC

CM LEFT MESSAGE WITH 1800# REQUESTING CALLBACK TO 1800#

[U774] - On 04/06/2005 09:33 - For 520503188232

Call-Up For:  [VRCQ] - On 04/06/200   Call-Up Complete:  [CD74] - On 04/06/2005

CRC: CALL BACK REQUEST TO:CD74

STEVE MARCELLA W/C ADJUSTER PH# 800 285 3258 EXT 4223 CALLED TO RT
CM P/C. STEVE WANTED TO SPEAK TO CM. CSC TRANSFERRED STEVE TO CD74.

[CD74] - On 04/06/2005 09:47 - For 520503188232

OUTGOING CALL TO WC STEVE

STEVE STATED THAT CONTACT PERSON THAT CM SHOULD GET IN CONTACT WITH
IS LILGA JAMES AT 617-743-5042.

CM WILL CALL HER.

[CD74] - On 04/06/2005 09:50 - For 520503188232

OUTGOING CALL TO LILGA JAMES 617-743-5042.

Claim #: 520503188232    Name: MAXINE \_\_\_IGHT

Status: Ended

[CD74] - On 04/06/2005 09:50 - For 520503188232

NO ANSWER. NO VOICE MAIL.

[C150] - On 04/06/2005 14:51 - For 520503188232

Call-Up For: [CD74] - On 04/06/2005    Call-Up Complete: [CD74] - On 04/08/2005

W/C DETERMINATION FORM RECEIVED

EMPLOYEE: MAXINE L. WRIGHT
BAID:BAQN5HX
SS#: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
DATE OF ABSENCE: 3/2/05
DATE OF INJURY/ILLNESS:3/1/05

THE VERIZON WORKERS' COMPENSATION DEPARTMENT HAS RECEIVED NOTICE OF
A WORK-RELATED ABSENCE FOR THE EMPLOYEE NAMED ABOVE.  THIS ABSENCE
MUST BE REPORTED TO METLIFE BY THE EMPLOYEE OR SUPERVISOR IN ORDER
FOR THE EMPLOYEE TO BE PAID CORRECTLY.

THE VERIZON WORKERS' COMPENSATION GROUP HAS DETERMINED THAT,
PROVIDED METLIFE CERTIFIES THAT THE EMPLOYEE IS DISABLED, HE/SHE
WOULD BE ELIGIBLE FOR THE FOLLOWING BENEFITS UNDER THE APPLICABLE
SICKNESS AND ACCIDENT DISABILITY PLAN

ACCIDENT BENEFITS
    (MANAGERS OF NORTH ASSOCIATES:  ABSENCE SHOULD BE CODED ILL)
    (MANAGERS OF SOUTH ASSOCIATES:  ABSENCE SHOULD BE CODED ILL)

SICKNESS BENEFITS        X
    (MANAGERS OF NORTH ASSOCIATES:  ABSENCE SHOULD BE CODED ILL)
                (MANAGERS OF SOUTH ASSOCIATES:  ABSENCE SHOULD BE
CODED ILL)

INJURY CLAIMED AS WORK-RELATED:LEAVING BLDG, FEET CAME OUT FROM HER
- LANDED ON RIGHT SIDE; INJURED RIGHT
SHOULDER/ARM, HAND AND WRIST.

WORKERS COMPENSATION SPECIALIST: STEPHEN MARSELLA
E-MAIL ADDRESS:SMARSELLA@SEDGWICKCMS.COM

[U777] - On 04/12/2005 19:08 - For 520503188232

CRC: CLAIM STATUS

ADV'D EE CLAIM IN REVIEW STATUS
EE REQUESTED TO GOVM OF CM
EE STATED WILL NOT BE AVAILABLE ON 4/13/05 FOR CALL BACK HER PH #
703-820-6566

[XA14] - On 04/13/2005 09:36 - For 520503188232

Call-Up For: [VRCQ] - On 04/13/200    Call-Up Complete: [CD74] - On 04/13/2005

CRC: CALL BACK REQUEST TO:CD74

EE CLD IN
EE WOULD LIKE A C/B AT 703-820-6566
RE: CLAIM

[UZ54] - On 04/13/2005 10:08 - For 520503188232

CRC: CALL BACK REQUEST TO:CD74

TRANSFERRED EE TO CM , DECLINED CSC SERVICE, 703-820-6566

Diary Review Report

Claim #: 520503188232       Name: MAXINE WRIGHT
Status:  Ended

**[CD74] - On 04/13/2005 10:10 - For 520503188232**

INCOMING CALL FROM EE

EE WAS CHECKING ON STATUS OF CLAIM. CM STATED THAT LAST WC
DETERMINATION FORM REC STATED THAT IT WAS STILL A SICKNESS.

**[U742] - On 04/13/2005 10:33 - For 520503188232**

Call-Up For:  [VRCQ] - On 04/13/200   Call-Up Complete:  [CA43] - On 04/13/2005

CRC: CALL BACK REQUEST TO:CA43

EE 703-820-6566

EE CALLED & REQUESTED TO SPEAK WITH OFFICE MANAGER, EE STATED SHE
DOESN'T WANT TO SPEAK TO CM OR TL, SHE WANTS TO SPEAK TO UM.

EE REQUESTED TO LEAVE MESSAGE FOR UM -- WARM TRANX EE TO UM'S VM.

ADV EE THAT UM WILL CALL HER BACK ASAP.

**[U755] - On 04/13/2005 10:57 - For 520503188232**

Call-Up For:  [CD74] - On 04/13/2005   Call-Up Complete:  [CD74] - On 04/18/2005

CRC: INFO UPDATE

EE CALLED TO GIVE MED CONTACT INFO
EE HAS SIGNED MED RELEASES

ALSO CONTACT DR AZAR FAX 703 548 4825 PH 703 548 6666 OR
DR JAHAN PH 703 820 0188

EE INQUIRED ON W/C INFO GAVE CONTACT INFO FOR W/C REGINA SHORT

**[C692] - On 04/13/2005 11:02 - For 520503188232**

OUTGOING CALL TO EE, NO ANSWER

COULD NOT LEAVE MESSAGE
-NO VM OR ANSWERING MACHINE

**[C692] - On 04/13/2005 11:03 - For 520503188232**

Call-Up For:  [C692] - On 04/14/2005   Call-Up Complete:  [C692] - On 04/13/2005

FOLLOW UP ON VRCQ
-EE HAS CONCERNS ON CLAIM

**[CA43] - On 04/13/2005 11:20 - For 520503188232**

VOICE MAIL RECEIVED FROM CLAIMANT

CONCERNED. HAS NOT RECEIVED PAY.  INDICATES THAT SHE FEELS THERE IS
A BREAKDOWN IN COMMUNICATION BETWEEN WC AND MET.  NEEDS CALL BACK TO
RESOLVE ISSUES.  CALL BACK NUMBER:  703-820-6566.

**[CA43] - On 04/13/2005 11:32 - For 520503188232**

OUTGOING CALL TO CLAIMANT

CLAIMANT REIIDERATED HER CONCERNS - MISSING PAY - WC/MET LIFE
COMMUNICATION ISSUE.

CLARIFED SEVERAL ISSUES FOR HER
1.  WC ACCIDENT VS. SICKNESS - CLAIMANT FELL ON WATER AT WORK - WC
SAY THIS IS AN ACCIDENT NOT SICKNESS.  CONFIRMED THAT WC VIEWS
ACCIDENT AS AN INJURY RESULTING FROM THE EE PERFORMING JOB.  WC
SICKNESS WOULD BE IF SHE WAS AT WORK BUT WAS NOT INJURED WHILE
PERFORMANCE JOB (IE SLIPPING AND FALLING ON HER WAY INTO WORK)
SHE UNDERSTOOD.

Claim #: 520503188232    Name: MAXINE [ ]IGHT

Status: Ended

[CA43] - On 04/13/2005 11:32 - For 520503188232

2. DENIED STD CLAIM - CLAIM WAS DENOED FOR LOM - WE HAVE NOT
RECEIVED ANY MEDICAL TO SUPPORT CLAIM.

3. CONFIRMED DATES OF DISABILITY AND RTW. DATE OF INJURY
03-01-2005, DATE OF DISABILITY 03-02-2005, RTW DATE 03-07-2005. SHE
INDICATED SHE WENT BACK OUT OF WORK ON 03-08-2005 ON TWO WEEKS OF
VACATION TIME IN HOPES THIS WOULD BE ENOUGH TIME TO RECOVER BUT
NEVER REUTRNED TO WORK AFTER THE VACATION TIME. INDICATES WAS STILL
DISABILED DURING THE VACATION TIME. ADVISED THAT WE CAN ADDRESS THE
ABSENCE AFTER 03-08-2005 IF WE RECEIVE MEDICAL INFORMATION FROM HER
AP SUPPORTING HER DISABILITY DURING THAT PERIOD. SHE UNDERSTOOD.

4. CONFIRMED THAT AP HAS NOT PROVIDED SUPPORTING MEDICAL. SHE
INDICATED THAT WE SHOULD CONTACT TWO OTHER APS SHE IS SEEING AS WE
ARE STRUGGLING WITH DR. ASHBY.

DR. ASHBY - PCP
DR. AZER (2 DR. AZERS IN OFFICE - FATHER AND SON) - ORTHO
FAX #: 703-548-4825  PH#: 703-548-6666
DR. JAHAN - NEURO - PH#: 703-820-0188

RECOMMENDED THAT SHE CONTACT DR. ASHBY AGAIN TO ADVISE THAT CLAIM
DELAY DUE TO HIS NON-RESPONSE TO OUR REQUESTS FOR MEDICAL
INFORMATION. IF HE RESPOND WITH SUPPORTING MEDICAL WE MAY BE ABLE
TO RESOLVE THE CLAIM QUICKLY. ALSO, SINCE DR. ASHBY IS PCP, OTHER
APS MAY NOT BE WILLING TO INDICATE THAT SHE (THE CLAIMANT) IS
DISABLED SINCE THEY ARE NOT HER PRIMARY CARE APS. TO AVOID DELAYS
ALSO ASKED HER TO CONTACT DR. JAHAN AND AZER'S OFFICES TO INDICATE
WE WOULD BE COMMUNICATING WITH THEM.

INDICATED IF WE RAN INTO ANY ISSUES THE CM WOULD CONTACT HER. SHE
UNDERSTOOD. CALL ENDED.

[U839] - On 04/18/2005 08:43 - For 520503188232
Call-Up For: [VRCQ] - On 04/18/200  Call-Up Complete: [CD74] - On 04/18/2005

CRC: CALL BACK REQUEST TO:CD74
EE CALL FOR CM ONLY, CB # VERIFIED 703 8206566

[CD74] - On 04/18/2005 09:08 - For 520503188232

OUTGOING CALL TO EE

EE STATED THAT MED WAS SENT ON FRIDAY TO METLIFE. CM STATED THAT
THERE IS NOTHING IN THE CLAIM YET. EE WANTED TO KNOW TIME PERIOD FOR
REVIEW ONCE INFO IS REC. CM EXPLAINED THE 5 DAY WINDOW TO REV.

[CA89] - On 04/18/2005 13:21 - For 520503188232
Call-Up For: [CD74] - On 04/18/2005  Call-Up Complete: [CD74] - On 04/18/2005

W/C DETERMINATION FORM RECEIVED

EMPLOYEE: MAXINE WRIGHT
BAID: BAQN5HX
DATE OF ABSENCE: 3/2/05DATE
OF INJURY/ILLNESS: 3/1/05

THE VERIZON WORKERS' COMPENSATION DEPARTMENT HAS RECEIVED NOTICE OF
A WORK-RELATED ABSENCE FOR THE EMPLOYEE NAMED ABOVE. THIS ABSENCE
MUST BE REPORTED TO METLIFE BY THE EMPLOYEE OR SUPERVISOR IN ORDER
FOR THE EMPLOYEE TO BE PAID CORRECTLY.

THE VERIZON WORKERS' COMPENSATION GROUP HAS DETERMINED THAT,
PROVIDED METLIFE CERTIFIES THAT THE EMPLOYEE IS DISABLED, HE/SHE
WOULD BE ELIGIBLE FOR THE FOLLOWING BENEFITS UNDER THE APPLICABLE
SICKNESS AND ACCIDENT DISABILITY PLAN

[CA89] - On 04/18/2005 13:21 - For 520503188232
Call-Up For: [CD74] - On 04/18/2005    Call-Up Complete: [CD74] - On 04/18/2005

ACCIDENT BENEFITS
    (MANAGERS OF NORTH ASSOCIATES:  ABSENCE SHOULD BE CODED ILL)
    (MANAGERS OF SOUTH ASSOCIATES:  ABSENCE SHOULD BE CODED ILL)

SICKNESS BENEFITS          X
    (MANAGERS OF NORTH ASSOCIATES:  ABSENCE SHOULD BE CODED ILL)
              (MANAGERS OF SOUTH ASSOCIATES:  ABSENCE SHOULD BE
CODED ILL)

INJURY CLAIMED AS WORK-RELATED:  EMPLOYEE LEAVING THE VERIZON
PREMISES FOR PERSONAL TIME WHEN SHE SLIPPED AND FELL WHILE EXITING.
THE FLOOR WAS WET DUE TO SNOW MELT HAVING BEEN TRACKED IN.

WORKERS COMPENSATION SPECIALIST:  CYNTHIA REBER
E-MAIL ADDRESS:  CYNTHIA.REBER@VERIZON.COM
TELEPHONE NUMBER: 214.285.1581

[ACS1] - On 04/19/2005 14:14 - For 520503188232
Call-Up For: [CD71] - On 04/19/2005    Call-Up Complete: [CD71] - On 04/28/2005

MED/VOC INDEX DCN 050415F08046

[C692] - On 04/25/2005 10:52 - For 520503188232

ADJUSTMENTS MADE TO SYSTEM

CLAIM TRANSFERRED TO CA35

[U910] - On 04/27/2005 13:18 - For 520503188232
Call-Up For: [VRCQ] - On 04/27/2005    Call-Up Complete: [CA35] - On 04/27/2005

CRC: CALL BACK REQUEST TO:CA35

PLS CALL EE TEL 703-820-6566

MED/VOC INDEX DCN 050415F08046
APS RECVD 4/19 CLAIM NOT UPDATED

[CA35] - On 04/27/2005 13:30 - For 520503188232

OUTGOING CALL TO EE

ADVISED EE THAT APS WAS RECIEVED. ONCE A DECISION IS MADE SHE WILL
BE NOTIFIED.

[U777] - On 04/28/2005 10:15 - For 520503188232
Call-Up For: [VRCQ] - On 04/28/2005    Call-Up Complete: [CA35] - On 04/28/2005

CRC: CALL BACK REQUEST TO:CA35

ADV'D EE CM HAS 5 BUS DAYS TO REVIEW THE APS RECD ON 4/19/05
EE REQUESTED TO SPEAK TO CM
ADV'D WILL SEE IF CM AVAILABLE
ADV'D IF GET VM WILL NEED TO LEAVE NAME # & MESS
EE PH # 703-820-6566
ADV'D EE CM WILL RETURN CALL WITHIN 2 HRS

[CA35] - On 04/28/2005 10:26 - For 520503188232

OUTGOING CALL TO EE

MED UNDER REVIEW. CM WILL GIVE A CALL BACK ONCE A DECISION IS MADE.

Claim #: 520503188232    Name: MAXINE  ...IGHT

Status: Ended

[CA35] - On 04/28/2005 10:26 - For 520503188232

Call-Up For: [CA35] - On 04/28/2005    Call-Up Complete: [CA35] - On 05/04/2005

FOLLOW UP WITH PCS CD71 FOR DECISION RECOMMENDATION

[CD71] - On 04/28/2005 11:34 - For 520503188232

Call-Up For: [CD71] - On 04/28/2005    Call-Up Complete: [CD71] - On 04/28/2005

ACTION PLAN REVIEW & SUMMARIZE MEDICAL PROVIDED TO CS 4-28-05.

C PORTE

[CD71] - On 04/28/2005 15:09 - For 520503188232

Call-Up For: [CA35] - On 04/28/2005    Call-Up Complete: [CA35] - On 05/04/2005

MEDICAL INFO FROM AP RICHARD ASHBY DCN 0504115F08046 IS APS SIGNED
4-15-05.

CS SUMMARY: IN APS NOTED ABOVE, AP ASHBY, EE'S PRIMARY CARE
PHYSICIAN, INDICATES THAT SHE WAS INITIALLY TREATED ON 3-6-05 AND
MOST RECENTLY ON 4-15-05 FOR PAIN IN RIGHT ARM AND SHOULDER. THE
PRIMARY DIAGNOSIS PER AP, IS ULNAR NERVE ENTRAPMENT, ICD9 CODE
955.2, THE TREAT PLAN INCLUDES AN EMG, PARTICIPATION IN PHYSICAL
THERAPY, AND THE MEDICATIONS IBUPROFEN AND NEURONTIN (MEDS REPORTED
BY EE DURING INITIAL INTERVIEW). ACCORDING TO AP, EE IS UNABLE TO
PERFORM HER OCCUPATION AS SHE HAS LOST THE USE OF HER RIGHT HAND.

C PORTE

[CD71] - On 04/28/2005 15:14 - For 520503188232

Call-Up For: [CA35] - On 04/28/2005    Call-Up Complete: [CA35] - On 05/04/2005

DECISION SUMMARY RECOMMEND INITIAL CLAIM APPROVAL FROM 3-21-05
THROUGH 5-15-05.

CS ASSESSMENT: REVIEW WAS MADE BASED ON MEDICAL INFORMATION OBTAINED
IN DCN 050415F08046, APS SIGNED 4-15-05 BY AP RICHARD ASHBY, EE'S
PRIMARY CARE PHYSICIAN. EE IS A 48 YEAR OLD FEMALE DIRECTORY
ASSISTANCE OPERATOR WHOSE OCCUPATION REQUIRES THE ABILITY TO SIT FOR
LONG PERIODS OF TIME, TELEPHONE USE, AND TYPING DATA USING A
COMPUTER KEYBOARD. THE PRIMARY DIAGNOSIS, PER AP, IS ULNAR NERVE
ENTRAPMENT. ACCORDING TO AP, EE IS UNABLE TO PERFORM HER
OCCUPATIONAL DUTIES AS SHE HAS LOST THE USE OF HER RIGHT HAND. THE
TREATMENT PLAN, PER AP, INCLUDE THE MEDICATIONS IBUPROFEN, &
NEURONTIN, PARTICIPATION IN PHYSICAL THERAPY, AND AN EMG. THE
DURATIONS DATABASE ALLOWS 60 DAYS MAXIMUM FROM DATE OF DISABILITY
3-21-05 THROUGH 5-19-05 FOR PRIMARY DIAGNOSIS, ICD9 CODE 955.2 ULNAR
NERVE ENTRAPMENT. EE IS WITHIN MAXIMUM DATABASE DURATION GUIDELINES
WITH INITIAL CLAIM APPROVAL THROUGH 5-15-05.

CS CONCLUSION: MEDICAL INFORMATION PROVIDED SUPPORTS APPROVAL OF STD
CLAIM, SEVERITY OF ILLNESS AND WORK R & L'S THAT ARE INCOMPATIBLE
WITH FULL DUTIES OF EE'S OWN OCCUPATION, DIRECTORY ASSISTANCE
OPERATOR, A SEDENTARY JOB CLASS.

[CD71] - On 04/28/2005 15:15 - For 520503188232

Call-Up For: [CA35] - On 05/09/2005    Call-Up Complete: [CA35] - On 05/17/2005

ACTION PLAN FOLLOW UP FOR RTW PLAN/NEED FOR UPDATED MEDICAL
INFORMATION.

