PRAECIPE

# United States District Court
## for the District of Columbia

the __13th__ day of __November__ 19__2006__

Plaintiff __Maxine Wright__

vs.

Defendant __Verizon Comm. Inc__

Civil / Criminal Action No. __06-1819 HHK__

The Clerk of said Court will __Motion to Oppose Any Dismissal of this case Verizons Corporate insurer Sedgewick and my Personal Employee Verizons Benefits Plans are Separate. + Verizon Benefits Plan Has not paid me the 1/3 of my salary which makes 100% salary when injured on the job! Workens Compensation Verizon pays 65900 2/3 and they are separate.__

__November 13th, 2006__
Date

BAR IDENTIFICATION NO.

__Maxine Wright__
Signature

__MAXINE WRIGHT__
Print Name

__5721 Magnolia lane__
Address

__Falls Church, Virginia 22041__
City   State   Zip Code

__703-820-6566__
Phone Number

### CERTIFICATE OF SERVICE

I will send a copy to Covington + Burling, 1201 Pennsylvania Ave Washington DC 20004



RECEIVED
NOV 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN the United States District Court For the District of the District of Columbia

Plaintiff: MAXINE WRIGHT

vs     CA NO: 1:06CV-0819-HHK

Defendant: Verizon Communication Inc

## ORDER

It is Now Ordered by District Court in the District of Columbia that Verizon Communication Inc. pay MAXINE L. WRIGHT her Vacation pay due in full, Excused days with pay in full and all excused time without pay due to an on the job injury of 3-1-05 Compensated at the rate of 1/3 Her gross salary. It is Now Ordered Maxine L. Wright's Disability Pension with All benefits is to be paid to her on a monthly basis. In addition All Retroactive payments. Also it is NOW Order that Verizon Communication Inc. pay Maxine L. Wright the Award in the Sum of 8.5 million dollars the Compensation the Value of damages as supported by case civil action Number 1:06-CV-0819-HHK relief.

I hereby demand this order executed.

Date:                         the Honorable Henry H. Kennedy Jr