UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAXINE WRIGHT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VERIZON COMMUNICATIONS INC.,<br><br>　　　　　Defendant. | Civil Action 06-01819 (HHK) |

### ORDER

Before the court is Defendant's Motion to Dismiss or, in the Alternative, Motion for a More Definite Statement [#4], and Plaintiff's "Motion for Order of Disability Payments" [# 2]. Upon consideration of the motions, the oppositions thereto, and the record in this case, it is this 11th day of December, 2006, hereby

**ORDERED** that Defendant's Motion to Dismiss is **DENIED**; and it is further

**ORDERED** that Defendant's Motion for a More Definite Statement is **DENIED** in light of Plaintiff's written response [# 11], which the court will treat as an amended complaint; and it is further

**ORDERED** that Plaintiff's Motion for Order of Disability Payments [#2] is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge