PRAECIPE

# United States District Court
# for the District of Columbia

the __11__ day of __December__ 19 __2006__

__Maxine Wright__
__5721 Magnolia Lane Falls__
vs.
__Verizon__

Civil / Criminal Action No. __06-1819-HHK__

The Clerk of said Court will __asking the court to appoint me a lawyer.__

__12-11-06__
Date

_____
BAR IDENTIFICATION NO.

__Maxine Wright__
Signature

__Maxine Wright__
Print Name

__5721 Magnolia lane__
Address

__Falls Church, VA 22041__
City        State        Zip Code

__703-820-6566__
Phone Number  __571-241-7430__

**CERTIFICATE OF SERVICE**

I will send a copy to Covington + Burling 1201 Pennsylvania Ave Wash DC. 20004

RECEIVED
DEC 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT