PRAECIPE

# United States District Court
# for the District of Columbia

the **11** day of **December** 19 **2006**

Maxine Wright
5721 Magnolia Lane Falls Church VA
vs.                              22041

Verizon

Civil / Criminal Action No. **06-1819 HHK**
**06-1819**

The Clerk of said Court will **Motion for damages in violation of my Civil rights to the full extent of the Law, as amended to 8.5 million Dollars.**

Amended

---

**12-11-2006**
Date

**BAR IDENTIFICATION NO.**

Signature: *Maxine Wright*

Print Name: MAXINE WRIGHT

Address: 5721 Magnolia Lane

City/State/Zip: Falls Church, VA 22041

Phone Number: 703-820-6566

**CERTIFICATE OF SERVICE**

I will send a copy to Covington & Burling
1201 Pennsylvania Ave
Wash - DC

**RECEIVED**
DEC 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PRAECIPE

# United States District Court
# for the District of Columbia

the __11__ day of __December__ 19__2006__.

Maxine Wright
5721 Magnolia Lane Falls Church VA
                                    22041
vs.

Verizon inc

Civil / Criminal Action No. __06-1819 HHK__
06-1819

The Clerk of said Court will __Motion for Verizon to pay my full disability Pension including benefits because benefits were not paid upon disability Retirement Request after 26 years of service on the job injury__

amended
__12-11-06__
Date

__Maxine Wright__
Signature

__MAXINE WRIGHT__
Print Name

__5721 Magnolia Lane__
Address

__Falls Church   VA   22041__
City           State      Zip Code

__703 820-6566__
Phone Number

_____
BAR IDENTIFICATION NO.

CERTIFICATE OF SERVICE

I will send a copy to:
Covington + Burling
1201 Pennsylvania Ave
NW Wash DC.

**RECEIVED**
DEC 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PRAECIPE

# United States District Court
# for the District of Columbia

the _14th_ day of _December_ 19 _2006_

_Maxine Wright_
_5721 Magnolia lane Falls Church VA_
vs. _22041_

_Verizon_

Civil / Criminal
Action No. _06-1819 HHK_
_01819_

The Clerk of said Court will _Motion for reactroactive disability payments in the amount of $37,300 because Verizon was told to pay my disability payments from Aug 2 (2005) and Haven 4. Amended_

_12-11-06_
**Date**

_____
**BAR IDENTIFICATION NO.**

_Maxine Wright_
**Signature**

_Maxine Wright_
**Print Name**

_5721 Magnolia lane_
**Address**

_Falls Church_  _VA_  _22041_
**City**           **State**    **Zip Code**

_703-820-6566_
**Phone Number**

**CERTIFICATE OF SERVICE**

**RECEIVED**

DEC 11 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT