UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAXINE WRIGHT,**<br><br>Plaintiff,<br><br>v.<br><br>**VERIZON COMMUNICATIONS INC.,**<br><br>Defendant. | Civil Action 06-01819 (HHK) |

**ORDER**

On December 11, 2006, plaintiff Maxine Wright filed an application to proceed *in forma pauperis* [#15], but she failed to fully answer Question 3 regarding her sources of income within the past twelve months.

Accordingly, it is this 12th of December, 2006, hereby

**ORDERED** that plaintiff shall re-file this application with the court, providing an accurate and complete response to all questions that pertain to her, by no later than December 27, 2006, or her application will be denied.

Henry H. Kennedy, Jr.
United States District Judge