UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAXINE WRIGHT,**<br><br>Plaintiff,<br><br>v.<br><br>**VERIZON COMMUNICATIONS INC.,**<br><br>Defendant. | Civil Action 06-01819 (HHK) |

**ORDER**

Plaintiff filed a "Motion for Miscellaneous Relief" on December 11, 2006 [#17]. The court strikes the motion for failure to comply with the U.S. District Court for the District of Columbia Local Civil Rule 7. As relevant here, that rule requires that "[e]ach motion . . . include or be accompanied by a statement of the specific points of law and authority that support the motion, including where appropriate a concise statement of facts." LCvR 7(a). Plaintiff's motion neither includes nor is accompanied by a statement of the *specific* points of law and authority that support the motion. Also the motion does not set forth any facts.

Accordingly, it is this 12th day of December, 2006, hereby,

**ORDERED** that plaintiff's "Motion for Miscellaneous Relief" [#17] is **STRICKEN.** This order is without prejudice to the filing of a new motion that is filed in accordance with the court's rules.

Henry H. Kennedy, Jr.
United States District Judge
