RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

RECEIVED

DEC 13 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Margaret Wright
5921 Magnolia Lane
Falls Church VA 22041

Vs

Verizon

Case # 06-1819 HHK

Amended      ## Complaint

Verizon has instructed me to ask
the Court for an Order for Disability
Payments & Disability Pension to be
paid to me. Because Verizon says
they are unable to change the
information My Supervisor gave
Metlife stating I returned to work
on my own initative August 3, 2005.

Metlife says they cannot change
the information because they Verified
I came to work on my own initative
through My Supervisor Renard Floynoy
Renards Supervisor Randy Hutchinson
and through the Legal Department of
Verizon.

The Metlife transcript will prove

page 1

Maxine Wright
5821 Magnolia lane
Falls Church, VA 22041

Case # 06-1819 HHK

VS

Verizon

I was ordered to work and
the Medical Certification I was
under then and now is still
bending I'm still totally Disabled.

When Verizon's Attorneys instructed
my supervisor to order me to work
anyway. and if I didn't show
up, fire me and if I leave sick,
fire me it also became an ERISA violation

it Violated my Civel Rights because
I'm black Civel rights act Title T

it Violated my Human Rights because
I'm Handicapped

it Violated my Doctors medical orders
Americans with disabilities act of 1990

page 2

Maxine Wright
5721 Magnolia lane
Falls Church, VA 2204

Case # 06-1819

vs

Verizon

Also Violated my Rights under
DC Workers Compensation Comm.
In June Verizon Compliance was
instructed no other doctor in
the case can be used except
Dr Hampton Jackson four Doctors
already verified my Disability.

I'm asking for damages in the
amount of $300,000

I'm asking an order be given
to immediately start my monthly
Disability Pension of $1700 + Benefits.

I'm asking retroactive pay
in Disability Payments of $37,000

page 3

Maxine Wright
5121 Magnolia Lane
Falls Church VA 2204

Case # 06-1819

VS

Verizon

My case has been pending
with Verizon for Disability Pension
for a year and a half. My hardship
is worsening and my disability
is worsening the MetLife transcript
will also show they were told to
pay me.

Instead of paying me my Supervisor
+ Verizon decided to fire me before
the formal Hearing Verizon didn't
show up to the informal Hearing

I am entitled to my Disability
Pension because of my years
on the job and my disability.
all Leave is to be reinstated

page 4

Thank You Maxine Wright    571-281-7430
                           703-820-6766

MAXINE WRIGHT

    Plaintiff

                Civil action NO: 1:06cv-1819 HHK

    VS

Verizon Communication

    Defendant

# ORDER

IT is Now Ordered by the District Court in the District of Columbia that Verizon Communication pay Maxine Wright Her Vacation pay in full, Excused Days pay in full, All excused time without pay due to an on the job injury on March 1, 2005 compensated at the Rate of 1/3 her gross salary. It is Now Ordered that Maxine Wrights Disability Pension with all Benefits to be paid to her on a monthly basis in addition to All Reactroactive payments

Also it is Now Ordered that Verizon Communication inc pay Maxine Wright the Award in the sum of $300,000.00 in compensation for the value of damages a supported by the civil case number 1:06-CV-0819-HHK Relief.

Date                the Honorable Henry H. Jackson Jr

Certificate of Service

I Maxine Wright
will mail a copy of this Complaint
to Reenalt Kim
1901 Punnsylvania Ave
Wash. DC 2001

Maxine Wright
5721 Magnolia lane
Falls Church VA 2201
703-820-6566

This is for a Case already Existing
in this Court - 06-1819.