AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2006 DEC 15 PM 12:31

NANCY M. MAYER-WHITTINGTON
CLERK

District of __COLUMBIA__

MAXINE WRIGHT
5721 magnolia lane
Falls Church, VA 22041

Plaintiff

V.

Verizon

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 06-1819 HHK

I, __MAXINE WRIGHT__ declare that I am the (check appropriate box)

☐ petitioner /(plaintiff)/ movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☑ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   9/1979-5/11/2005 major Employer: Verizon Communication 2055 L st NW DC 4th fl wash 20036 Take Home weekly $821 HR 37.5 HR pd wkly
   minor: 10-05 - 12-05 USPS Lee Hwy Merrifield, Merrifield VA $10 HR 20 Hrs WK - bi weekly pay

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☐ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☐ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☐ No |
   | d. | Disability or workers compensation payments | ☑ Yes | ☐ No |
   | e. | Gifts or inheritances | ☐ Yes | ☐ No |
   | f. | Any other sources | ☑ Yes | ☐ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

12-21-2005 — under Workers Compensation Act of 1979 I recieved $12000 / Time payment From Sedgwick for my weekly pay was 878.64 translated into comp. rate of 585.63 wkly compensation rate.

12-17-2005 — I Recieved unemployment in bi-weekly payments of $359.00 Total $8511.00 over 6 mths 12-17-05 — 6-1-06.

I do not expect to recieve any monies From Sedgwick 3rd party of Workers Compensation. I do not expect to Receive any monies from Unemployment DC Employment Services Verizon. I DO RECIeve bonus payment for 3yrs of $514 mth From Verizon will End Nov 2009

4. Do you have any cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes," state the total amount. $5 _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No   Some stock value of ~~$700~~ $280

   If "Yes," describe the property and state its value.
   Stocks: 2 - Belfue   2@30 = $60
   2. Dominion Resources Black warrior   2 @ app $30 = $60
   2. Keyspan   2 @ app $41 = $82
   3. ALC - Alcatel Lucent   3 @ 14.14 = 42.39
   Fidelity - $35

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)
   N/A

I declare under penalty of perjury that the above information is true and correct.

12-16-2006                    Maxine Wright
_____             _____
Date                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| United States Judge _____ Date _____ | United States Judge _____ Date _____ |