AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

RECEIVED
U.S. DISTRICT COURT
2006 DEC 26 PM 12:22

District of COLUMBIA

NANCY M. MAYER-WHITTINGTON
CLERK

Maxine Wright
5921 Magnolia Lane
Falls Church Virginia 22041

Plaintiff

V.

Verizo

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 06-1819-HHK

I, MAXINE WRIGHT declare that I am the (check appropriate box)
☒ petitioner/**plaintiff**/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☒ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? ____ Do you receive any payment from the institution? ____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   7-1979- Verizon - 11-05-05 Verizon Communication 2055 L ST 4th Fl. Wash DC 20036 $21 HR 37.5 HR wk pd weekly
   12-5 2005 12-23-2005 USPS Lee Hwy Merrifield 10$ HR paid bi-weekly

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☒ Yes | ☐ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☒ Yes | ☐ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

w/ corrections   page 1
12-26-05

2005 - under workers compensation Act of 1979 I recieved $15,000 1 time payment
for my weekly pay was 878.64 translated into comp rate of 585.63

2006 I recieved unemployment in bi-weekly payments of $359.00 Total $8511.00 over 6 mths

I do not expect to recieve any monies from Sedgwick 3rd party of workers compensation.
I do not expect to recieve any monies from unemployment
I DO RECIEVE bonus payment for 3 yrs of $514 mth From Verizon will End Nov 2009

4. Do you have any cash or checking or savings accounts?  ☒ Yes  ☐ No

   If "Yes," state the total amount.  $5

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☒ Yes  ☐ No  some stock value of $285.

   If "Yes," describe the property and state its value. — stock discription:
   Lucent - Alcatel
   Bell microproducts
   Dominion Resources Black warrior
   Keyspan
   Fidelity

   Total $285. combined stock value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   N/A

I declare under penalty of perjury that the above information is true and correct.

12-26-2006                Maxine Wright / Maxine Wright           12-26-06
Date                      Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| United States Judge    Date | United States Judge    Date |

pag 2