C PORTE

[CD71] - On 04/28/2005 15:18 - For 520503188232

SELF REFERRAL CLINICAL SPECIALIST CD71

[U773] - On 04/29/2005 16:12 - For 520503188232

Call-Up For: [VRCQ] - On 04/29/200    Call-Up Complete: [CA35] - On 05/02/2005

CRC: CALL BACK REQUEST TO:CA35

Claim #: 520503188232    Name: MAXINE    IGHT

Status:  Ended

[U773] - On 04/29/2005 16:12 - For 520503188232

Call-Up For: [VRCQ] - On 04/29/200    Call-Up Complete: [CA35] - On 05/02/2005

EE CALLED TO SPEAK TO CM ABOUT CLAIM. TEL#703-820-6566    ERTW
5/30/2005

[CA35] - On 05/02/2005 08:39 - For 520503188232

VOICE MAIL LEFT FOR EE

RETURNING CALL, TO GIVE A CALL BACK AT 1-800-638-4228.

[UZ63] - On 05/03/2005 09:02 - For 520503188232

Call-Up For: [CA35] - On 05/03/2005    Call-Up Complete: [CA35] - On 05/04/2005

CRC: EE CALLED TO LET CM KNOW SHE HAS APPT WITH SPECIALIST FOR HER
HAND ON 5/4/05, DR JACKSON, PHN# 703-548-6666.  NEXT APPT WILL BE
5/16/05 TO DECIDE WHAT NEEDS TO BE DONE.

TOLD HER NC RECOMMENDED EXTENSION OF CLAIM THRU 5/15/05.  DECISION
HASN'T BEEN COMPLETED

[UZ46] - On 05/04/2005 10:17 - For 520503188232

Call-Up For: [VRCQ] - On 05/04/200    Call-Up Complete: [CA35] - On 05/04/2005

CRC: CALL BACK REQUEST TO:CA35

EE CALLING TO INQUIRE ABOUT HER CLAIM STATUS.
EE CAN BE REACHED AT HER HOME#

[CA35] - On 05/04/2005 10:36 - For 520503188232

OUTGOING CALL TO EE-DECISION NOTIFICATION

ADVISED EE THAT HER CLAIM HAS BEEN APPROVED THRU 5-15-05.

ADVISED EE THAT CM WILL PUT IN A REQUEST FOR AN OFF-CYCLE CHECK
TODAY.

[CA35] - On 05/04/2005 10:39 - For 520503188232

CLAIM DECISION:INITIAL APPROVAL 3-5-05 THRU 5-15-05

SEE DECISION SUMMARY DIARY

[CA35] - On 05/04/2005 10:41 - For 520503188232

OUTGOING CORRESPONDENCE:APPROVAL-NO RTW LTR TO EE

[CA35] - On 05/04/2005 10:51 - For 520503188232

DECISION NOTIFICATION EMAILED TO ER:RENARD.L.FLOURNOY@VERIZON.COM

VERIZON COMMUNICATIONS
NOTIFICATION OF CLAIM STATUS

IF YOUR EMPLOYEE HAS RETURNED TO WORK EITHER AT FULL OR PARTIAL DAYS
OR WITH RESTRICTIONS, PRIOR TO THE EXTENSION DATE ON THIS E-MAIL,
PLEASE NOTIFY METLIFE IMMEDIATELY AT 1-800-638-4228.

IF YOU HAVE ANY ADDITIONAL QUESTIONS REGARDING THIS CLAIM, PLEASE
CONTACT METLIFES CUSTOMER CARE CENTER FOR VERIZON COMMUNICATIONS AT
1-800-638-4228.  METLIFE'S HOURS OF OPERATION ARE MONDAY THROUGH

**[CA35] - On 05/04/2005 10:51 - For 520503188232**

FRIDAY FROM 8 A.M. TO 8 P.M. EASTERN TIME.   THANK YOU.

DATE:05/04/2005
EMPLOYEE LAST NAME:WRIGHT
EMPLOYEE FIRST NAME:MAXINE
BAID:BAQN5HX
CLAIM #:520503188232
CLAIM STATUS: APPROVED
CLAIM DECISION:INITIAL APPROVAL CERTIFICATION
DATE LAST WORKED:03/01/2005
DATE APPEAL RECEIVED
DATE DISABILITY COMMENCED: 03/05/2005
DATE CERTIFIED THROUGH: 05/15/2005
NOTE: THE CERTIFICATION DATE IS BASED ON CURRENT DOCUMENTATION ON
FILE WITH METLIFE AND IS SUBJECT TO CHANGE UPON RECEIPT OF
ADDITIONAL INFORMATION.
ESTIMATED RTW DATE:  UNKNOWN

COMMENTS:

**[CA35] - On 05/04/2005 10:51 - For 520503188232**

CASE MANAGEMENT NOTES:REQUESTED OFF-CYCLE CHECK

**[8CVN] - On 05/04/2005 23:53 - For 520503188232**

PAYROLL NOTIFICATION SENT
SSN: 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   FEED DT: 05/05/2005
LAST NAME: WRIGHT                 FIRST NAME: MAXINE
--------------------------------------------------
CLAIM NUMBER SENT: 520503188232 STD REC TYP: C ACCIDENT IND: N
STD ORIG ST DT: 03/12/2005 STD NEW ST DT: 03/12/2005
STD END DT: 05/15/2005 STD STEP DOWN DT: 03/11/2006
--------------------------------------------------
NJ REC TYP:   NJ ORIG ST DT: 00/00/0000 NJ NEW ST DT: 00/00/0000
NJ END DT: 00/00/0000 FST DSBL DT: 03/05/2005

**[UZ63] - On 05/09/2005 09:19 - For 520503188232**

Call-Up For: [VRCQ] - On 05/09/200   Call-Up Complete: [CA35] - On 05/09/2005

CRC: CALL BACK REQUEST TO:CA35

EE INSISTED ON BEING XFRED.  SHE HAD PROBLEM WITH IVR AND WANTED IT
TO BE NOTED IN DIARY.  IT GAVE APPROVAL DATE AND THEN HUNG UP ON
HER.

COLD XFRED

**[CA35] - On 05/09/2005 09:54 - For 520503188232**

OUTGOING CALL TO EE

EE STATED THAT HER CLAIM NEEDS TO BE EXTENDED. ADVISED EE THAT CM
NEEDS UPDATED MEDICAL. EE STATED THAT SHE WILL FAX OVER INFO TODAY
AT 2 P.M.

Claim #: 520503188232     Name: MAXINE WRIGHT

Status: Ended

[ACS1] - On 05/09/2005 12:15 - For 520503188232

Call-Up For: [CA35] - On 05/09/2005   Call-Up Complete: [CA35] - On 05/17/2005

MED/VOC INDEX DCN 050504F08989

[ACS1] - On 05/09/2005 14:02 - For 520503188232

Call-Up For: [CA35] - On 05/09/2005   Call-Up Complete: [CA35] - On 05/17/2005

MED/VOC INDEX DCN 050509F06412

[XA65] - On 05/11/2005 09:37 - For 520503188232

Call-Up For: [VRCQ] - On 05/11/200   Call-Up Complete: [CE44] - On 05/11/2005

CRC: CALL BACK REQUEST TO:CA35

EE REQUESTED TO SPEAK W/ CM IN REGARDS TO CLAIM ADV EE THAT CM
REC'D 050509F06412 2 PAGES FROM METROPOLITAN WASHINGTON ORTHOPEDIC
ASSOC. ON 5/9/05 AND CM WILL REVIEW W/IN 5 BUS DAYS-ADV EE THAT
CLAIM IS CERT THRU 5/15/05
EE PHONE#(703) 820-6566

[CE44] - On 05/11/2005 10:48 - For 520503188232

OUTGOING CALL TO EE SAID SHE IS GOING INTO AP OFFICE ON 05/16/05 FOR
SHOT IN THE NECK SO SHE WON'T RTW ON 05/16/05 FAXED MED OVER FROM AP

[UZ36] - On 05/12/2005 10:19 - For 520503188232

CRC: CLAIM STATUS

ADVISED EE MED IN REVIEW

[UZ57] - On 05/17/2005 09:20 - For 520503188232

Call-Up For: [VRCQ] - On 05/17/200   Call-Up Complete: [CA35] - On 05/17/2005

CRC: CALL BACK REQUEST TO:CA35

PLS CALL EE TO DISCUSS STATUS OF CLAIM PLS CALL PHONE 703-820-6566.

[CA35] - On 05/17/2005 09:49 - For 520503188232

Call-Up For: [CD71] - On 05/17/2005   Call-Up Complete: [CD71] - On 05/17/2005

REFERRAL TO CD71

SEE MED VOC 050509F06412 & 050504F08989

[CA35] - On 05/17/2005 09:50 - For 520503188232

CLAIM DECISION:PROVISIONAL APPROVAL 5-16-05 THRU 5-22-05

PER PLAN PROVISION

[CA35] - On 05/17/2005 09:50 - For 520503188232

Call-Up For: [CA35] - On 05/18/2005   Call-Up Complete: [CA35] - On 05/20/2005

FOLLOW UP CD71 FOR EXTENSION RECOMMENDATION

[CA35] - On 05/17/2005 09:53 - For 520503188232

OUTGOING CALL TO EE-DECISION NOTIFICATION

ADVISED EE THAT HER CLAIM IS PROVISIONALLY APPROVED TILL A DECISION
IS MADE. EE STATES THAT SHE SEES THE AP ON 6-1-05. ERTW (JUNE)

[CD71] - On 05/17/2005 13:49 - For 520503188232

FORM FROM DR HAMPTON JACKSON ORTHOPEDIC SURGEON DCN 050504F08989
INDICATES EE HAD OFFICE VISIT 5-4-05 FOR CERVICAL RADICULOPATHY AND

Diary Review Report

Claim #: 520503188232    Name: MAXINE ___IGHT    Mar 27, 2006
Status: Ended    Page 23 of 61

**[CD71] - On 05/17/2005 13:49 - For 520503188232**

CERVICAL DISC SYNDROME. AP NOTES EE IS DISABLED 5-4-05 TO 6-1-05.

CFORTE CS

**[CD71] - On 05/17/2005 13:52 - For 520503188232**

FORM FROM AP HAMPTON JACKSON ORTHOPEDIC SURGEON DCN 050509F06412 IS
REQUEST FOR CERVICAL EPIDURAL BLOCK SERIES AT DOMINION ANESTHESIA.

CFORTE CS

**[CD71] - On 05/17/2005 13:56 - For 520503188232**

OUTGOING CALL TO EE 703-820-6566. CS SPOKE TO EE WHO INDICATED SHE
HAD RECEIVED THE FIRST OF 3 IN SERIES OF CERVICAL EPIDURAL BLOCK
INJECTIONS ON 5-16-05. EE ADVISED CS THAT AP HAMPTON JACKSON
ORTHOPEDIC SURGEON IS NOW DIRECTING HER CARE AND REQUESTS FOR
ADDITIONAL MEDICAL INFORMATION SHOULD BE DIRECTED TO HIS ATTENTION.

CFORTE CS

**[CD71] - On 05/17/2005 14:03 - For 520503188232**

OUTGOING CORRESPONDENCE APS FAXED TO AP HAMPTON JACKSON, FAX NO
703-548-4825.

METLIFE DISABILITY
P.O. BOX 14590
LEXINGTON, KY 40511-4590
PHONE#:  866-463-6377
FAX#: 800-230-9531


RE: MAXINE WRIGHT
CLAIM #: 520503188232
DOB: 7-31-56

DEAR DR. JACKSON:

METLIFE IS IN THE PROCESS OF DETERMINING MAXINEWRIGHT'S ELIGIBILITY
FOR DISABILITY BEYOND 5-22-05. AN ATTENDING PHYSICIAN'S STATEMENT
(APS) IS ENCLOSED WITH MEDICAL QUESTIONS THAT WILL HELP DETERMINE
WHETHER HE WILL BE ABLE TO PERFORM ESSENTIAL JOB FUNCTIONS AS A
-DIRECTOR ASSISTANCE OPERATOR- AT VERIZON. THIS JOB ENTAILS SITTING
FOR LONG PERIODS OF TIME, TELEPHONE USE & TYPING DATA USING A
COMPUTER KEYBOARD. THE EMPLOYER WILL ALLOW ACCOMMODATIONS AT WORK.
IF THE PATIENT CAN RETURN TO WORK BUT NEEDS RESTRICTIONS, PLEASE
ADVISE REGARDING SPECIFIC RESTRICTIONS THAT ARE NEEDED, AND THE
LENGTH OF TIME THEY ARE EXPECTED TO LAST.


PLEASE RETURN THE APS AND THE FOLLOWING QUESTIONS BY 5-20-05 SO THAT
WE MAY DETERMINE DISABILITY PAY ELIGIBILITY BEYOND 5-22-05:

LAST OFFICE VISIT:

NEXT OFFICE VISIT:

ARE THERE SYMPTOMS PREVENTING THE PATIENT FROM WORKING? IF YES,
PLEASE DESCRIBE:

MOST RECENT PHYSICAL EXAM RESULTS:

Claim #: 520503188232      Name: MAXINE ⟨⟨WRIGHT⟩⟩

Status: Ended

[CD71] - On 05/17/2005 14:03 - For 520503188232

TREATMENT PLAN:

IF THE PATIENT CAN WORK BUT NEEDS RESTRICTIONS, PLEASE INDICATE
SPECIFIC RESTRICTIONS AND HOW LONG THEY ARE EXPECTED TO LAST:

EXPECTED RETURN TO WORK FULL DUTY:

PHYSICIAN SIGNATURE:
DATE:

PLEASE FAX COPIES OF DIAGNOSTIC TEST RESULTS AND THE MOST RECENT
OFFICE VISITS NOTES AVAILABLE.

FORMS MAY BE COMPLETED AND FAXED TO: 800-230-9531

PLEASE CONTACT US AT 1-866-463-6377  IF THERE ARE ANY QUESTIONS
ABOUT THIS CLAIM DETERMINATION.  THANK YOU FOR ASSISTING YOUR
PATIENT AND METLIFE IN THIS PROCESS.

SINCERELY,
CHERYL C. FORTE RN
METLIFE DISABILITY

[CD71] - On 05/17/2005 14:06 - For 520503188232

OUTGOING CORRESPONDENCE 2 DAY LACK OF MEDICAL CONTACT ICM LETTER
MAILED TO EE.

CFORTE CS

[CD71] - On 05/17/2005 14:07 - For 520503188232
Call-Up For: [CD71] - On 05/20/2005   Call-Up Complete: [CD71] - On 05/20/2005

ACTION PLAN MAKE 2ND REQUEST FOR UPDATED MEDICAL INFORMATION FROM AP
HAMPTON JACKSON ORTHOPEDIC SURGEON, PHONE 703-548-6666.

CFORTE CS

[CD71] - On 05/17/2005 14:08 - For 520503188232
Call-Up For: [CD71] - On 05/23/2005   Call-Up Complete: [CD71] - On 05/23/2005

ACTION PLAN RECOMMEND DIME IF UPDATED MEDICAL NOT OBTAINED FROM AP
HAMPTON JACKSON ORTHOPEDIC SURGEON.

CFORTE CS

[CD71] - On 05/17/2005 14:10 - For 520503188232
Call-Up For: [CA35] - On 05/17/2005   Call-Up Complete: [CA35] - On 05/20/2005

DECISION SUMMARY RECOMMEND CLAIM EXTENSION FROM 5-16-05 THROUGH
5-22-05.

Claim #: 520503188232    Name: MAXINE WRIGHT

Status: Ended

**[CD71] - On 05/17/2005 14:10 - For 520503188232**

Call-Up For: [CA35] - On 05/17/2005    Call-Up Complete: [CA35] - On 05/20/2005

CS ASSESSMENT: CS RECOMMENDS CLAIM EXTENSION THROUGH 5-22-05 IN
ORDER TO OBTAIN UPDATED MEDICAL INFORMATION FROM AP HAMPTON JACKSON,
ORTHOPEDIC SURGEON, WHO IS NOW DIRECTING THE CARE OF EE.

CFORTE CS

**[8CVN] - On 05/18/2005 00:13 - For 520503188232**

PAYROLL NOTIFICATION SENT
SSN: 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  FEED DT: 05/18/2005
LAST NAME: WRIGHT               FIRST NAME: MAXINE

CLAIM NUMBER SENT: 520503188232 STD REC TYP: C ACCIDENT IND: N
STD ORIG ST DT: 03/12/2005 STD NEW ST DT: 03/12/2005
STD END DT: 05/22/2005 STD STEP DOWN DT: 03/11/2006

NJ REC TYP:   NJ ORIG ST DT: 00/00/0000 NJ NEW ST DT: 00/00/0000
NJ END DT: 00/00/0000 FST DSBL DT: 03/05/2005

**[UZ09] - On 05/20/2005 13:42 - For 520503188232**

Call-Up For: [VRCQ] - On 05/20/200    Call-Up Complete: [CD71] - On 05/20/2005

CRC: CALL BACK REQUEST TO:CD89

EE FEELS THAT CD71
THINKS CM DID NOT CHECK WITH INFO ON FILE BEFORE CALLING
CALLED EE DAY AFTER EPIDURAL INJECTION
EE DID NOT KNOW YET IF 2ND PROCEEDURE NEEDED
CM SAID NOT HANDLING CLAIM BUT KEEPS SENDING LETTERS
NOV 6-1

CALL 703-820-6566

**[UZ09] - On 05/20/2005 13:45 - For 520503188232**

Call-Up For: [VRCQ] - On 05/20/200    Call-Up Complete: [CA35] - On 05/20/2005

CRC: CALL BACK REQUEST TO:CA35

EE HAS QUESTION ON WHY OTHER CM INVOLVED

CALL EE 703-820-566

**[CA35] - On 05/20/2005 14:02 - For 520503188232**

CLAIM DECISION:EXTENSION APPROVAL 5-16-05 THRU 5-22-05

SEE DECISION SUMMARY DIARY

**[CA35] - On 05/20/2005 14:05 - For 520503188232**

OUTGOING CORRESPONDENCE:APPROVAL-NO RTW LTR TO EE

**[CA35] - On 05/20/2005 14:08 - For 520503188232**

DECISION NOTIFICATION EMAILED TO ER: BERNARD.L.FLOURNOY@VERIZON.COM

VERIZON COMMUNICATIONS
NOTIFICATION OF CLAIM STATUS

IF YOUR EMPLOYEE HAS RETURNED TO WORK EITHER AT FULL OR PARTIAL DAYS
OR WITH RESTRICTIONS, PRIOR TO THE EXTENSION DATE ON THIS E-MAIL,

Claim #: 520503188232    Name: MAXINE WRIGHT

Status: Ended

[CA35] - On 05/20/2005 14:08 - For 520503188232

PLEASE NOTIFY METLIFE IMMEDIATELY AT 1-800-638-4228.

IF YOU HAVE ANY ADDITIONAL QUESTIONS REGARDING THIS CLAIM, PLEASE
CONTACT METLIFES CUSTOMER CARE CENTER FOR VERIZON COMMUNICATIONS AT
1-800-638-4228. METLIFE'S HOURS OF OPERATION ARE MONDAY THROUGH
FRIDAY FROM 8 A.M. TO 8 P.M. EASTERN TIME. THANK YOU.

DATE:05/20/2005
EMPLOYEE LAST NAME:WRIGHT
EMPLOYEE FIRST NAME:MAXINE
BAID:BAQN5HX
CLAIM #:520503188232
CLAIM STATUS: APPROVED
CLAIM DECISION:CERTIFICATION EXTENSION APPROVED
DATE LAST WORKED:03/01/2005
DATE APPEAL RECEIVED
DATE DISABILITY COMMENCED: 03/05/2005
DATE CERTIFIED THROUGH: 05/22/2005
NOTE: THE CERTIFICATION DATE IS BASED ON CURRENT DOCUMENTATION ON
FILE WITH METLIFE AND IS SUBJECT TO CHANGE UPON RECEIPT OF
ADDITIONAL INFORMATION.
ESTIMATED RTW DATE: UNKNOWN

COMMENTS:

[CA35] - On 05/20/2005 14:09 - For 520503188232

Call-Up For: [CA35] - On 05/23/2005    Call-Up Complete: [CD71] - On 05/23/2005

ACTION PLAN FOLLOW UP CD71 FOR RECOMMENDATION

[CA35] - On 05/20/2005 14:13 - For 520503188232

OUTGOING CALL TO EE

STATED THAT SHE HAS A OV JUNE 1ST

[CD71] - On 05/20/2005 14:38 - For 520503188232

INCOMING CALL FROM CASE MGR CA35 INDICATING EE CALLED REGARDING STD
CLAIM EXT, NEXT OFFICE VISIT WITH AP JACKSON 6-1-05. CS ADVISED CM
THAT CALL WOULD BE PLACED TO EE.

CFORTE CS

[CD71] - On 05/20/2005 14:46 - For 520503188232

OUTGOING CALL TO EE 703-820-6566. CS SPOKE TO EE WHO WAS UPSET THAT
CLAIM WAS APPROVED THROUGH 5-22-05 AND NEXT OFFICE VISIT WITH AP
JACKSON IS ON 6-1-05. CS ADVISED EE THAT UPDATED MEDICAL INFORMATION
IS NEEDED FROM HER LAST OFFICE VISIT WITH AP JACKSON, WHICH WAS ON
5-4-05 (PER AP JACKSON IN DISABILITY NOTE REFERRING TO LOV 5-4-05).
EE WAS ALSO UPSET REGARDING 2 DAY LOM LETTER. ALTHOUGH LETTER WAS
MAILED 5-17-05, EE STATED THAT SHE DIDN'T RECEIVE SAME UNTIL
5-20-05. EE ASKED CS TO MAIL APS TO HER HOME AT 5721 MAGNOLIA LANE,
FALLS CHURCH, VIRGINIA 22041 AND CS ADVISED EE THAT SHE WOULD DO SO.
EE REPORTED THAT SHE HAS DEALT WITH 8 PEOPLE AT METLIFE WHO ARE
HANDLING HER CLAIM AND INDICATED CS STATED THAT SHE WAS NOT HANDLING
HER CLAIM. EE THEN EITHER HUNG UP, OR THE CALL WAS DISCONNECTED. CS

Claim #: 520503188232     Name: MAXINE WRIGHT

Status: Ended

Mar 27, 2006

Page 45 of 61

[CA47] - On 08/09/2005 09:54 - For 520503188232

Call-Up For: [CA47] - On 08/09/2005   Call-Up Complete: [CA47] - On 08/11/2005

ACTION PLAN: FOLLOW UP WITH ER R FLOURCY

[UC98] - On 08/09/2005 10:32 - For 520503188232

Call-Up For: [CCIT] - On 08/09/2005   Call-Up Complete: [CC64] - On 08/09/2005

CRC: CALL BACK REQUEST TO:CA47

ER CALLED:
RENARD
PH: 202-392-0959 OR 202-392-6481

IN REGARD TO IME

[CC64] - On 08/09/2005 11:13 - For 520503188232

Call-Up For: [VRCQ] - On 08/09/200   Call-Up Complete: [CA47] - On 08/09/2005

REDIRECTED RETURN CALL TO:CA47

[CA47] - On 08/09/2005 13:12 - For 520503188232

OUTGOING CALL TO ER R FLOURCY- ADVISED ER WAS NOT AVAILABLE

[CA47] - On 08/11/2005 08:44 - For 520503188232

INCOMING CALL FROM ER E FLOURCY- LATE ENTRY

ER EXPLAINED THAT EE WORK COMP D IME RECOMMENDED EE RTW FT NO R/L
HE STATED THAT VZ ATTORNEY'S ADVISED HIM TO SEND EE LETTER
REQUESTING SHE RTW

HE UNDERSTANDS THAT EE HAD D IME THRU UNIVAL, HOWEVER HE STATES HE
DID AS HE WAS INSTRUCTED BY VZ ATTORNEY

ER WILL NOT CHANGE EE ABS DATES TO REFLECT SHE IS STILL ON
DISABILITY. SHE IS CURRENTLY ' ON VACATION '

ER ALSO STATED THAT UNION IS INVOLVED IN CLAIM

[CA47] - On 08/11/2005 08:45 - For 520503188232

Call-Up For: [CA47] - On 08/11/2005   Call-Up Complete: [CA47] - On 08/17/2005

ACTION PLAN: FOLLOW UP WITH UM/CD72 FOR FURTHER RECOMMENDATIONS

[CD71] - On 08/17/2005 09:58 - For 520503188232

VOICE MAIL LEFT FOR ER RENARD FLOURNOY 202-392-6481 REQUESTING
RETURN CALL. CS TO CONFIRM EE RTW FT WITH NO RESTRICTIONS FOLLOWING
HER VACATION LEAVE.

CFORTE CS

[CA49] - On 08/17/2005 09:58 - For 520503188232

Call-Up For: [CC05] - On 08/17/2005   Call-Up Complete: [CA49] - On 08/17/2005

REFERRAL TO POAP - INVOICE PAYMENT

UNIVAL BILL SENT TO PO-AP

VENDOR: UNIVAL

BULK INVOICE #: 10458

INVOICE DATE: 08/08/05

DATE OF UNIVAL SERVICE: 06/30/05

Claim #: 520503188232    Name: MAXINE WRIGHT

Status: Ended

[CD71] - On 05/20/2005 14:52 - For 520503188232

TREATMENT PLAN:

IF THE PATIENT CAN WORK BUT NEEDS RESTRICTIONS, PLEASE INDICATE
SPECIFIC RESTRICTIONS AND HOW LONG THEY ARE EXPECTED TO LAST:

EXPECTED RETURN TO WORK FULL DUTY:

PHYSICIAN SIGNATURE:

DATE:

PLEASE FAX COPIES OF DIAGNOSTIC TEST RESULTS AND THE MOST RECENT
OFFICE VISITS NOTES AVAILABLE.

FORMS MAY BE COMPLETED AND FAXED TO: 800-230-9531

PLEASE CONTACT US AT 1-866-463-6377  IF THERE ARE ANY QUESTIONS
ABOUT THIS CLAIM DETERMINATION.  THANK YOU FOR ASSISTING YOUR
PATIENT AND METLIFE IN THIS PROCESS.

SINCERELY,
CHERYL C. FORTE RN
METLIFE DISABILITY

[CD71] - On 05/20/2005 15:10 - For 520503188232

OUTGOING CALL TO AP JACKSON ORTHPEDIC SURGEON 703-548-6666. CS SPOKE
TO KELLY AT APO WHO INDICATED THAT SHE COULD NOT FIND THE APS FAXED
TO APO ON 5-17-05. CS ADVISED KELLY THAT APS WOULD BE RE-FAXED TO
APO.

CFORTE CS

[CD71] - On 05/20/2005 15:15 - For 520503188232

OUTGOING CORRESPONDENCE APS RE-FAXED TO AP JACKSON ORTHO SURGEON AT
REQUEST OF KELLY FROM APO, FAX NO. 703-548-4825.

CFORTE CS

[CD71] - On 05/20/2005 15:27 - For 520503188232

OUTGOING CORRESPONDENCE YOUR FAX HAS BEEN SUCCESSFULLY SENT TO DR
HAMPTON JACKSON ORTHOPEDIC SURGEON AT 703 548 4825

CFORTE CS

[CD71] - On 05/23/2005 16:39 - For 520503188232
Call-Up For: [CA35] - On 05/23/2005  Call-Up Complete: [CA44] - On 06/03/2005
DECISION SUMMARY RECOMMEND DIME DUE TO LACK OF MEDICAL INFORMATION

Diary Review - Report

Claim #: 520503188232     Name: MAXINE WRIGHT

Status:  Ended

[CD71] - On 05/23/2005 16:39 - For 520503188232

Call-Up For: [CA35] - On 05/23/2005   Call-Up Complete: [CA44] - On 06/03/2005

CFORTE CS

[CD71] - On 05/23/2005 16:42 - For 520503188232

Call-Up For: [CA35] - On 05/23/2005   Call-Up Complete: [CA44] - On 06/03/2005

REFERRAL TO CASE MANAGER CA35. CLAIM NO LONGER CO-MANAGED WITH CS
CD71 IN MSU. CASE MGR MAY RE-REFER THIS STD CLAIM TO CD71 FOR REVIEW
OF FUTURE MEDICAL INFORMATION.

CFORTE CS

[U970] - On 05/24/2005 13:32 - For 520503188232

CRC: CALL TRANSFERRED TO:SUPPORT

CALL = EE
CSC COULD NOT LOCATE CM, TL OR UM OF NAME EE WAS PROVIODING TO EE
TRN TO.
CALLER STATES SHE WISHED TO COMPLAINE AT SERVICE ON HANDELING OF CLM
TO UM.
CSC REQ TO CONF NAME OF UM EE WISHED TO SPEEK TO. EE STATES TO TRN
TO CSC SUPERVISOR FOR ASSISTANCE.
WRM TRM TO HELP.

[X778] - On 05/24/2005 13:38 - For 520503188232

CRC: CLAIM STATUS

TCF THE EE.

EE REQD CD89 REGARDING THE CURRENT CLAIM STATUS.
CD89 TOOK THE CALL.

[CD89] - On 05/24/2005 14:04 - For 520503188232

INCOMING CALL FROM EE

EE STATES SHE IS UPSET DUE TO THE FACT THAT THE CD71 HAS BEEN ON AND
OFF HER CLAIM SINCE 3/18/05. EE WANTS TO KNOW WHO TO SPEAK TO
IN REGARDS TO HER CLAIM QUESTIONS. EE WAS ALSO UPSET THAT SHE WAS
NOT TOLD OF THE NEED FOR DETAILED MEDICAL IN TIME TO HAVE HER CLAIM
APPROVED TO HER NEXT OFFICE VISIT OF 6/1/05. SSM INFORMED EE THAT
THE MEDICAL RECIEVED FROM AP WAS LIMITED IN NATURE AND DID NOT STATE
S&S OR FUNCTIONAL LIMITATION THAT WOULD PREVENT EE FROM DOING HER
JOB.
SSM ASSURED EE THAT SHE WOULD ADDRESS HER ISSUE OF NOT KNOWING WHO
TO SPEAK WITH AND WOULD HAVE THE PERSON INVOLVED IN CLAIM CALL HER
WITH UPDATED INFO ON CLAIM. SSM REQUESTED THAT EE PLEASE CALL AP'S
OFFICE TO ASK IF THEY COULD PROCESS MEDICAL ASAP. EE STATED SHE
WOULD CALL AP'S OFFICE AND SPEAK TO NURSE DEB CAULADIE(SP)TO
FACILITATE THE APS TO METLIFE. SSM ASKED IF EE HAD ANY FURTHER
QUESTIONS AND EE THANKED SSM FOR TAKING HER CALL.

B SULLIVAN SSM

[ACS1] - On 06/02/2005 10:29 - For 520503188232

Call-Up For: [CA35] - On 06/02/2005   Call-Up Complete: [CA44] - On 06/03/2005

MED/VOC INDEX DCN 050601F10060

[CA44] - On 06/03/2005 12:32 - For 520503188232

SUMMARY OF 050601F10060 NOTE FROM DR HAMPTON JACKSON PT SEEN
06/01/05 DX CERVICAL DISC SYNDROME PT DISABLED 06/01/05-06/15/05.

Diary Review Report

Claim #: 520503188232    Name: MAXINE WRIGHT

Status: Ended

[CA44] - On 06/03/2005 12:37 - For 520503188232

Call-Up For: [CD72] - On 06/03/2005    Call-Up Complete: [CD72] - On 06/06/2005

REFERRAL TO CD72 D-IME

EE NAME: MAXINE WRIGHT
EE ADDRESS: 5721 MAGNOLIA LANE FALLS CHURCH VA 22041
EE PHONE #: (703) 820-6566
EE DATE OF BIRTH: 07/31/1956
EE GENDER: FEMALE

JOB TITLE: OPERATOR
****JOB DESCRIPTION*** ANSWERING AND DIRECTING CALLS

LAST DAY EMPLOYEE WORKED: 03/01/2005

SUPERVISOR NAME: RENARD FLOURNOY
SUPERVISOR TEL#: 202/392-6481

TYPE OF PHYSICIAN PRESENTLY TREATING PATIENT: ORTHO
NAME OF PHYSICIAN: DR HAMPTON JACKSON
TELEPHONE NUMBER: 703-548-6666

****TYPE OF PHYSICIAN REQUESTED*******(ORTHO)

DISABILITY DIAGNOSIS: CERVICAL DISC SYNDROME

HAS EE RETURNED TO WORK? NO
RETURN TO WORK DATE: (IF KNOWN)
IS EE ON RESTRICTIONS AT WORK:
TYPE OF RESTRICTION (PLEASE BE SPECIFIC)
DURATION:

REASON FOR EXAM: LACK OF MEDICAL

[CA44] - On 06/03/2005 12:38 - For 520503188232

CLAIM DECISION: PROVISIONAL EXTENSION THROUGH 05/16/05
REQUESTED D-IME BASED ON CS RECOMMMENDATION

[CA44] - On 06/03/2005 12:38 - For 520503188232

DECISION NOTIFICATION EMAILED TO ER: BERNARD.L.FLOURNOY@VERIZON.COM
VERIZON COMMUNICATIONS
NOTIFICATION OF CLAIM STATUS
IF YOUR EMPLOYEE HAS RETURNED TO WORK EITHER AT FULL OR PARTIAL DAYS
OR WITH RESTRICTIONS, PRIOR TO THE EXTENSION DATE ON THIS E-MAIL,
PLEASE NOTIFY METLIFE IMMEDIATELY AT 1-800-638-4228.
IF YOU HAVE ANY ADDITIONAL QUESTIONS REGARDING THIS CLAIM, PLEASE
CONTACT METLIFES CUSTOMER CARE CENTER FOR VERIZON COMMUNICATIONS AT
1-800-638-4228.  METLIFE'S HOURS OF OPERATION ARE MONDAY THROUGH
FRIDAY FROM 8 A.M. TO 8 P.M. EASTERN TIME.  THANK YOU.

DATE:06/03/2005
EMPLOYEE LAST NAME:WRIGHT
EMPLOYEE FIRST NAME:MAXINE
BAID#:BAQN5HX
CLAIM #:520503188232
CLAIM STATUS: APPROVED
CLAIM DECISION:CERTIFICATION EXTENSION APPROVED
DATE LAST WORKED:03/01/2005
DATE APPEAL RECEIVED
DATE DISABILITY COMMENCED: 03/05/2005
DATE CERTIFIED THROUGH: 06/16/2005
NOTE: THE CERTIFICATION DATE IS BASED ON CURRENT DOCUMENTATION ON
FILE WITH METLIFE AND IS SUBJECT TO CHANGE UPON RECEIPT OF
ADDITIONAL INFORMATION.
ESTIMATED RTW DATE:  UNKNOWN
COMMENTS: PROVISIONAL EXTENSION, PENDING D-IME DATE

Claim #: 520503188232     Name: MAXINE WRIGHT

Status: Ended

**[CA44]** - On 06/03/2005 12:38 - For 520503188232

**[CA44]** - On 06/03/2005 12:39 - For 520503188232

Call-Up For: [CA35] - On 06/13/2005     Call-Up Complete: [CA35] - On 07/01/2005

FOLLOW UP FOR D-IME DATE

**[8CVN]** - On 06/04/2005 00:08 - For 520503188232

PAYROLL NOTIFICATION SENT
SSN: 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  FEED DT: 06/06/2005
LAST NAME: WRIGHT                 FIRST NAME: MAXINE
-------------------------------------------------
CLAIM NUMBER SENT: 520503188232 STD REC TYP: C ACCIDENT IND: N
STD ORIG ST DT: 03/12/2005 STD NEW ST DT: 03/12/2005
STD END DT: 06/15/2005 STD STEP DOWN DT: 03/11/2006
-------------------------------------------------
NJ REC TYP:   NJ ORIG ST DT: 00/00/0000 NJ NEW ST DT: 00/00/0000
NJ END DT: 00/00/0000 FST DSBL DT: 03/05/2005

**[UZ09]** - On 06/06/2005 09:03 - For 520503188232

Call-Up For: [CA35] - On 06/06/2005     Call-Up Complete: [CA35] - On 06/08/2005

CRC: INFO UPDATE

EE SAID THERE IS SOME MAJOR CONSTRUCTION
IN HER NEIGHBORHOOD
EE HAS HAD TO BE AWAY FROM HOME MUCH OF THE TIME
WILL CALL WITH ALT PH#

**[ACS1]** - On 06/06/2005 14:18 - For 520503188232

Call-Up For: [CD71] - On 06/06/2005     Call-Up Complete: [CD71] - On 06/08/2005

MED/VOC INDEX DCN 050606F06316

**[CD72]** - On 06/06/2005 16:44 - For 520503188232

Call-Up For: [CA35] - On 06/06/2005     Call-Up Complete: [CA35] - On 06/08/2005

E-MAIL SENT TO UNIVAL WITH REQUEST FOR D-IME.

**[ACS1]** - On 06/07/2005 14:30 - For 520503188232

Call-Up For: [CD71] - On 06/07/2005     Call-Up Complete: [CD71] - On 06/08/2005

MED/VOC INDEX DCN 050606F06325

**[UY33]** - On 06/07/2005 16:06 - For 520503188232

Call-Up For: [VRCQ] - On 06/07/200     Call-Up Complete: [CA35] - On 06/08/2005

CRC: CALL BACK REQUEST TO:CA35
CALLER: EE, PH # 703-820-6566 HOME
CM ONLY, EE DECLINED CRC ASSIST, TRANSFERED TO CM VM PER EE REQUEST

**[CA35]** - On 06/08/2005 10:10 - For 520503188232

OUTGOING CALL TO EE-PHONE JUST RINGS-NO VM-CAN NOT LEAVE MESSAGE

**[XA61]** - On 06/08/2005 10:58 - For 520503188232

Call-Up For: [VRCQ] - On 06/08/200     Call-Up Complete: [CA35] - On 06/08/2005

CRC: CALL BACK REQUEST TO:CA35

EE CALLED. REFUSED CSC ASSISTANCE. COLD TRANSFERED ADV OF VM.

(703) 820-6566

**[CA35]** - On 06/08/2005 11:56 - For 520503188232

OUTGOING CALL TO EE

Claim #: 520503188232     Name: MAXINE WRIGHT

Status: Ended

**[CA35] - On 06/08/2005 11:56 - For 520503188232**

ADVISED EE THAT HER CLAIM HAS BEEN PROVISIONALLY EXTENDED THRU
6-15-05-PENDING IME

**[CA35] - On 06/08/2005 11:56 - For 520503188232**

CLAIM DECISION: CORRECTION : PROVISIONAL EXTENSION THROUGH 6-15-05

REQUESTED D-IME BASED ON CS RECOMMMENDATION

**[CD71] - On 06/08/2005 17:19 - For 520503188232**

**Call-Up For: [CA35] - On 06/08/2005     Call-Up Complete: [CA35] - On 06/16/2005**

MEDICAL INFO FROM AP HAMPTON JACKSON ORTHOPEDIC SURGEON DCN
050606F06325 IS PAGE 2 OF 6-1-05 PROGRESS NOTE & DCN 050606F06316 IS
QUESTIONAIRE SIGNED BY AP 6-1-05 AND PAGE 1 OF 6-1-05 PROGRESS NOTE.

CS SUMMARY:IN DOCUMENTS NOTED ABOVE, AP HAMPTON JACKSON, ORTHOPEDIC
SURGEON, INDICATED EE WAS MOST RECENTLY EXAMINED 6-1-05 & NEXT
OFFICE VISIT WILL BE 6-15-05. AP NOTES EE'S CONDITION HAS IMPROVED
BY 70%, FOLLOWING AN INITIAL EPIDURAL BLOCK 5-16-05. ACCORDING TO
AP, EE NEEDS TO REMAIN OUT OF WORK FOR AN ADDITIONAL 3 WEEKS, TO SEE
HOW LONG THE BLOCK IS GOING TO LAST. A RETURN TO LIGHT DUTY MAY
SHORTEN EE'S RESPONSE TO THE BLOCK EVEN MORE, PER AP, & HIS GOAL IS
LONG TERM RELIEF OF SYMPTOMS, NOT JUST A FEW WKS AT A TIME. AP
REPORTS HE SUSPECTED A DISC INJURY AT CERVICAL LEVEL 6-7, AS A
RESULT OF A WORK INCIDENT ON 3-1-05, (PRIMARY DIAGNOSIS CERVICAL
DISC DISPLACEMENT, ICD9 CODE 722.0) & THE LEVEL OF IMPROVEMENT EE
HAD FROM EPIDURAL BLOCK, CONFIRMS THE SUSPICION. ACCORDING TO
AP, HE DOES NOT ANTICIPATE EE CAN RETURN TO HER PREVIOUS OCCUPATION,
AS IT REQUIRES CONSTANT, REPEATED USE OF HER HEAD, NECK AND ARMS, IN
A REPETITIVE, CONSTANT WAY. AP INDICATED HE NOTIFIED VERIZON TO
ACCOMODATE EE WITH ANOTHER POSITION.

CPORTE CS

**[CD71] - On 06/08/2005 17:22 - For 520503188232**

**Call-Up For: [CD71] - On 07/12/2005     Call-Up Complete: [CD71] - On 07/12/2005**

ACTION PLAN FOLLOW UP FOR RESULTS OF D-IME.

CFORTE CS

**[CD72] - On 06/10/2005 17:29 - For 520503188232**

**Call-Up For: [CA35] - On 06/10/2005     Call-Up Complete: [CA35] - On 06/16/2005**

E-MAIL RECEIVED FROM UNIVAL WITH EXAM DETAILS:

RE:  WRIGHT, MAXINE, DATE APPROVAL PER REGGIE

CALLED CLAIMAINT, HAD A CONSTRUCTION NAME ON THE VOICE MAIL.
CALLED SUPERVISOR, RENARD FLOURNOY, 202-392-6481, LEFT VOICE MAIL TO
CALL CSA BACK.

PLEASE SEE BELOW FOR THE APPOINTMENT DETAILS FOR THE ABOVE
MENTIONED:

DATE: JUNE 30, 2005
TIME: 11:45 AM (EST)

DR. GABRIEL GLUCK
8702 SUDLEY ROAD
MANASSAS, VA  20110;   PROVIDER IS 29 MILES FROM CLAIMANT'S HOME.

Diary Review - Report

Claim #: 520503188232    Name: MAXINE WRIGHT

Status: Ended

[CD71] - On 06/13/2005 14:12 - For 520503188232

Call-Up For: [CA35] - On 06/13/2005    Call-Up Complete: [CA35] - On 06/16/2005

DECISION SUMMARY RECOMMEND PROVISIONAL APPROVAL FROM 6-16-05 THROUGH
7-5-05.


CS ASSESSMENT: D-IME EXAM SCHEDULED ON 6-30-05.


CFORTE CS

[UZ63] - On 06/16/2005 09:53 - For 520503188232

Call-Up For: [VRCQ] - On 06/16/200    Call-Up Complete: [CA35] - On 06/16/2005

CRC: CALL BACK REQUEST TO:CA35

EE CALLED. ADVISED OF CERTIF TO 7/5/05. SHE IS HAVING AN EPIDURAL
BLOCK SERIES 2 ON 6/27/05. SHE NEEDS TO SPEAK WITH CM ABOUT MISSING
PAY. ADVISED HER WE DON'T HANDLE PAY. SHE INSISTED ON SPEAKING
WITH CM

CB# (703) 820-6566

COLD XFRED TO TL BETH SULLIVAN. NOT IN LISTIT

[U800] - On 06/16/2005 10:06 - For 520503188232

Call-Up For: [VRCQ] - On 06/16/200    Call-Up Complete: [CA35] - On 06/16/2005

CRC: CALL BACK REQUEST TO:CA35

EE CALLED TO GIVE INFO TO CM. DID NOT WANT CSC TO TAKE AND FORWARD.
TRX TO CM LINE UPON REQ. HER PH (703)820-6566.

[U777] - On 06/16/2005 10:09 - For 520503188232

Call-Up For: [VRCQ] - On 06/16/200    Call-Up Complete: [CA35] - On 06/16/2005

CRC: CALL BACK REQUEST TO:CA35


EE STATED WANTS CM ONLY
ADV'D WILL SEE IF CM AVAILABLE MAY GET VM TO LEAVE NAME # & MESS
EEPH # 703-820-6566


[CA35] - On 06/16/2005 10:21 - For 520503188232


OUTGOING CALL TO EE


ADVISED EE THAT HER CLAIM WILL BE EXTENDED THRU 6-29-05. IME EXAM IS
SCHEDULED FOR 6-30-05. EE DID NOT HAVE ANY IDEA THAT THE EXAM WAS ON
6-30-05, EE STATED THAT NOONE CALLED HER, ADVISED EE THAT IT IS
DOCUMENTED THAT SOMEONE LEFT HER A VM, EE STATED THAT SHE DO NOT
HAVE A VM. CM GAVE EE THE DATE, TIME OF THE EXAM AND THE NAME OF THE
PROVIDER.

[CA35] - On 06/16/2005 10:22 - For 520503188232

Call-Up For: [CA35] - On 06/30/2005    Call-Up Complete: [CA35] - On 07/01/2005

ACTION PLAN F/U W/CD72-EE ATTENDANCE AT IME EXAM

[CA35] - On 06/16/2005 10:23 - For 520503188232


CLAIM DECISION:PROVISIONAL EXTENSION  6-16-05 THRU 6-29-05


PER PLAN PROVISION-IME SCHEDULED FOR 6-30-05.

Diary Review    Report

Claim #: 520503188232    Name: MAXINE WRIGHT

Status:  Ended

**[U749] - On 06/16/2005 10:30 - For 520503188232**

Call-Up For: [VRCQ] - On 06/16/200    Call-Up Complete: [CD89] - On 06/16/2005

CRC: CALL BACK REQUEST TO:CD89

EE CALLED

CSC TRX EE TO CD89 PER EE REQUEST

EE WOULD LIKE TO KNOW PHONE NUMBER OF DR.GLUCK FOR IME

CSC PROVIDED EE WITH NAME, APP'T TIME AND ADDRESSS PER PRIOR DIARY
DOCUMENTATION

EE PH..703-820-6566

**[ACS1] - On 06/16/2005 10:40 - For 520503188232**

Call-Up For: [CD71] - On 06/16/2005    Call-Up Complete: [CD71] - On 06/22/2005

MED/VOC INDEX DCN 050615F09239

**[UZ47] - On 06/16/2005 10:53 - For 520503188232**

Call-Up For: [VRCQ] - On 06/16/200    Call-Up Complete: [CA35] - On 06/16/2005

CRC: CALL BACK REQUEST TO:CA35

EE REPORTS IME W/ AP GABRIEL GLUCK ON 06/30/05
AP PH:703-361-3590
AP FAX: UNKNOWN

EE REQUEST THAT HER IME APPT BE CHANGED TO AP'S ALEXANDRIA OFFICE,
IF POSSIBLE, BECAUSE THE OFFICE IN MANASSAS IS TOO FAR FROM HER HOME
(APPROX 20 MILES)

PLEASE CALL EE @ 703-820-6566 RE: ABOVE INFO.

EE WOULD ALSO LIKE A WRITTEN RESPONSE TO HER REQUEST.

TRX TO CM EXT AS PER EE REQ.

**[CA35] - On 06/16/2005 11:21 - For 520503188232**

OUTGOING CALL TO EE

EE STATED THAT THE LOCATION OF THE IME EXAM IS TO FAR, WANTS TO KNOW
CAN IT BE CHANGED TO SOMEWHERE CLOSER. ADVISE EE THAT CM WILL S/W
CD72 IF CHANGES CAN BE MADE., ADVISED EE THAT CM WILL GIVE HER A
CALL BACK.

**[CD89] - On 06/16/2005 13:42 - For 520503188232**

INCOMING CALL FROM EE REQUESTED HELP WITH A WEEK THAT SHE DID NOT
GET PAID FOR ONE WEEK CLAIM REFERED TO C692 WHO WILL CALL HER BACK.

B SULLIVAN SSM

**[C692] - On 06/16/2005 13:44 - For 520503188232**

CASE MANAGEMENT NOTES

S/W CD89
-ADVISED THAT S/W EE EARLIER TODAY AND HAD QUESTIONS AS TO PAYMENT

DRS ADVISED WOULD CALL EE TO DISCUSS

**[C692] - On 06/16/2005 13:45 - For 520503188232**

VOICE MAIL LEFT FOR EE

ADVISED RETURNING CALL REGARDING QUESTIONS ON CLAIM

Claim #: 520503188232    Name: MAXINE WRIGHT

Status: Ended

**[C692]** - On 06/16/2005 13:45 - For 520503188232

NOTIFIED IP ADD'L CONCERNS TO CB

**[UZ65]** - On 06/16/2005 14:12 - For 520503188232

Call-Up For: [VRCQ] - On 06/16/200    Call-Up Complete: [CA35] - On 06/16/2005

CRC: CALL BACK REQUEST TO:CA35

EE RETURNED CALL. ADVISED EE WE CALLED RE: HER QUESTIONS ON HER
CLAIM. VERIFIED EE HOME PH: (703) 820-6566, TRX TO C692.

**[CA35]** - On 06/16/2005 14:26 - For 520503188232

OUTGOING CALL TO EE

GAVE EE THE NUMBER TO REGINA SHANE. RE:CHANGE OF LOCATION OF IME

**[C692]** - On 06/16/2005 15:10 - For 520503188232

OUTGOING CALL TO EE

EE STATED THAT SHE IS NOT GOING TO CHANGE D-IME. STATED THAT SHE
FIGURED OUT WHERE OFFICE WAS AND THAT IT WOULD BE TOO MUCH HASTLE TO
CHANGE APPOINTMENT AT THIS POINT.

EE STATED THAT SHE IS MISSING PAY FROM 5/23 THRU 5/27.

DRS ADVISED THAT EE HAS BEEN APPROVED THRU 6/29 AND THERE IS NO
INDICATION THAT EE WAS DENIED FOR THAT WEEK. ADVISED THAT CLAIM
SYSTEM SHOWS APPV'L THRU 6/29.
EXPLAINED THERE WAS DELAY IN CLAIM UPDATE, BUT EE SHOULD HAVE REC'D
PAY.
SUGGESTED THAT EE MAY HAVE BEEN PAID IN FOLLOWING CHECK & REFERRED
EE TO PAYROLL TO DISCUSS. EXPLAINED THAT MET DOES NOT HAVE ACCESS TO
ACTUAL CHECK THAT IS ISSUED.

EE STATED THAT SHE WAS UPSET W/CS. STATED THAT SHE DID NOT ALLOW
ENOUGHT TIME FOR MD TO SEND INFO IN. STATED THAT SHE FAXED INFO LATE
AND ONLY GAVE A FEW DAYS TO SEND INFO IN TO MET.

DRS EXPLAINED THAT CLAIM HAS BEEN APPROVED THRU 6/29 AND WAS NOT
DENIED FOR ANY PORTION.

**[8CVN]** - On 06/16/2005 23:50 - For 520503188232

PAYROLL NOTIFICATION SENT
SSN: 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  FEED DT: 06/17/2005
LAST NAME: WRIGHT            FIRST NAME: MAXINE
--------------------------------------------------
CLAIM NUMBER SENT: 520503188232 STD REC TYP: C ACCIDENT IND: N
STD ORIG ST DT: 03/12/2005 STD NEW ST DT: 03/12/2005
STD END DT: 06/29/2005 STD STEP DOWN DT: 03/11/2006
--------------------------------------------------
NJ REC TYP:   NJ ORIG ST DT: 00/00/0000 NJ NEW ST DT: 00/00/0000
NJ END DT: 00/00/0000 FST DSBL DT: 03/05/2005

**[CD71]** - On 06/22/2005 17:06 - For 520503188232

FORM FROM AP HAMPTON JACKSON, ORTHOPEDIC SURGEON, DCN 050615F09239
IS DISABILITY NOTE 6-15-05.

CS SUMMARY: IN OUT OF WORK FORM DATED 6-15-05, (UNSIGNED BY AP),
AP JACKSON NOTES EE OUT OF WORK UNTIL 7-13-05.

Claim #: 520503188232     Name: MAXINE WRIGHT

Status: Ended

**[CD71] - On 06/22/2005 17:06 - For 520503188232**

CFORTE CS

**[U859] - On 06/24/2005 08:07 - For 520503188232**

CRC: CALL BACK REQUEST TO:N126

ADVISED EE DET MED NEEDED FOR CLAIM EXTENSION
EE DECLINED FURTHER CSC ASSISTANCE

EE REQUESTED TRANSFER TO N126

PH. 703-820-6566

**[U859] - On 06/24/2005 08:09 - For 520503188232**
Call-Up For: [VRCQ] - On 06/24/200   Call-Up Complete: [CD89] - On 06/24/2005

CRC: CALL BACK REQUEST TO:CD89

ADVISED EE DET MED NEEDED FOR CLAIM EXTENSION

EE DECLINED FURTHER CSC ASSISTANCE
PLEASE DISREGARD PDM

EE REQUESTED TRANSFER TO CD89

PH. 703-820-6566

**[M808] - On 06/24/2005 08:11 - For 520503188232**
Call-Up For: [VRCQ] - On 06/24/200   Call-Up Complete: [CA35] - On 06/24/2005

CRC: CALL BACK REQUEST TO:CA35

EE CALLING AGAIN FOR CM.
DECLINED CRC ASSISTANCE.

EE'S PH# 703-820-6566

**[U918] - On 06/24/2005 08:18 - For 520503188232**

CRC: CALL BACK REQUEST TO:CA35

EE WANTED TO SPEAK WITH CM ONLY DID NOT WANT ASSISTNACE DID NOT WANT
CALL BACK   ASKED CSC TO STAY ON LINE TO VERIFY TRX WAS COMPLETED.

CALL WAS SUCCESSFULLY TRX TO CM VOICE MAIL

EE'S PH# 703-820-6566

ADVISED CALLER CM HAS 2 HOURS TO RETURN CALL, IF THE CALL WAS
RECEIVED BEFORE 3PM ET AND UNTIL 10AM CALLERS TIME ZONE IF THE CALL
WAS RECEIVED AFTER 3PM ET.

ADVISED OF VM PROCEDURES

Diary Review - Report

Claim #: 520503188232      Name: MAXINE WRIGHT

Status:  Ended

[CA35] - On 06/24/2005 08:52 - For 520503188232

OUTGOING CALL TO EE LINE BUSY-TRIED 2 X

[CA35] - On 06/24/2005 08:54 - For 520503188232

OUTGOING CALL TO EE

EE WANTED TO KNOW WHY HER CLAIM IS ONLY APPROVED THRU 6-29-05.

EXPLAINED TO EE THAT ONE IT IS CONFIRMED THAT SHE ATTENDED THE EXAM
ON 6-30-05, HER CLAIM WILL BE EXTENDED TO GIVE TIME FOR THE EXAM
REPORTS.

[N126] - On 06/24/2005 11:45 - For 520503188232
Call-Up For:  [CA35] - On 06/24/2005   Call-Up Complete:  [CA35] - On 06/29/2005
CALL BACK REQUEST FROM EE
LEFT VM MESSAGE REQUESTING RETURN CALL (703) 820-6566.

[CD89] - On 06/24/2005 13:27 - For 520503188232

OUTGOING CALL TO EE 703-820-6566

RETURN CALL TO EE ANSWERING MACHINE FOR CONSTRUCTION COMPANY

MESSAGE LEFT FOR MAXINE FROM BETH SULLIVAN STATING I WAS RETURNING
HER CALL.

[UZ54] - On 07/01/2005 08:34 - For 520503188232
Call-Up For:  [VRCQ] - On 07/01/200   Call-Up Complete:  [CA35] - On 07/01/2005
CRC: CALL BACK REQUEST TO:CA35

EE DECLINED CSC SERVICE, TRANSFFERED TO CM, 703-820-6566

[U936] - On 07/01/2005 08:56 - For 520503188232

CRC: CALL BACK REQUEST TO:CA35

CALLER REQUESTED TO SPEAK WITH CM ONLY.
CALLER DECLINED ASSISTANCE FROM CRC.
CALLER DECLINED A CALL BACK FROM CM.
CALL WAS COLD TRANSFERRED TO CM'S LINE.
ADVISED CALLER OF VM AND TIME FRAME FOR A RETURN CALL.

REASON FOR RETURN CALL:EE WAS CALLING TO ADV CM THAT SHE WAS NOT
PAID.  ADV EE THAT HER BENEFITS WERE SUPPORTED UNTIL 06/29/05.  ADV
EE THAT BEFORE THE CM CAN EXTEND HER BENEFITS, THE CM WILL NEED NEW
MED INFO FOR REVIVEW.  EE ADV SHE WANTED TO SPEAK TO THE CM.

PHONE NUMBER OF THE CALLER:703-820-6566

[CA35] - On 07/01/2005 09:05 - For 520503188232

WALK-UP W/CD72-CONFIRMBED EE ATTENDED DIME 6-30-05

[CA35] - On 07/01/2005 09:11 - For 520503188232

OUTGOING CALL TO EE

ADVISED EE THAT HER CLAIM IS EXTENDED THRU 7-17-05, PENDING DIME
RESULTS.

Claim #: 520503188232    Name: MAXINE WRIGHT

Status:  Ended

**[CA35] - On 07/01/2005 09:12 - For 520503188232**

CLAIM DECISION:PROVISIONAL EXTENISION 6-30-05 THRU 7-17-05

PER PLAN PROVISION-PENDING DIME RESULTS

**[CA35] - On 07/01/2005 09:13 - For 520503188232**

OUTGOING CORRESPONDENCE:APPROVAL-NO RTW LTR TO EE

**[CA35] - On 07/01/2005 09:16 - For 520503188232**

DECISION NOTIFICATION EMAILED TO ER:BERNARD.L.FLOURNOY@VERIZON.COM

VERIZON COMMUNICATIONS
NOTIFICATION OF CLAIM STATUS

IF YOUR EMPLOYEE HAS RETURNED TO WORK EITHER AT FULL OR PARTIAL DAYS
OR WITH RESTRICTIONS, PRIOR TO THE EXTENSION DATE ON THIS E-MAIL,
PLEASE NOTIFY METLIFE IMMEDIATELY AT 1-800-638-4228.

IF YOU HAVE ANY ADDITIONAL QUESTIONS REGARDING THIS CLAIM, PLEASE
CONTACT METLIFES CUSTOMER CARE CENTER FOR VERIZON COMMUNICATIONS AT
1-800-638-4228.  METLIFE'S HOURS OF OPERATION ARE MONDAY THROUGH
FRIDAY FROM 8 A.M. TO 8 P.M. EASTERN TIME.  THANK YOU.

DATE:07/01/2005
EMPLOYEE LAST NAME:WRIGHT
EMPLOYEE FIRST NAME:MAXINE
BAID:BAQN5HX
CLAIM #:520503188232
CLAIM STATUS: APPROVED
CLAIM DECISION:CERTIFICATION EXTENSION APPROVED
DATE LAST WORKED:03/01/2005
DATE APPEAL RECEIVED
DATE DISABILITY COMMENCED: 03/05/2005
DATE CERTIFIED THROUGH: 07/17/2005
NOTE: THE CERTIFICATION DATE IS BASED ON CURRENT DOCUMENTATION ON
FILE WITH METLIFE AND IS SUBJECT TO CHANGE UPON RECEIPT OF
ADDITIONAL INFORMATION.
ESTIMATED RTW DATE:  UNKNOWN

COMMENTS:
PROVISIONAL EXTENSTION-PENDING D-IME RESULTS

**[CA35] - On 07/01/2005 09:16 - For 520503188232**
Call-Up For: [CA35] - On 07/10/2005   Call-Up Complete: [CA34] - On 07/22/2005
ACTION PLAN F/U FOR DIME RESULTS

**[CD72] - On 07/01/2005 10:38 - For 520503188232**
Call-Up For: [CA35] - On 07/01/2005   Call-Up Complete: [CA34] - On 07/22/2005
E-MAIL RECEIVED FROM UNIVAL REGARDING EXAM ATTENDENCE:

MAXINE WRIGHT SHOWED FOR HER APPOINTMENT TODAY.

MMUSCO UNION LIAISON

Diary Review Report

Claim #: 520503188232    Name: MAXINE WRIGHT

Status: Ended

[8CVN] - On 07/02/2005 02:17 - For 520503188232

```
PAYROLL NOTIFICATION SENT
SSN: 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   FEED DT: 07/05/2005
LAST NAME: WRIGHT                FIRST NAME: MAXINE
-----------------------------------------------
CLAIM NUMBER SENT: 520503188232 STD REC TYP: C ACCIDENT IND: N
STD ORIG ST DT: 03/12/2005 STD NEW ST DT: 03/12/2005
STD END DT: 07/17/2005 STD STEP DOWN DT: 03/11/2006
-----------------------------------------------
NJ REC TYP:   NJ ORIG ST DT: 00/00/0000 NJ NEW ST DT: 00/00/0000
NJ END DT: 00/00/0000 FST DSBL DT: 03/05/2005
```

[CD72] - On 07/07/2005 10:42 - For 520503188232

Call-Up For: [CD71] - On 07/07/2005    Call-Up Complete: [CD71] - On 07/14/2005

```
E-MAIL RECEIVED FROM UNIVAL INITIAL DETERMINATION FORM THAT
INDICATES THAT THE EXAMINER AGREES WITH THE TREATING PROVIDER'S
RECOMMENDATION OF INABILITY TO RETURN TO WORK.

MMUSCO UNION LIAISON
```

[CD71] - On 07/12/2005 17:14 - For 520503188232

Call-Up For: [CD71] - On 07/13/2005    Call-Up Complete: [CD71] - On 07/14/2005

```
ACTION PLAN FOLLOW UP FOR DIME REPORT AND RECOMMEND CLAIM EXT BEYOND
7-17-05.




CFORTE CS
```

[U741] - On 07/14/2005 09:49 - For 520503188232

Call-Up For: [VRCQ] - On 07/14/200    Call-Up Complete: [CA35] - On 07/14/2005

```
CRC: CALL BACK REQUEST TO:CA35

EE CALLED EE WILL BE OOW FOR TILL 8/17 WOULD LIKE TO DISCUSS CLAIM
EXTENTION WITH CM COLD TRX TO CM LINE  703-820-6566
```

[CA35] - On 07/14/2005 10:15 - For 520503188232

```
OUTGOING CALL TO EE

EE STATED THAT SHE IS SEEING DR. JACKSON FOR A 2ND EMG AND A 3RD
EPIDURAL BLOCK. EE STATED THAT HER AP WANTS HER OOW FOR ANOTHER 5
WEEKS. EE STATED THAT SHE FAXED OVER INFO 7-13-05.
```

[CD71] - On 07/14/2005 13:21 - For 520503188232

Call-Up For: [CA35] - On 07/14/2005    Call-Up Complete: [CA34] - On 07/22/2005

```
DECISION SUMMARY RECOMMEND CLAIM EXTENSION FROM 6-30-05 THROUGH
8-21-05.

CS ASSESSMENT: RECOMMENDATION MADE BASED UPON D-IME FINDINGS: DOCTOR
AGREES WITH TREATING PROVIDER REGARDING EE'S INABILITY TO WORK.
D-IME FINDINGS ARE BINDING FOR 90 DAYS.



CFORTE CS
```

[CD71] - On 07/14/2005 13:23 - For 520503188232

Call-Up For: [CD71] - On 08/15/2005    Call-Up Complete: [CD71] - On 07/29/2005

```
ACTION PLAN FOLLOW UP FOR RTW PLAN/NEED FOR UPDATED MEDICAL
INFORMATION-


D-IME FINDINGS BINDING THROUGH 9-30-05
```

Claim #: 520503188232      Name: MAXINE WRIGHT

Status: Ended

[CD71] - On 07/14/2005 13:23 - For 520503188232

Call-Up For: [CD71] - On 08/15/2005    Call-Up Complete: [CD71] - On 07/29/2005

CFORTE CS

[ACS1] - On 07/14/2005 14:45 - For 520503188232

Call-Up For: [CD71] - On 07/14/2005    Call-Up Complete: [CD71] - On 07/29/2005

MED/VOC INDEX DCN 050713F09323

[CA34] - On 07/22/2005 10:12 - For 520503188232

SUMMARY OF MEDICAL: RTW SLIP FROM AP

EE, DISABLED FROM 7/13 - RTW 8/17

[CA34] - On 07/22/2005 10:12 - For 520503188232

CLAIM DECISION: APPROVAL 7/18 - 8/16

ERTW 8/17

[CA34] - On 07/22/2005 10:13 - For 520503188232

OUTGOING CORRESPONDENCE: RTW APPROVAL LTR TO EE

[CA34] - On 07/22/2005 10:14 - For 520503188232

OUTGOING CORRESPONDENCE: RTW APPROVAL LTR TO ER
BERNARD.L.FLOURNOY@VERIZON.COM

VERIZON COMMUNICATIONS
NOTIFICATION OF CLAIM STATUS
IF YOUR EMPLOYEE HAS RETURNED TO WORK EITHER AT FULL OR PARTIAL DAYS
OR WITH RESTRICTIONS, PRIOR TO THE EXTENSION DATE ON THIS E-MAIL,
PLEASE NOTIFY METLIFE IMMEDIATELY AT 1-800-638-4228.
IF YOU HAVE ANY ADDITIONAL QUESTIONS REGARDING THIS CLAIM, PLEASE
CONTACT METLIFES CUSTOMER CARE CENTER FOR VERIZON COMMUNICATIONS AT
1-800-638-4228.  METLIFE'S HOURS OF OPERATION ARE MONDAY THROUGH
FRIDAY FROM 8 A.M. TO 8 P.M. EASTERN TIME.  THANK YOU.

DATE:07/22/2005
EMPLOYEE LAST NAME:WRIGHT
EMPLOYEE FIRST NAME:MAXINE
BAID:BAQNSHX
CLAIM #:520503188232
CLAIM STATUS: APPROVED
CLAIM DECISION:CERTIFICATION EXTENSION APPROVED
DATE LAST WORKED:03/01/2005
DATE APPEAL RECEIVED
DATE DISABILITY COMMENCED: 03/05/2005
DATE CERTIFIED THROUGH: 08/16/2005
NOTE: THE CERTIFICATION DATE IS BASED ON CURRENT DOCUMENTATION ON
FILE WITH METLIFE AND IS SUBJECT TO CHANGE UPON RECEIPT OF
ADDITIONAL INFORMATION.
ESTIMATED RTW DATE: 08/17/2005
COMMENTS:

[CA34] - On 07/22/2005 10:14 - For 520503188232

VOICE MAIL LEFT FOR EE: DECISION NOTIFICATION

Claim #: 520503188232    Name: MAXINE WRIGHT

Status:  Ended

[CA34] - On 07/22/2005 10:14 - For 520503188232

Call-Up For: [SAVZ] - On 07/22/2005   Call-Up Complete: [CA47] - On 07/27/2005

REFERRAL TO SAVZ

[UY29] - On 07/22/2005 12:16 - For 520503188232

Call-Up For: [VRCQ] - On 07/22/200   Call-Up Complete: [CA34] - On 07/22/2005

CRC: CALL BACK REQUEST TO:CA35

PLEASE CONTACT EE @ 703-820-6566, ADVISED EE THAT CLAIM WAS APPROVED
7/18-8/16, EE THEN REQ TO BE TRANS TO CM AND DENIED FURTHER CRC
ASSISTANCE

[UV03] - On 07/22/2005 12:27 - For 520503188232

Call-Up For: [GRCQ] - On 07/22/200   Call-Up Complete: [CC64] - On 07/22/2005

CRC: CALL BACK REQUEST TO:CA34

CALLER REQUESTED CALL BACK FROM THE CM.

ADVISED CALLER OF CALL BACK TIMEFRAME.

REASON FOR RETURN CALL:EE RETURNING CALL WANTED TO LET KNOW HER RTW
DATE IS NOT 8/17, HER NOV IS 8/17, WANTED TO BE TRANSFERRED

PHONE NUMBER OF THE CALLER:703-820-6566

[CC64] - On 07/22/2005 12:29 - For 520503188232

Call-Up For: [VRCQ] - On 07/22/200   Call-Up Complete: [CA34] - On 07/22/2005

REDIRECTED RETURN CALL TO:CA34

[CA34] - On 07/22/2005 12:35 - For 520503188232

CORRECTION: APPROVAL THROUGH 8/21

[CA34] - On 07/22/2005 12:35 - For 520503188232

DISREGARD RTW APPROVAL LTR TO EE AND ER

[CA34] - On 07/22/2005 12:37 - For 520503188232

OUTGOING CALL TO EE:  DECISION NOTIFICATION

CM ADV EE CLAIM WILL BE REFERRED TO A CM WHO WILL F/U W/ AP FOR
UPDATED MEDICAL TO SUPPORT AN EXTENSION.

EE ASKED IF THE LETTER SENT WOULD BE SUFFICIENT.

CM ADV THIS WOULD NOT BE SUFFICIENT TO SUPPORT AN EXT BEYOND 8/21 AS
IT DOES NOT PROVIDE ANY DETAILED MEDICAL; FORMS WILL FAXED FOR AP
TO FILL OUT.

[CA34] - On 07/22/2005 12:37 - For 520503188232

OUTGOING CORRESPONDENCE: APPROVAL LTR TO EE

[CA34] - On 07/22/2005 12:37 - For 520503188232

OUTGOING CORRESPONDENCE: APPROVAL LTR TO ER
BERNARD.L.FLOURNOY@VERIZON.COM

VERIZON COMMUNICATIONS
NOTIFICATION OF CLAIM STATUS

*Diary Review - Report*

*Metlife telephone Transcript*

Claim #: 520503188232   Name: MAXINE WRIGHT

Status: Ended

Mar 27, 2006

Page 43 of 61

**[ACS1] - On 08/01/2005 07:42 - For 520503188232**

MED/VOC INDEX DCN 060729041606

**[U971] - On 08/04/2005 17:51 - For 520503188232**

Call-Up For: [CA47] - On 08/04/2005   Call-Up Complete: [CA47] - On 08/05/2005

CRC: INFO UPDATE

EE CALLING

EE HAD 2ND IME (DR STEVEN HUGHES) ON 7-20-2005

IME AP ADVISED EE TO RTW
EE AP DID NOT WANT EE TO RTW

EE WAS TOLD BY IME AP THAT IF SHE DID NOT
RTW HER BENEFITS WOULD BE CUT OFF

EE RTW ON 8-3-2005 DUE TO LETTER FROM ER
FORCING EE TO RTW OR RISK JOB
EE WORKED HALF DAYS ON 8-3 AND 8-4

EE DOES NOT FEEL WELL WHILE WORKING

**[U754] - On 08/04/2005 18:27 - For 520503188232**

Call-Up For: [VRCQ] - On 08/04/200   Call-Up Complete: [CA47] - On 08/05/2005

CRC: CALL BACK REQUEST TO:CA47

EE CALLED IN STATING ER SENT HER TO IME W/ DR STEVEN HUGHES (PH#
703.892.6500) ON 7/20/05. EE STATES AT THE EXAM DR HUGHES TOLD HER
THAT HIS FINDINGS WERE THE SAME AS OTHER AP'S SHE HAD SEEN - THAT
SHE IS UNABLE TO WORK. EE STATES THE REPORT DR HUGHES SENT TO ER
STATED THE COMPLETE OPPOSITE & ON 8/2/05 EE RECEIVED A LTR FROM ER
STATING SHE HAD TO RTW 8/3/05. EE ADVISED SHE DID HAVE IME W/ DR
GLUCK SOMETIME SOMETIME IN JUNE. ADVISED BASED ON MED RECEIVED CM
HAS HER APPROVED THRU 8/21/05. CSC SHOWED NO RECORD OF IME W/ DR
HUGHES. EE WOULD LIKE CALL BACK FROM CM TO DISCUSS THIS. EE CAN BE
REACHED @ WORK# 202.392.0959. ADVISED OF CALL BACK BY 10AM TOMORROW.

**[CA47] - On 08/05/2005 10:09 - For 520503188232**

OUTGOING CALL TO EE

**[CA47] - On 08/05/2005 10:22 - For 520503188232**

OUTGOING CALL TO EE

EE EXPLAINED THAT SHE HAD AN IME EXAM THRU SEDGWICK WHICH
DETERMINDED THAT SHE CAN RTW

I EXPLAINED TO EE THAT THE D IME EXAM SHE HAD THRU METLIFE IS
BINDING WHICH AGREED WITH HER TREATING PHYSICIAN THAT SHE IS NOT ABL
E TO WORK. EE DOES NOT HAVE THE ABILITY TO DO HER JOB AND C/O
DISCOMFORT AND PAIN IN HER NECK HAND AND ARM

**[CA47] - On 08/05/2005 10:23 - For 520503188232**

WALK-UP WITH CD72- CONFIRMED D IME EXAM IS BINDING

**[CA47] - On 08/05/2005 10:24 - For 520503188232**

OUTGOING CALL TO EE- CONFIRMED THAT DIME EXAM IS BINDING ANBD HER
CLAIM IS CURRENTLY CERTIFIED THRU 8/21/05

**[CA47]** - On 08/05/2005 10:24 - For 520503188232

EE STATED THAT SHE IS LEAVING WORK NOW, DUE TO PAIN AND DISCOMFORT
AS PREVIOUSLY STATED BY  DIME EXAM FINDINGS

**[CA47]** - On 08/05/2005 10:25 - For 520503188232

Call-Up For: [CA47] - On 08/05/2005    Call-Up Complete: [CA47] - On 08/11/2005
ACTION PLAN: CONFIRM DATES WITH CTLR ANALYST

**[UC97]** - On 08/05/2005 16:05 - For 520503188232

CRC: CLAIM STATUS

EE CALLING TO GET CM'S NAME.

**[U970]** - On 08/08/2005 16:08 - For 520503188232

Call-Up For: [CA47] - On 08/08/2005    Call-Up Complete: [CA47] - On 08/09/2005
CRC: RETURN TO WORK

CALLER= ER RENARD FLOURUCY  202-392-6481
EE RTW  FT 8/8/05

**[U970]** - On 08/08/2005 16:09 - For 520503188232

Call-Up For: [VRCQ] - On 08/09/200    Call-Up Complete: [CA47] - On 08/09/2005
CRC: CALL BACK REQUEST TO:CA47

CALLER= ER RENARD FLOURUCY  202-392-6481
ER WISHES CM TO CB ON 8/9/05 TO DISCUSS BOTH IME + EE RTW DATE.

**[UY33]** - On 08/09/2005 08:27 - For 520503188232

Call-Up For: [VRCQ] - On 08/09/200    Call-Up Complete: [CA47] - On 08/09/2005
CRC: CALL BACK REQUEST TO:CA47
CALLER: EE, PH # 703-820-6566 HOME
EE STATES WORKED 1/2 DAY 8/8, TOOK HALF DAY WITHOUT PAY, THE REST
OF THIS WEEK WILL BE WITHOUT PAY, AFTER THAT VACATION FOR 2
WEEKS, STATES AP STILL WANTS EE OUT OF WORK

**[CA47]** - On 08/09/2005 09:36 - For 520503188232

VOICE MAIL LEFT FOR ER RENARD FLOURUCY  202-392-6481

CM RETURNING HIS CALL

**[CA47]** - On 08/09/2005 09:52 - For 520503188232

OUTGOING CALL TO EE WHO STATED THAT HER ER IS DEMANDING THAT SHE RTW
AND IF NOT SHE HAS TO USE HER VACATION

ADVISED EE THAT I WILL CLEAR THE MATTER AND CALL HER BACK

**[CA47]** - On 08/09/2005 09:53 - For 520503188232

WALK-UP WITH UM

ADVISED THAT EE CLAIM SHOULD REMAIN CERTIFIED BASED ON D IME EXAM
FINDINGS.

WC  IME IS AN INDEPENDENT CONTRACT WHICH DIFFERS FROM ML DISAB

Diary Review - Report

Claim #: 520503188232      Name: MAXINE WRIGHT

Status:  Ended

[CA47] - On 08/09/2005 09:54 - For 520503188232

Call-Up For:  [CA47] - On 08/09/2005    Call-Up Complete:  [CA47] - On 08/11/2005

ACTION PLAN: FOLLOW UP WITH ER R FLOURCY

[UC98] - On 08/09/2005 10:32 - For 520503188232

Call-Up For:  [CCIT] - On 08/09/2005    Call-Up Complete:  [CC64] - On 08/09/2005

CRC: CALL BACK REQUEST TO:CA47

ER CALLED:
RENARD
PH: 202-392-0959 OR 202-392-6481

IN REGARD TO IME

[CC64] - On 08/09/2005 11:13 - For 520503188232

Call-Up For:  [VRCQ] - On 08/09/200    Call-Up Complete:  [CA47] - On 08/09/2005

REDIRECTED RETURN CALL TO:CA47

[CA47] - On 08/09/2005 13:12 - For 520503188232

OUTGOING CALL TO ER R FLOURCY- ADVISED ER WAS NOT AVAILABLE

[CA47] - On 08/11/2005 08:44 - For 520503188232

INCOMING CALL FROM ER E FLOURCY- LATE ENTRY

ER EXPLAINED THAT EE WORK COMP D IME RECOMMENDED EE RTW FT NO R/L
HE STATED THAT VZ ATTORNEY'S ADVISED HIM TO SEND EE LETTER
REQUESTING SHE RTW

HE UNDERSTANDS THAT EE HAD D IME THRU UNIVAL, HOWEVER HE STATES HE
DID AS HE WAS INSTRUCTED BY VZ ATTORNEY

ER WILL NOT CHANGE EE ABS DATES TO REFLECT SHE IS STILL ON
DISABILITY. SHE IS CURRENTLY ' ON VACATION '

ER ALSO STATED THAT UNION IS INVOLVED IN CLAIM

[CA47] - On 08/11/2005 08:45 - For 520503188232

Call-Up For:  [CA47] - On 08/11/2005    Call-Up Complete:  [CA47] - On 08/17/2005

ACTION PLAN: FOLLOW UP WITH UM/CD72 FOR FURTHER RECOMMENDATIONS

[CD71] - On 08/17/2005 09:58 - For 520503188232

VOICE MAIL LEFT FOR ER RENARD FLOURNOY 202-392-6481 REQUESTING
RETURN CALL. CS TO CONFIRM EE RTW FT WITH NO RESTRICTIONS FOLLOWING
HER VACATION LEAVE.

CFORTE CS

[CA49] - On 08/17/2005 09:58 - For 520503188232

Call-Up For:  [CC05] - On 08/17/2005    Call-Up Complete:  [CA49] - On 08/17/2005

REFERRAL TO POAP - INVOICE PAYMENT

UNIVAL BILL SENT TO PO-AP

VENDOR: UNIVAL

BULK INVOICE #:  10458

INVOICE DATE:  08/08/05

DATE OF UNIVAL SERVICE: 06/30/05

Claim #: 520503188232    Name: MAX⸺ WRIGHT

Status: Ended

[CA49] - On 08/17/2005 09:58 - For 520503188232
Call-Up For: [CC05] - On 08/17/2005    Call-Up Complete: [CA49] - On 08/17/2005

$ AMT:  $735.00 / FOR D IME EXAM

$ 25.00/FOR FED EX  CLAIMANT LETTER

[ACS1] - On 08/18/2005 11:19 - For 520503188232
Call-Up For: [CA47] - On 08/18/2005    Call-Up Complete: [CA47] - On 08/23/2005
MED/VOC INDEX DCN 050817F08923

[UZ37] - On 08/19/2005 15:21 - For 520503188232
Call-Up For: [CA47] - On 08/19/2005    Call-Up Complete: [CA47] - On 08/23/2005
CRC: INFO UPDATE FROM EE

PER EE'S REQUEST PLEASE RESEND HER APPROVAL LETTER BY MAIL.

EE REPORTED SHE HAS A HEARING ON 8/25/05 FOR WC CASE.

ADVISED EE FAX FROM DR. JACKSON WAS REC ON 8/18/05.
DCN 050817F08923, 1 PG
ADVISED EE OF REVIEW TIMEFRAME

[CA47] - On 08/23/2005 16:46 - For 520503188232
Call-Up For: [CD71] - On 08/23/2005    Call-Up Complete: [CD71] - On 08/24/2005
MEDICAL INFO FROM AP  DCN 050817F08923

PT WAS SEEN 8/17/05

REMAIN DISABLED 8/17 - 9/21/05

HAMPTON JACKSON

[CD71] - On 08/24/2005 13:40 - For 520503188232
Call-Up For: [CA47] - On 08/24/2005    Call-Up Complete: [CA47] - On 08/25/2005
DECISION SUMMARY RECOMMEND CLAIM EXTENSION FROM 8-22-05 THROUGH
9-20-05.

CS ASSESSMENT: STD CLAIM RECOMMENDATION WAS MADE BASED UPON
INFORMATION OBTAINED IN DCN 050817F08923 OUT OF WORK NOTE FROM AP
HAMPTON JACKSON, ORTHOPEDIC SURGEON. IN SAID NOTE, AP INDICATES EE
IS TO REMAIN OUT OF WORK FROM 8-17-05 THROUGH 9-21-05 WITH PRIMARY
DIAGNOSIS, CERVICAL DISC SYNDROME, ICD9 CODE 722.11. D-IME 6-30-05
RESULTS INDICATE EE UNABLE TO PERFORM HER OCCUPATIONAL DUTIES &
RESULTS OF SAID EXAM ARE BINDING THROUGH 9-30-05. IT IS REASONABLE
TO EXTEND STD CLAIM THROUGH 9-20-05 BASED UPON AFOREMENTIONED
MEDICAL INFORMATION.

CS CONCLUSION: MEDICAL INFORMATION PROVIDED SUPPORTS APPROVAL OF STD
CLAIM, SEVERITY OF ILLNESS AND WORK R & L'S THAT ARE INCOMPATIBLE
WITH FULL DUTIES OF EE'S OWN OCCUPATION, OPERATOR, A SEDENTARY JOB
CLASS.

CFORTE CS

[CD71] - On 08/24/2005 13:42 - For 520503188232
Call-Up For: [CE15] - On 09/13/2005    Call-Up Complete: [CE15] - On 09/16/2005
ACTION PLAN FOLLOW UP TO DETERMINE WHETHER EE WILL RTW 9-21-05, IF
NOT, FAX APS TO AP JACKSON, ORTHO SURGEON, FOR UPDATED MEDICAL
INFORMATION. (RESULT OF D-IME - NOT ABLE TO PERFORM OWN OCC BINDING
UNTIL 9-30-05).

Diary Review - Report

Claim #: 520503188232    Name: MAXINE WRIGHT

Status: Ended

[CD71] - On 08/24/2005 13:42 - For 520503188232

Call-Up For: [CE15] - On 09/13/2005    Call-Up Complete: [CE15] - On 09/16/2005

CFORTE CS

[CA47] - On 08/25/2005 11:14 - For 520503188232

CLAIM DECISION: EXTENDED 8/22 - 9/21/05

[CA47] - On 08/25/2005 11:24 - For 520503188232

ICM APPROVAL SENT TO EE

[CA47] - On 08/25/2005 11:27 - For 520503188232

APPROVAL LTR TO ER BERNARD.L.FLOURNOY@VERIZON.COM

DATE:08/24/2005
EMPLOYEE LAST NAME:WRIGHT
EMPLOYEE FIRST NAME:MAXINE
BAID:BAQN5HX
CLAIM #:520503188232
CLAIM STATUS: APPROVED
CLAIM DECISION:CERTIFICATION EXTENSION APPROVED
DATE LAST WORKED:03/01/2005
DATE APPEAL RECEIVED
DATE DISABILITY COMMENCED: 03/05/2005
DATE CERTIFIED THROUGH: 09/21/2005
NOTE: THE CERTIFICATION DATE IS BASED ON CURRENT DOCUMENTATION ON
FILE WITH METLIFE AND IS SUBJECT TO CHANGE UPON RECEIPT OF
ADDITIONAL INFORMATION.
ESTIMATED RTW DATE:

[CA47] - On 08/25/2005 11:32 - For 520503188232

VOICE MAIL LEFT FOR EE TO ADVISE OF CLAIM EXT

[8CVN] - On 08/25/2005 23:49 - For 520503188232

PAYROLL NOTIFICATION SENT
SSN: 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   FEED DT: 08/26/2005
LAST NAME: WRIGHT                    FIRST NAME: MAXINE
----------------------------------------------
CLAIM NUMBER SENT: 520503188232 STD REC TYP: C ACCIDENT IND: N
STD ORIG ST DT: 03/12/2005 STD NEW ST DT: 03/12/2005
STD END DT: 09/21/2005 STD STEP DOWN DT: 03/11/2006
NJ REC TYP:   NJ ORIG ST DT: 00/00/0000 NJ NEW ST DT: 00/00/0000
NJ END DT: 00/00/0000 FST DSBL DT: 03/05/2005

[UZ42] - On 08/31/2005 08:08 - For 520503188232

Call-Up For: [CA47] - On 08/31/2005    Call-Up Complete: [CA47] - On 08/31/2005

CRC: RTW: 08.31.05/FT/NO RL - PER EE

[UZ42] - On 08/31/2005 08:11 - For 520503188232

Call-Up For: [CA47] - On 08/31/2005    Call-Up Complete: [CA47] - On 08/31/2005

CRC:CORRECTION ON RTW: S/B 08.30.05

[XA14] - On 08/31/2005 08:19 - For 520503188232

CRC: CLAIM STATUS

EE CLD IN
ADV ER HANDLES FMLA

Diary Review  Report

Claim #: 520503188232    Name: MAXINE WRIGHT                     Mar 27, 2006

Status: Ended                                                    Page 48 of 61

**[8CVN]** - On 09/01/2005 00:03 - For 520503188232

```
PAYROLL NOTIFICATION SENT
SSN: 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   FEED DT: 09/01/2005
LAST NAME: WRIGHT              FIRST NAME: MAXINE
--------------------------------------------------------
CLAIM NUMBER SENT: 520503188232 STD REC TYP: C ACCIDENT IND: N
STD ORIG ST DT: 03/12/2005 STD NEW ST DT: 03/12/2005
STD END DT: 08/29/2005 STD STEP DOWN DT: 03/11/2006
--------------------------------------------------------
NJ REC TYP:   NJ ORIG ST DT: 00/00/0000 NJ NEW ST DT: 00/00/0000
NJ END DT: 00/00/0000 FST DSBL DT: 03/05/2005
```

**[UW23]** - On 10/13/2005 10:56 - For 520503188232

```
CRC: CLAIM STATUS

STEVE MARCELLA
WORKERS COMP MAN
410 773 4223
ADVISED WC NO RECENT MEDICAL SUBMITTED. EE WOULD HAVE TO APPEAL
CLAIM. ADVISED CLAIM ENDED. ADVISED THAT APPRAL PROCESS IS IN
APPROVAL LETTER SENT.
```

**[ACS1]** - On 10/13/2005 11:45 - For 520503188232
Call-Up For: [CA47] - On 10/13/2005   Call-Up Complete: [CA47] - On 10/18/2005
```
MED/VOC INDEX DCN 051012F09895
```

**[CA47]** - On 10/18/2005 12:59 - For 520503188232

```
MEDICAL INFO FROM AP  DCN 051012F09895

10/12/05

SEEN IN OFFICE 10/12/05

AVOID PUSHING PULLING LIFTING OR OVERHEAS USE OF BOTH UPPER
EXTREMITYIES 10/12 - 11/16/05


METROPOLITAN WASHINGTON ORTHO ASS
```

**[CA47]** - On 10/18/2005 13:01 - For 520503188232

```
EE IS AN OPERATOR- HER JOB DESCRIPTION DOES NOT ENTAIL

LIFTING, PULLING PUSHING OR OVERHEAD USE OF UPPER EXTREMITY
```

**[UY22]** - On 01/11/2006 18:00 - For 520503188232
Call-Up For: [VRCQ] - On 01/11/200   Call-Up Complete: [CB98] - On 01/12/2006
```
CALL BACK REQUEST TO CASE MANAGER
CA47 EE RQST A CALL BACK TO DISCUSS HER CLAIM AND WC CLAIM

PHN# 571-241-7430

MEDICAL/WC UPDATE


EE ADV THAT SHE WAS CALLED BACK TO WORK ON 8/31/05, EVEN THOUGH HER
DR DID NOT RELEASED HER TO RTW. EE STATES HER SUPVR ADV SHE WAS TO
RTW OR SHE WOULD BE FIRED. EE STATES THAT WC WAS FOUND IN HER FAVOR.
```

**[CB98]** - On 01/12/2006 09:27 - For 520503188232

```
OUTGOING CALL TO CLAIMANT
EE STATES VZ DID NOT TREAT HER 03/05/05 ABSENCE AS A WORK/COMP CASE.
```

Claim #: 520503188232    Name: MAXINE WRIGHT

Status: Ended

**[CB98] - On 01/12/2006 09:27 - For 520503188232**

```
CM TOLD EE THAT ML NEVER REC'D ANY INFO FROM VZ STATING 03/05/05
ABSENCE IS A WORK COMP ACCIDENT. CM TOLD EE THAT IF SHE WENT TO COURT
AND THE DECISION TO TREAT ABSENCES AS A WORK/COMP THERN ML STILL
NEEDS INFO FROM VZ STATING THAT THE ABSENCES IS A WORKMAN COMP. CM
TOLD EE SHE SHE CONTACT HER SUPV OR ABS ADMIN. EE STATES THIS HAS
GONE OVER THE ATTENDENCE  CLERK HEAD. EE ASKED TO SPEAK WITH CM
MANAGER CM TRANS CALL TO CSS C692 V/M


RMERRICK


CALL BACK REQUEST TO CASE MANAGER
CA47 EE RQST A CALL BACK TO DISCUSS HER CLAIM AND WC CLAIM
PHN# 571-241-7430
MEDICAL/WC UPDATE
EE ADV THAT SHE WAS CALLED BACK TO WORK ON 8/31/05, EVEN THOUGH HER
DR DID NOT RELEASED HER TO RTW. EE STATES HER SUPVR ADV SHE WAS TO
RTW OR SHE WOULD BE FIRED. EE STATES THAT WC WAS FOUND IN HER FAVOR.
```

**[C692] - On 01/12/2006 11:01 - For 520503188232**

```
OUTGOING CALL TO CLAIMANT
RETURNED CALL, 571-241-7430

EE STATED THAT SHE WENT TO COURT AND JUDGE DECIDED THAT W/C ACCIDENT
WAS APPROVED. ER FORCED EE BACK TO WORK SO THAT SHE COULD BE
TERMINATED. EE STATED THAT SHE NEVER ACTUALLY RETURNED TO WORK.
WENT TO WORK ON 8/30 AND WAS TOLD THAT SHE WAS TERMINATED.

CSS EXPLAINED THAT W/C NOTIFICATION REC'D AND THERE IS RECORD THAT
W/C APPROVED AND CONSIDERED SICKNESS. ADVISED THAT VERIZON W/C
DEPARTMENT DETERMINES WHAT TYPE OF W/C IT IS.

EE STATED THAT VZ & W/C WAS TAKEN TO COURT AND JUDGE DETERMINED THAT
EE DID NOT RTW. EE STATED SHE WAS ADVISED THAT SHE IS STILL ELIGIBLE
FOR BENEFITS.

CSS ADVISED THAT BASED ON INFO ON FILE, EE WAS APPROVED W/C SICKNESS
AND RTW ON 8/30/05.

CSS STATED THAT WILL REVIEW TO CM TO OBTAIN CONFIRMATION FROM VZ ON
RTW SITUATION. ADVISED THAT IF VZ REPORTS THAT EE RTW, CLAIM IS TO
BE CLOSED.
ADVISED THAT IF EE DID NOT RTW, UPDATED MED INFO.

EE WOULD LIKE TO APPEAL CLAIM IF VZ INDICATES THAT SHE HAS RTW. EE
STATED THAT SHE DID NOT RTW AND WILL SUBMIT UPDATED INFORMATION FROM
HER DOCTOR TO SUPPORT THAT SHE CONTINUES TO BE DISABLED TODAY.
-REVIEWED THAT MOST RECENT FAX WAS 10/13/05. NOTE FROM
METROPOLITAN WASHINGTON ORTHOPAEDIC ASSOCIATE & ALLIED
SUBSPECIALTIES & THE WASHINGON ORTHOPAEDIC CENTER FOR ORTHOPAEDIC
SUBSPECIALTIES.
```

**[C692] - On 01/12/2006 11:02 - For 520503188232**

```
CLAIM COMMENT
ADJUSTMENTS MADE TO SYSTEM
-CLAIM TRANSFERRED TO CB51

LODONNELL, CSS
```

**[C692] - On 01/12/2006 11:12 - For 520503188232**

**Call-Up For: [CA47] - On 01/12/2006    Call-Up Complete: [CA47] - On 01/12/2006**

```
CASE MANAGEMENT ACTION NEEDED
CONFIRMATION OF RTW NEEDED
```

Claim #: 520503188232    Name: MAXINE WRIGHT

Status: Ended

[C692] - On 01/12/2006 11:12 - For 520503188232

Call-Up For:  [CA47] - On 01/12/2006    Call-Up Complete:  [CA47] - On 01/12/2006

```
-EE PREVIOUSLY REPORTED RTW OF 8/30/05

EE S/W CSS 1/12/06, AND NOW STATES SHE DID NOT RTW.

CONFIRMATION NEEDED W/ER ON EE'S RTW.
-IF EE RTW, UPDATED DECISION/LTR AND ER NOTICE NEEDED
  EE ALSO WISHES TO APPEAL APPV'L TO RTW
-IF EE DID NOT RTW, UPDATE CLAIM APPROPRIATLY UNDER PLAN

LODONNELL, CSS
```

[C692] - On 01/12/2006 11:21 - For 520503188232

```
OUTGOING CALL TO EMPLOYER
VM LEFT FOR ER/PATTY WHITTAKER, 214-285-1574

ADVISED THAT CSS S/W EE. EE HAS REPORTED THAT DUE TO COURT RULING
THAT W/C WAS APPROVED UNDER ACCIDENT.
INQUIRED IF THIS WAS CORRECT.

ALSO INQUIRED IF EE RTW 8/30/05. EE STATED THAT SHE ONLY RTW TO BE
FIRED. REQUESTED CONFIRMATION.

LODONNELL, CSS
```

[CA47] - On 01/12/2006 11:34 - For 520503188232

```
OUTGOING CALL TO EMPLOYER
VOICE MAIL LEFT ER RENARD FLOURUCY  202-392-6481 CONFIRME EE RTW
```

[C692] - On 01/12/2006 15:17 - For 520503188232

Call-Up For:  [APUT] - On 01/13/2006    Call-Up Complete:  [UB27] - On 01/13/2006

```
REFERRAL TO APPEALS
EE REQUEST APPEAL REVIEW
-EE ADVISED WILL BE SENDING ADD'L INFO

EE STATED THAT SHE DID NOT RTW AS REPORTED, 8/30/05

LODONNELL, CSS
```

[C692] - On 01/12/2006 15:18 - For 520503188232

```
OUTGOING CALL TO EMPLOYER
VM LEFT FOR PATTY WHITTAKER

ADVISED RETURNING CALL

LODONNELL, CSS
```

[C692] - On 01/12/2006 15:48 - For 520503188232

```
INCOMING CALL
ER/PATTY WHITTAKER RETURNED CALL

ADVISED THAT W/C IS SICKNESS.
EE FELL WHILE LEAVING WORK FOR BREAK. EE DID NOT INJURE SELF WHILE
DOING WORK.

ADVISED THAT CLAIM IS CODED CORRECTLY.

LODONNELL, CSS
```

Claim #: 520503188232    Name: MAXINE    IGHT

Status: Ended

[C692] - On 01/12/2006 15:48 - For 520503188232

[UB27] - On 01/13/2006 12:31 - For 520503188232

Call-Up For: [CE51] - On 01/13/2006    Call-Up Complete: [CE51] - On 01/13/2006

REFERRAL TO CASE MANAGER
EMAILED CM FOR TERM LTR.
-KCASEY, FE

[CE51] - On 01/13/2006 13:08 - For 520503188232

CLAIM COMMENT
CM CE51 SPOKE TO CSS AS CE51 WAS JUST ASSIGNED THIS CLAIM TODAY,
01/12/05.

CSS INDICATED THAT A TERM LTR WAS NOT SENT AS BENEFITS WERE NOT
TERMINATED. CSS STATED THAT EE WAS APPROVED THROUGH 09/21/05 AND
SENT AN APPROVAL LTR, HOWEVER WHEN EE REPORTED A RTW OF 08/30/05
AN UPDATED LTR WAS NOT SENT. EE REPORTED A RTW DT AND CLAIM WAS
ENDED BASED ON THAT INFORMATION.
CSS INDICATED PLACED CALL UP TO APPEALS PER EE REQUEST TO APPEAL THE
CLAIM DECISION, HOWEVER CSS ADVISED CM CE51 THIS CLAIM DOES NOT NEED
TO GO TO APPEALS DEPT.

A CALL HAS BEEN PLACED TO ER TO DETERMINE TRUE RTW DT. IF THE EE IS
LOOKING FOR STD BENEFITS BEYOND 08/30/05, CAN SUBMIT CLINICAL THAT
SUPPORTS FOR REVIEW.

AT THIS TIME, PER CSS, CM CE51 DOES NOT NEED TO PURSUE MED INFO AND
DOES NOT NEED TO SEND ANY UPDATED LETTERS AT THIS TIME.
CSS HAS INDICATED THAT EE INTENDS ON SUBMITTING CLINICAL TO ML.

IF MEDICAL IS RECVD, CM CE51 TO TAKE APPROPRAIATE ACTION FOR
CONTINUED CLAIM MANAGEMENT

CM CE51 WILL NOTIFY APPEALS CM THAT A TERM LTR WAS NEVER SENT AND
THIS CLAIM DOES NOT NEED TO BE APPEALED PER CSS.

[CE51] - On 01/13/2006 13:14 - For 520503188232

OUTGOING EMAIL - OTHER
SENT TO APPEALS CM & CC UM

THERE IS NO TERMINATION LTR ON FILE AS THIS CLAIM WAS ENDED BASES
UPON EE PROVIDED RTW DT

THIS CLAIM DOES NOT NEED TO BE APPEALED.

[UB27] - On 01/13/2006 13:25 - For 520503188232

Call-Up For: [CE51] - On 01/13/2006    Call-Up Complete: [CE51] - On 01/13/2006

REFERRAL TO CASE MANAGER
PLEASE HANDLE. NO TERM. LTR TO EE. PER EMAIL FROM CM, WILL BE
HANDLED AT CM LEVEL, NO ACTION FOR APPEALS AT THIS TIME. -KCASEY, FE

[CE51] - On 01/13/2006 14:10 - For 520503188232

CLAIM COMMENT
CM WILL HAVE AN INCOMING CLINICAL REVIEWED. CLAIM CURRENTLY DOES NOT
NEED TO GO TO APPEALS UNIT.

SEE IN DIARY CONVERSATION CM HAD WITH CSS

[ACS1] - On 01/16/2006 10:00 - For 520503188232

Call-Up For: [CE51] - On 01/16/2006    Call-Up Complete: [CE51] - On 01/18/2006

MED/VOC INDEX DCN 060113F07941

Claim #: 520503188232    Name: MAXIN____RIGHT                                    Mar 27, 2006

Status: Ended                                                                   Page 52 of 61

[UG83] - On 01/17/2006 12:39 - For 520503188232

Call-Up For: [GRCQ] - On 01/17/200    Call-Up Complete: [CE51] - On 01/17/2006

CALL BACK REQUEST TO CASE MANAGER.
CE51 EE ASKED TO BE TRANSFERRED TO CM. WOULD NOT ACCEPT CSC
ASSISTANCE. PERFORMED TRANSFER.

[CE51] - On 01/17/2006 12:48 - For 520503188232

INCOMING CALL
FROM EE

CM ADVSIED EE DOES NOT NEED TO APPEAL CLAIM. WOULD JUST NEED TO
SUBMIT SUPPORTING CLINICAL TO REVIEW FOR AN EXT BEYOND 08/29/05. CM
ADVISED DID RECVD CLINICAL 01/16/06 (1 PG) HOWEVER DOES NOT
INDICATED DATES OF DISABILITY, OR MENTION NEED FOR AN EXTENSION
BEYOND 08/29/05.

CM ADVISED EE TO HAVE AP SUBMIT CLINICAL THAT SUPPORTS TOTAL
DISABILITY BEYOND 08/29/05. CM GAVE 800 FAX# AND ADVISED ALL INFO
ATTN EE CLAIM #.

EE QUESTIONED IF WE WERE REQUESTING EE ENTIRE MEDICAL FILE. CM
ADIVSED IN ORDER TO REVIEW FOR AN EXTENSION BEYOND 08/29/05 EE WOULD
NEED TO HAVE SUPPORTING CLINICAL SUBMITTED TO ML FOR REVIEW.

EE WOULD LIKE TO SPEAK WITH CSS WHO PREVIOUSLY ADVISED NEEDED TO
FILE AN APPEAL.

XFER CALL TO CSS.

[CE51] - On 01/17/2006 12:50 - For 520503188232

OUTGOING CALL TO OTHER
CTLR X 3422. CTLR SHOWS RTW DT OF 08/03/05 FROM FDA 03/05/05.

[C692] - On 01/17/2006 13:02 - For 520503188232

INCOMING CALL
EE TRANSFERRED TO CSS

EE STATED THAT SHE DOES NOT UNDERSTAND WHY SHE IS NOT APPROVED. W/C
HAD SENT EE FOR IME AND MD HAD DETERMINED EE COULD RTW. EE WAS TOLD
BY SUPERVISOR THAT SHE WAS TO RTW.
EE STATED SHE RTW 8/3 FOR A COUPLE OF DAYS, POSSIBLY PART-TIME. EE
THEN TOOK VACATION TIME. EE WAS THEN SENT A LETTER AND FORCED TO RTW
BY SUPERVISOR AGAIN. EE AT THAT TIME WAS OFFERED PACKAGE.

EE STATED THAT DID RECEIVE W/C SETTLEMENT AND IS STILL UNABLE TO
WORK. EE STATED THAT SHE HAS BEEN OOW FOR A LONG TIME NOW AND WOULD
LIKE TO FILE FOR LTD.

CSS EXPLAINED THAT EE DOES HAVE RIGHT TO FILE FOR LTD, BUT MAY NOT
BE ELIGIBLE. ADVISED THAT RTW INFO REC'D ON CLAIM.
ER HAS CODED RTW AS 8/3/05.

EE STATED THAT SHE WOULD LIKE INFO FORWARDED TO LTD AND WOULD LIKE
TO RECEIVE INITIAL FORMS. EE WOULD LIKE TO S/W LTD CM.
EE WILL BE FAXING INFO FROM W/C SETTLEMENT.

CSS EXPLAINED THAT STD BENEFITS HAVE BEEN W/D BECAUSE RTW HAS BEEN
REPORTED. ADVISED THAT W/D LTR WILL BE SENT.

LODONNELL, CSS

[C692] - On 01/17/2006 13:06 - For 520503188232

Call-Up For: [VLTD] - On 01/17/2006    Call-Up Complete: [CF16] - On 01/17/2006

REVIEW CLAIM FOR BRIDGE
EE HAS REQUESTED LTD PACKAGE

*MetLife    Transcript*
*telephone*

Claim #: 520503188232    Name: MAXINE WRIGHT    Mar 27, 2006

Status: Ended    Page 53 of 61

**[C692]** - On 01/17/2006 13:06 - For 520503188232

**Call-Up For: [VLTD]** - On 01/17/2006    **Call-Up Complete: [CF16]** - On 01/17/2006

```
-STD APPV'L THRU 8/2, ER CODED RTW AS 8/3/05
-STD APPV'L IS NOT THRU MAX DURATION


LODONNELL, CSS
```

**[UF18]** - On 01/17/2006 13:23 - For 520503188232

**Call-Up For: [GRCQ]** - On 01/17/200    **Call-Up Complete: [CC64]** - On 01/17/2006

```
CALL BACK REQUEST TO CASE MANAGER
CA43 RETURN CALL REQUESTED REGARDING MEDICAL INFORMATION

REASON: EE WANTS TO KNOW WHY THE CSS AND THE CM CANNOT SHARE THE
MEDICAL INFORMATION FOR THE CLAIM. EE STATES THAT THE CSS HAS THE
INFORMATION NEEDED FOR THE STD CLAIM AND THAT THE CM TOLD HER SHE
NEEDS IT. EE ALSO WANTS TO KNOW WHY IT'S BEEN SO DIFFICULT TO
CONTACT VERIZON FOR THE INFORMATION WE NEED FROM THEM. EE ALSO NEEDS
TO KNOW WHAT INFORMATION IS NEEDED EXACTLY FOR THE CLAIM. EE
DECLINED TO SPEAK TO THE CM OR CSS AND STATES SHE WANTED TO SPEAK TO
THE SUPERVISOR. PLEASE CB TO ADVISE.

HOUSE PHONE#: 703 820 6566
CELLPHONE#: 571 241 7430
```

**[CC64]** - On 01/17/2006 13:42 - For 520503188232

**Call-Up For: [VRCQ]** - On 01/17/200    **Call-Up Complete: [CA43]** - On 01/17/2006

```
CALL BACK REQUEST TO CASE MANAGER
REDIRECT TO CA43
```

**[CA43]** - On 01/17/2006 15:18 - For 520503188232

```
OUTGOING CALL TO CLAIMANT
RETURN CALL CLAIMANT AS PER REQUEST

HOME #: 703-820-6566
CELL #: 571-241-7430

CLAIMANT EXPRESSED CONCERN THAT HER CLAIM WAS INCORRECTLY CLOSED.

CLAIMANT INDICATES THAT SHE DID NOT RETURN TO WORK ON 08-03-2005.
AFTER DISCUSSION DETERMINED THAT SHE DID RETURN TO WORK AND WAS AT
WORK ON 08-03-2005, HOWEVER, WAS FORCED BACK TO WORK BY HER
SUPERVISOR WHO INDICATED THAT SHE WOULD BE TERMINIATED IF SHE DID
NOT RETURN TO WORK.  SHE RETURNED TO WORK FOR SEVERAL DAYS, THEN
TOOK VACATION.  WAS THEN TERMINATED FROM EMPLOYMENT ON OUR AROUND
08-30-2005.

SHE INDICATES THAT SHE RECENTLY WAS AWARDED A SETTLEMENT FROM THE
WORKERS COMP CARRIER AND FEELS THAT THIS SUPPORTS THAT DISABILITY
BENEFITS SHOULD HAVE BEEN EXTENDED BEYOND 08-03-2005.

ADVISED THAT THE STD DECISION IS BASED ON OUR CLAIM REVIEW AND IS
EXCLUSIVE OF THE WORKERS COMPENSATION BENEFIT.

ADVISED HER THAT A CLOSURE LETTER FOR STD WAS NOT SENT WHEN SHE
RETURNED TO WORK.  ADVISED THAT A LETTER HAS BEEN DRAFTED AND MAILED
TO HER TODAY.  ADVISED HER THAT THE LETTER CONTAINS INFORMATION AND
INSTRUCTIONS AS TO HOW TO APPEAL THE CLAIM CLOSURE.

SHE ALSO QUESTIONED HER ABILITY TO FILE FOR LTD.  ADVISED SHE CAN
FILE FOR LTD, HOWEVER, OUR INFORMATION FROM THE ER INDICATES THAT
SHE RTW, THEN HER EMPLOYMENT WAS TERMINATED.  BASED ON THIS SHE
WOULD NOT BE ELIGIBLE FOR LTD AS SHE IS NO LONGER AN EMPLOYEE OF
VZC, SO SHE COULD NOT COLLECT LTD.

RECOMMENDED SHE APPEAL THE CLAIM DECISION ON THE STD CLAIM.  ADVISED
SHE SHOULD RECEIVE THE STD CLOSURE LETTER SHORTLY AND TO FOLLOW THE
INSTRUCTIONS FOR APPEAL WHEN SHE RECEIVES THE LETTER.  SHE
UNDERSTOOD.
```

Claim #: 520503188232    Name: MAXINE RIGHT

Status: Ended

**[CA43] - On 01/17/2006 15:18 - For 520503188232**

J VALE
UM

**[ACS1] - On 01/17/2006 15:32 - For 520503188232**

Call-Up For: [CE51] - On 01/17/2006   Call-Up Complete: [CE51] - On 01/18/2006

FINANCIAL INDEX DCN 060117F07036

**[CE51] - On 01/18/2006 11:29 - For 520503188232**

CLAIM COMMENT
SUMMARY OF FINANCIAL INDEX DCN 060117F07036 NOTICE OF LUMP SUM
APPROVAL

**[CE51] - On 01/18/2006 12:30 - For 520503188232**

CLAIM COMMENT

CM CE51 SPOKE TO UM. CM TO WRITE W/D LTR & SUBMIT FOR REVIEW.

**[CE51] - On 01/18/2006 13:10 - For 520503188232**

REFERRAL TO CLAIM SUPPORT SPECIALIST
FOR WITHDRAWAL LTR REVIEW

**[CE51] - On 01/18/2006 13:10 - For 520503188232**

Call-Up For: [CE51] - On 01/19/2006   Call-Up Complete: [CE51] - On 01/20/2006

ACTION PLAN
F/U FOR W/D LTR

**[C692] - On 01/19/2006 14:04 - For 520503188232**

Call-Up For: [CE51] - On 01/19/2006   Call-Up Complete: [CE51] - On 01/20/2006

RESPONSE TO CASE MANAGER
LTR REVIEW COMPLETED
-CORRECTIONS NEEDED PRIOR TO UM REVIEW

LODONNELL, CSS

**[CE51] - On 01/20/2006 09:22 - For 520503188232**

REFERRAL TO UNIT MANAGER
LTR REVIEW WITH UPDATES

**[CE51] - On 01/20/2006 09:23 - For 520503188232**

Call-Up For: [CE51] - On 01/21/2006   Call-Up Complete: [CE51] - On 01/20/2006

ACTION PLAN
F/U LTR

**[CA43] - On 01/20/2006 12:02 - For 520503188232**

CLAIM COMMENT
WITHDRAWAL LETTER REVIEW - LETTER APPROVED AS WRITTEN.

**[CE51] - On 01/20/2006 12:13 - For 520503188232**

OUTGOING CORRESPONDENCE
WITHDRAWAL LTR SENT

**[UH97] - On 01/23/2006 10:46 - For 520503188232**

CLAIM COMMENT

Claim #: 520503188232    Name: MAXINE _RIGHT                                    Mar 27, 2006
Status: Ended                                                                   Page 55 of 61

---

[UH97] - On 01/23/2006 10:46 - For 520503188232

EE CI TO SEE IF WE SENT OUT APPEAL LTR, CRC ADV EE LTR WAS SENT OUT
ON 1-20-06

---

[ACS1] - On 01/25/2006 16:02 - For 520503188232

OGC INDEX DCN 060124002544

---

[ACS1] - On 01/30/2006 16:45 - For 520503188232
Call-Up For: [CE51] - On 01/30/2006    Call-Up Complete: [CF22] - On 02/02/2006
MED/VOC INDEX DCN 060130F07513

---

[CF22] - On 02/02/2006 13:50 - For 520503188232

CLAIM COMMENT
DCN 060130F07513; RECD 1/30/06; APPEAL LETTER FROM EE
PG1 APPEAL LTR FROM EE REQ UPDTD STD AND REQ FOR LTD

PG2 DR.JACKSON ORTHO CONSULT 10/12/05

PG3 DR.JACKSON ORTHO CONSULT 9/21/05

PG4 DR.JACKSON ORTHO CONSULT 8/17/05

PG5 DR.JACKSON ORTHO CONSULT 7/13/05
SDEFORGE/CM

---

[CF22] - On 02/02/2006 13:51 - For 520503188232
Call-Up For: [APUT] - On 02/02/2006    Call-Up Complete: [UF46] - On 02/02/2006
REVIEW CLAIM FILE REQUEST
PLEASE REVIEW APPEAL REC'D 1/30/06; DCN 060130F07513
THANKS
SDEFORGE/CM

---

[CF22] - On 02/02/2006 13:52 - For 520503188232
Call-Up For: [CE51] - On 02/10/2006    Call-Up Complete: [CE51] - On 02/06/2006
ACTION PLAN
F/U W/APPEAL PROCESS FOR POSS. DECISION ON APPEAL REQ 1/30/06; SENT
2/2/06
SDEFORGE/CM

---

[UF46] - On 02/02/2006 14:07 - For 520503188232
Call-Up For: [CE51] - On 02/02/2006    Call-Up Complete: [CE51] - On 02/06/2006
REFERRAL TO CASE MANAGER
FYI:
APPEAL RECEIVED & SENT FOR REVIEW. DB CREATED. ASPYTKO,FE

---

[UF46] - On 02/02/2006 14:07 - For 520503188232

OUTGOING CORRESPONDENCE
APPEAL ACK LTR TO EE.

---

[ACS1] - On 02/07/2006 14:33 - For 520503188232

OGC INDEX DCN 060206014346

---

[U077] - On 02/14/2006 10:31 - For 520503188232
Call-Up For: [XX86] - On 02/14/2006    Call-Up Complete: [UH28] - On 02/14/2006
REFERRAL TO CLERICAL
PLEASE PRINT ALL MED/VOC AND OTHER FOR THIS SS#.THANKS AMONACO/AS

Claim #: 520503188232    Name: MAXINE RIGHT

Status: Ended

[UH28] - On 02/14/2006 12:44 - For 520503188232

Call-Up For: [U077] - On 02/14/2006    Call-Up Complete: [U077] - On 02/14/2006

CLAIM COMMENT
PRINT COMPLETE

[U077] - On 02/14/2006 15:17 - For 520503188232

OUTGOING CALL TO EMPLOYER
PHONE CALL TO DENISE AT VERIZON: 262 392-6481 CALLED TO CONFIRM
EE'S EMPLOYMENT STATUS ON 8/30/05.SHE STATED THAT EE HAS BEEN
CAUSING ISSUES AND REFERRED ME HER BOSS, RANDY HUTCHINS ® 757
825-5650
RANDY CONFIRMED THAT EE WAS AN ACTIVE EMPLOYEE 8/30/05-10/7/05

SHE WAS WORKING.

AFTER 10/7/05-FORWARD SHE TOOK AN UNPAID, EXCUSED TIME OFF
UNTIL 11/5/05 WHEN SHE TOOK EARLY RETIREMENT.

AMONACO/AS

[U077] - On 02/16/2006 15:09 - For 520503188232

Call-Up For: [CE51] - On 02/16/2006    Call-Up Complete: [CE51] - On 02/16/2006

APPEAL DECISION - UPHELD
02/16/2006:UPHOLD
EE WAS AN OPERATOR AT VERIZON. SHE LEFT WORK ON MARCH 5, 2005.
STD BENEFITS WERE PAID THROUGH AUGUST 29, 2005.
ON AUGUST 30,2005 EE RTW
AS SHE RTW SHE WAS NO LONGER ELIGIBLE FOR STD BENEFITS.

ON JANUARY 30, 2006 WE RECEIVED EE'S REQUEST FOR AN APPEAL IN WHICH
SHE INDICATED THAT SHE WAS STILL EXPERIENCING PAIN AND EE FELT THAT
SHE WAS FORCED BACK TO WORK AND FORCED TO TAKE RETIREMENT.

ON APPEAL IT WAS CONFIRMED WITH VERIZON THAT EE HAD RETURNED TO WORK
AND WAS ACTIVELY AT WORK FROM AUGUST 30, 2005 THROUGH OCTOBER 7,
2005.  AFTER OCTOBER 7, 2005 SHE TOOK UNPAID, EXCUSED TIME OFF UNTIL
NOVEMBER 5, 2005 AT WHICH TIME SHE TOOK EARLY RETIREMENT.

BASED ON THE AVAILABLE DOCUMENTATION, AS EE RETURNED TO WORK, SHE
WAS NO LONGER ELIGIBLE TO RECEIVE DISABILITY BENEFITS, THEREFORE,
THE DECISION TO DENY SHORT TERM DISABILITY BENEFITS BEYOND AUGUST
29, 2005 WAS IN ACCORDANCE WITH THE PLAN AND REMAINS IN EFFECT.
AMONACO/AS

[U077] - On 02/16/2006 15:09 - For 520503188232

OUTGOING CORRESPONDENCE
APPEAL 1ST LEVEL UPHOLD LETTER SENT TO EE.AMONACO/AS

[CE51] - On 02/16/2006 15:30 - For 520503188232

OUTGOING EMAIL - EMPLOYER
BERNARD.L.FLOURNOY@VERIZON.COM

----- FORWARDED BY AMY RUND/INS/METLIFE/US ON 02/16/2006 03:30 PM
-----
VERIZON COMMUNICATIONS
NOTIFICATION OF CLAIM STATUS

IF YOUR EMPLOYEE HAS RETURNED TO WORK EITHER AT FULL OR PARTIAL DAYS
OR WITH RESTRICTIONS, PRIOR TO THE EXTENSION DATE ON THIS E-MAIL,
PLEASE NOTIFY METLIFE IMMEDIATELY AT 1-800-638-4228.

IF YOU HAVE ANY ADDITIONAL QUESTIONS REGARDING THIS CLAIM, PLEASE

Claim #: 520503188232      Name: MAXINE WRIGHT

Status: Ended

[CE51] - On 02/16/2006 15:30 - For 520503188232

CONTACT METLIFES CUSTOMER CARE CENTER FOR VERIZON COMMUNICATIONS AT
1-800-638-4228.   METLIFE'S HOURS OF OPERATION ARE MONDAY THROUGH
FRIDAY FROM 8 A.M. TO 8 P.M. EASTERN TIME.   THANK YOU.


DATE: 02/16/2006
EMPLOYEE LAST NAME: WRIGHT
EMPLOYEE FIRST NAME: MAXINE
BAID: BAQN5HX
CLAIM #: 520503188232
CLAIM STATUS: APPEAL RECEIVED
CLAIM DECISION: APPEAL UPHELD
DATE LAST WORKED:
DATE APPEAL RECEIVED
DATE DISABILITY COMMENCED:
DATE CERTIFIED THROUGH:
NOTE: THE CERTIFICATION DATE IS BASED ON CURRENT DOCUMENTATION ON
FILE WITH METLIFE AND IS SUBJECT TO CHANGE UPON RECEIPT OF
ADDITIONAL INFORMATION.
ESTIMATED RTW DATE:


[ACS1] - On 02/21/2006 16:47 - For 520503188232

OGC INDEX DCN 060220037491


[UW66] - On 02/23/2006 14:41 - For 520503188232
Call-Up For: [VRCQ] - On 02/23/200   Call-Up Complete: [CE51] - On 02/23/2006

CALL BACK REQUEST TO CASE MANAGER
CE51 EE REQ WARM TRANSFER TO CM. CSC TRANSFERRED TO CM. EE ORIG REQ
TO SPEAK TO EE REGARDING CLAIM STATUS. WAS GOING TO ADVISE TO LM BUT
SHE WANTED TO MAKE SURE CM WAS THERE. CSC MADE SURE CM ANSWERED AND
ANNOUNCED CALL AND TRANSFERRED. HER PHONE 703-820-6566.


[CE51] - On 02/23/2006 14:56 - For 520503188232

INCOMING CALL
FROM EE EE DID NOT WANT TO SPEAK WITH CM. EE SPECIFICALLY REQUESTED
TO SPEAK WITH APPEALS CM .

CM CE51 TRIED APPEALS CM EXT HOWEVER IS OUT OF THE OFFICE UNTIL
03/02/06. CM ADVISED EE THAT CAN CALL 800# AND ASK TO BE TRANSFERRED
TO APPEAL DEPT, AS CM CAN NOT FIND SPECIFIC #.

EE STATED THAT INFORMATION VERIZON HAD PROVIDED ML WAS INCORRECT.
CM ADVISED WOULD PLACE NOTATION OF CONCERN TO APPEALS CM, ALSO IF EE
WANTS TO APPEAL TO 2ND LEVEL. EE SHOULD DO SO.

[CE51] - On 02/23/2006 14:58 - For 520503188232
Call-Up For: [U077] - On 02/23/2006   Call-Up Complete: [U077] - On 02/26/2006

CLAIM COMMENT
EE HAS CONCERNS ABOUT APPEAL LTR RECVD. EE STATED THAT INFORMATION
VERIZON SUBMITTED IS INCORRECT. EE HAS QUESTIONS & WOULD LIKE TO
DISCUSS WITH APPEALS CM.

CM CE51 ADVISED APPEALS CM OUT OF THE OFFICE UNTIL 03/02. WOULD MAKE
NOTATION OF EE CONCERNS.

[UY22] - On 02/23/2006 15:17 - For 520503188232
Call-Up For: [RC26] - On 02/23/2006   Call-Up Complete: [UA81] - On 02/24/2006

CALL BACK REQUEST TO UNIT MANAGER
X079 EE RQST A CALL BACK TO DISCUSS APPEAL AS EE WAS ADV HER APPEAL
CM IS OUT OF THE OFFICE TILL 3/2. EE RQST CM APPEAL SUPVR.

Claim #: 520503188232   Name: MAXINE _IGHT

Status: Ended

[UY22] - On 02/23/2006 15:17 - For 520503188232

Call-Up For: [RC26] - On 02/23/2006   Call-Up Complete: [UA81] - On 02/24/2006

PHN# 703-820-6566 HOME OR
CELL 571-241-7430

[UA81] - On 02/24/2006 10:42 - For 520503188232

OUTGOING CALL TO CLAIMANT
RTNG CALL FOR X079/U077. SPOKE WITH EE. EE ADVISED INFO WE RECD
REGARDING HER RTW 8/30/05 WAS INCORRECT &WANTED TO KNOW IF SHE
SHOULD REQUEST A 2ND LEVEL BASED ON THIS. ADVISED EE THAT WE
VERIFIED W/ER THE DATE OF RTW & THAT EE WOULD NEED TO REQ THE 2ND
LEVEL WITH PROOF OR INFO REGARDING THAT BEING INCORRECT. EE ASKED IF
SHE COULD GET IN WRITING WHO WE SPOKE WITH,ETC. ADVISED EE TO
SEND REQUEST IN WRITING FOR THIS INFO TO BE RELEASED &SHE CAN
PROCEED AT THAT POINT.
EE THANKED FOR CALL

K ROTUNDO
A/S

[ACS1] - On 03/09/2006 13:22 - For 520503188232

Call-Up For: [CF22] - On 03/09/2006   Call-Up Complete: [U026] - On 03/10/2006

APPEAL MAIL DCN 060309001983

[U026] - On 03/10/2006 13:25 - For 520503188232

REFERRAL TO CASE MANAGER
PLEASE HANDLE:
EE REQUEST FOR INFO
DCN#060309001983

[UH52] - On 03/17/2006 08:26 - For 520503188232

Call-Up For: [GRCQ] - On 03/17/200   Call-Up Complete: [XB49] - On 03/17/2006

CALL BACK REQUEST TO CASE MANAGER
CF22 EE REQ CB IN REF TO APPEAL/APPEAL DOC

ADV OF CB TIMEFRAME

PH# 703-820-6566

EE INQ ABT 2ND LEVEL OF APPEAL AND VERIZON CLAIMS REVIEW COMMITTEE

[XB49] - On 03/17/2006 10:52 - For 520503188232

Call-Up For: [VRCQ] - On 03/17/200   Call-Up Complete: [CF22] - On 03/17/2006

CALL BACK REQUEST TO CASE MANAGER
REDIRECTED RETURN CALL REQUEST TO CF22

[CF22] - On 03/17/2006 11:24 - For 520503188232

OUTGOING CALL TO CLAIMANT
PH# 703-820-6566 EE INQ ABT 2ND LEVEL OF APPEAL AND VERIZON CLAIMS
REVIEW COMMITTEE
CM LOOKING FOR INFO REGARDING STEPS FOR APPEAL PROCESS

EE RPTS THAT WCOMP WAS ACHIEVED THROUGH COURT ORDER FROM INJ MARCH
2005-THAT WENT THROUGH DEC 2005

EE SEEKING RE-INSTATEMENT OF BENEFITS

CM NEEDS MORE TIME TO LOOK INTO CLAIM AND WILL C/B TO EE
EE'S CELL571.241.7430
SDEFORGE.C/M

**[CF22] - On 03/17/2006 11:34 - For 520503188232**

CLAIM COMMENT
DIARY 3/10/06 FOR CM REFERRAL W/NO CALL FOR CM
CM TO TAKE REFERRAL
SDEFORGE/CM

**[CF22] - On 03/17/2006 11:35 - For 520503188232**
Call-Up For: [APUT] - On 03/17/2006    Call-Up Complete: [UF46] - On 03/17/2006

REFERRAL TO APPEALS
EE LOOKING FOR NEXT STEP IN APPEAL PROCESS
SDEFORGE/CM

**[CF22] - On 03/17/2006 11:40 - For 520503188232**
Call-Up For: [GLLP] - On 03/17/2006    Call-Up Complete: [CF50] - On 03/17/2006

REFERRAL TO CLERICAL
PLEASE COPY CLAIM FILE AND SEND TO SHARON DEFORGE/3RD FLOOR
THANKS
SDEFORGE/CM

**[CF22] - On 03/17/2006 11:40 - For 520503188232**
Call-Up For: [CF22] - On 03/22/2006    Call-Up Complete: [CF22] - On 03/27/2006

CLERICAL ACTION NEEDED
F/U FOR CLAIM FILE/ CK FILE AND HAVE UM SEND TO EE AS REQ IN DCN
520503188232
SDEFORGE/CM

**[CF22] - On 03/17/2006 11:43 - For 520503188232**

OUTGOING CALL TO CLAIMANT
PH# 703-820-6566  CM INF EE THAT CLAIM WAS SENT TO APPEALS FOR 2ND
APPEAL AND APPEALS CM SHOULD BE IN TOUCH SOON

CLAIM FILE COPY REQUEST REC'D AND FILE IN PROCESS OF COPYING W/FILE
TO FORWARD TO EE ONCE REC'D BY CM W/UM SIGN OFF
SDEFORGE/CM

**[UF46] - On 03/17/2006 13:48 - For 520503188232**
Call-Up For: [CF22] - On 03/17/2006    Call-Up Complete: [CA44] - On 03/22/2006

REFERRAL TO CASE MANAGER
FYI:
INFO RECEIVED, NO APPEAL REQ FROM EE. DB CREATED. ASPYTKO,PE

**[UF46] - On 03/17/2006 13:49 - For 520503188232**
Call-Up For: [APUT] - On 04/17/2006

APPEAL ACTION NEEDED
60TH DAY UP:
BEGIN APPEAL PROCESS. ASPYTKO,PE

**[UF46] - On 03/17/2006 13:49 - For 520503188232**

OUTGOING CORRESPONDENCE
APPEAL INTENT LTR TO EE.

**[ACS1] - On 03/22/2006 12:32 - For 520503188232**

OGC INDEX DCN 060321007637

**[UW66] - On 03/22/2006 15:21 - For 520503188232**
Call-Up For: [VRCQ] - On 03/22/200    Call-Up Complete: [CA43] - On 03/23/2006

CALL BACK REQUEST TO UNIT MANAGER
CF22 EE IS REQ CB FROM UM. FIRST WANTED TO BE TRANSFERRED TO CM.

Claim #:520503188232    Name: MAXINE ___IGHT

Status:  Ended

---

**[UW66] - On 03/22/2006 15:21 - For 520503188232**

Call-Up For: [VRCQ] - On 03/22/200    Call-Up Complete: [CA43] - On 03/23/2006

> THEN DIDNT WANT ONE. BEFORE THAT WANTED TO BE TRANSFERRED TO APPEAL
> SPECIALIST WHICH WE CANNOT DO. HER PHONE IS 303-820-6566. SHE HAS 2
> LETTERS FIRST LETTER STATES TO APPEAL DECISION SHE MUST SUBMIT TO
> VERIZON ON 3RD PG FROM ML. THAT WAS DATED 2/16/06. NOW SHE RECD
> LETTER FROM MARCH 17TH SAYS REFER TO THE 2/16/06 AND SEND TO ML. SHE
> SAYS LETTERS ARE CONFLICTING. CSC TRIED TO EXPLAIN BUT WAS TOLD
> DIDNOT KNOW WHAT CSC WAS TALKING ABOUT. EXPLAINED A MEMBER FROM
> SUPPORT WAS ASSISTING. ADVISED UM WOULD CB BETWEEN 8-10 AM TOMORROW
> ON 3/23/06.

---

**[CA43] - On 03/23/2006 08:29 - For 520503188232**

Call-Up For: [VRCQ] - On 03/23/200    Call-Up Complete: [U077] - On 03/23/2006

> CALL BACK REQUEST TO APPEALS
> X079 REDIRECTED RETURN CALL REQUEST APPEAL UM CALL CAME IN ON
> 03-22-2006 AFTER 3PM.  RETURN CALL BY 10AM.
>
> CALL BACK REQUEST TO UNIT MANAGER
> CF22 EE IS REQ CB FROM UM. FIRST WANTED TO BE TRANSFERRED TO CM.
> THEN DIDNT WANT ONE. BEFORE THAT WANTED TO BE TRANSFERRED TO APPEAL
> SPECIALIST WHICH WE CANNOT DO. HER PHONE IS 303-820-6566. SHE HAS 2
> LETTERS FIRST LETTER STATES TO APPEAL DECISION SHE MUST SUBMIT TO
> VERIZON ON 3RD PG FROM ML. THAT WAS DATED 2/16/06. NOW SHE RECD
> LETTER FROM MARCH 17TH SAYS REFER TO THE 2/16/06 AND SEND TO ML. SHE
> SAYS LETTERS ARE CONFLICTING. CSC TRIED TO EXPLAIN BUT WAS TOLD
> DIDNOT KNOW WHAT CSC WAS TALKING ABOUT. EXPLAINED A MEMBER FROM
> SUPPORT WAS ASSISTING. ADVISED UM WOULD CB BETWEEN 8-10 AM TOMORROW
> ON 3/23/06.
>
> J VALE
> UM

---

**[U077] - On 03/23/2006 08:59 - For 520503188232**

> OUTGOING CORRESPONDENCE
> PHONE CALL RETURNED TO JEFF VALE, UM
> ADVISED HIM THAT THE 2/16/06 APPEAL UPHOLD LETTER SENT TO AP,WAS
> INCORRECT, AND A CORRECTED LETTER WILL BE SENT TO HER.
> THE 2ND LEVEL APPEAL REQUEST SHOULD BE SENT TO METLIFE AT PO
> BOX 14592, LEXINGTON KY 40511-4592, AND NOT VERIZON.
>
> THANKS AMONACO/AS

---

**[U077] - On 03/23/2006 09:00 - For 520503188232**

> OUTGOING CORRESPONDENCE
> CORRECT APPEAL UPHOLD LETTER SENT TO EE, PROVIDING THE CORRECT
> METLIFE ADDRESS FOR WHICH TO SUBMIT HER REQ FOR 2ND LEVEL
> APPEAL REVIEW.AMONACO/ AS

---

**[C497] - On 03/23/2006 09:17 - For 520503188232**

Call-Up For: [RC26] - On 03/23/2006    Call-Up Complete: [U077] - On 03/23/2006

> CALL BACK REQUEST TO APPEALS
> RE-DIRECT - CALL BACK REQUEST TO APPEALS UM
> X079 REDIRECTED RETURN CALL REQUEST APPEAL UM CALL CAME IN ON
> 03-22-2006 AFTER 3PM.  RETURN CALL BY 10AM.
> CALL BACK REQUEST TO UNIT MANAGER
> CF22 EE IS REQ CB FROM UM. FIRST WANTRD TO BE TRANSFERRED TO CM.
> THEN DIDNT WANT ONE. BEFORE THAT WANTED TO BE TRANSFERRED TO APPEAL
> SPECIALIST WHICH WE CANNOT DO. HER PHONE IS 303-820-6566. SHE HAS 2
> LETTERS FIRST LETTER STATES TO APPEAL DECISION SHE MUST SUBMIT TO
> VERIZON ON 3RD PG FROM ML. THAT WAS DATED 2/16/06. NOW SHE RECD
> LETTER FROM MARCH 17TH SAYS REFER TO THE 2/16/06 AND SEND TO ML. SHE
> SAYS LETTERS ARE CONFLICTING. CSC TRIED TO EXPLAIN BUT WAS TOLD
> DIDNOT KNOW WHAT CSC WAS TALKING ABOUT. EXPLAINED A MEMBER FROM
> SUPPORT WAS ASSISTING. ADVISED UM WOULD CB BETWEEN 8-10 AM TOMORROW

Claim #: 520503188232    Name: MAXINE ____GHT    Mar 27, 2006

Status: Ended    Page 61 of 61

[C497] - On 03/23/2006 09:17 - For 520503188232

Call-Up For: [RC26] - On 03/23/2006    Call-Up Complete: [U077] - On 03/23/2006

ON 3/23/06.

J VALE

UM

[U077] - On 03/23/2006 09:36 - For 520503188232

OUTGOING CALL TO CLAIMANT

ATTEMPTED TO CALL EE BACK AT 303 820-6566

# IS NOT IN SERVICE.AMONACO/AS

[U077] - On 03/23/2006 09:47 - For 520503188232

Call-Up For: [U077] - On 03/27/2006

APPEAL ACTION NEEDED

F/U NC REVIEW

[ACS1] - On 03/24/2006 15:54 - For 520503188232

Call-Up For: [CF22] - On 03/24/2006    Call-Up Complete: [CF22] - On 03/27/2006

APPEAL MAIL DCN 060324001632

[CF22] - On 03/27/2006 07:33 - For 520503188232

Call-Up For: [U077] - On 03/27/2006

REFERRAL TO APPEALS

PLEASE SEE NEW ICC; APPEAL MAIL DCN 060324001632

CLAIM IN SECOND LEVEL APPEALS

SDEFORGE.CM

352 Diaries Found

Claim #: 520503188232     Name: MAXINE WRIGHT

Status: Declined

Apr 01, 2005

Page 1 of 1

| Clm #: | 520503188232 | Owner Id: | CD74 | Report #: | 301817 | Plan: | 000 | Subpoint: | 2300 |
|---|---|---|---|---|---|---|---|---|---|
| SSN: | 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 | Dt Last Wrk: | | Cov: | 8200 | Subcode: | 0001 | GM Plant: | |

| Type: | Duration | Subject: | Control | Who: | Other | Direction: | Incoming |
|---|---|---|---|---|---|---|---|
| Call Up for: | CD74 | Call Up Date: | 03/31/2005 | DRC: | | |
| Initiate Date: | 03/31/2005 9:13 | Initiated by: | C150 | MDI: | Yes | |

W/C DETERMINATION FORM RECEIVED

EMPLOYEE: MAXINE L. WRIGHT

BAID: BAQN5HX

SS#: 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

DATE OF ABSENCE: 3/2/05

DATE OF INJURY/ILLNESS: 3/1/05

THE VERIZON WORKERS' COMPENSATION DEPARTMENT HAS RECEIVED NOTICE OF
A WORK-RELATED ABSENCE FOR THE EMPLOYEE NAMED ABOVE.  THIS ABSENCE
MUST BE REPORTED TO METLIFE BY THE EMPLOYEE OR SUPERVISOR IN ORDER
FOR THE EMPLOYEE TO BE PAID CORRECTLY.

THE VERIZON WORKERS' COMPENSATION GROUP HAS DETERMINED THAT,
PROVIDED METLIFE CERTIFIES THAT THE EMPLOYEE IS DISABLED, HE/SHE
WOULD BE ELIGIBLE FOR THE FOLLOWING BENEFITS UNDER THE APPLICABLE
SICKNESS AND ACCIDENT DISABILITY PLAN

ACCIDENT BENEFITS _____
    (MANAGERS OF NORTH ASSOCIATES:   ABSENCE SHOULD BE CODED ILL)
    (MANAGERS OF SOUTH ASSOCIATES:   ABSENCE SHOULD BE CODED ILL)

SICKNESS BENEFITS _____X*_____ *COMPENSABILITY HAS NOT YET
BEEN DETERMINED.
    (MANAGERS OF NORTH ASSOCIATES:   ABSENCE SHOULD BE CODED ILL)
            (MANAGERS OF SOUTH ASSOCIATES:   ABSENCE SHOULD BE
CODED ILL)

INJURY CLAIMED AS WORK-RELATED: LEAVING BLDG, FEET CAME OUT FROM HER
- LANDED ON RIGHT SIDE; INJURED RIGHT
SHOULDER/ARM, HAND AND WRIST.

Sedgwick
Trust
calkp Supervisor

Metlife
Supervisor
Beth
Sullivan