Maxine Wright
321 the turnpike lake
Falls Church, VA 22041

vs

Verizon

06-1819 HHK

Case # 06-1819 HHK

RECEIVED
DEC 26 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Motion to oppose dismissal of Amended Complaint.

A letter from Verizon Denying they are even the proper Company to Review my claim has a strong bearing on why the appeals letters were not acknowledge properly by Verizon Administration. up to and including Verizons ERISA Dept. I have exausted all appeals available under the Verizons administrative Claims Review procedure Verizon is failing to Answer in Writing. I should not be denied and I oppose dismissal of My amended Claim. proof of my Continuous attempts is enclosed are Letters from Verizon. My disability Pension has not been Recieved yet. My rights under Employee Income Security act ERISA have been violated, Title VII of the Civil Rights act of 1964 has been violated, because I'm black. Being Disabled now my rights under Americans with Disabilities act of 1990 and my rights under family and Medical Leave act have been violated I was disabled then) also 4-1-05 an have not Recovered. yet.

Maxine C. Regnt
5721 Magnolia Lane
Felles Chuercn. VA 32041

Case # 06-1819 HHK

vs

Verizons

Statement of Points & Authorities

My claim for a Disability Pension
is basically being denied in whole.
which allows me to file in Federal
Court (page 59 of Your Pension
Plan Booklet) No one in Verizon
Disability Pension section will
Correspond by writing, or by phone
making it totally impossible to
resolve this dispute. If there is
anyone willing to discuss this
matter my number is 571-241-7430
although I've made a written
request four times with no answer
except for write again or we
are not the Verizon Administrative
Authoritive for this dispute. Verizon
Benefits received the Disability Pension
Application but ignored                page
Acknowledgement of Receipt in writing
or response on application

Maxine Wright

vs                    Case # 06-1819 HHK

Verizon


Erisa which is handled by Verizons Escalation Team will not correspond at all. Although verbally they state they will respond in writing.

Civil Rights Act of 1964 "Title VII... White employees in Directory Assistance have been given accommodations and Disability Pension if they earned the right. Yet I'm Black no accommodations were made for me also no Department within Verizon Claims Review will even acknowledge my Claim Request. My Doctor will not allow any Typing. Directory is all day typing.

Family and Medical Leave Act all American citizens who work 1200 Hours can utilize FMLA 1993 except myself with over 16 years and all of my FMLA time intact. While employees run out of FMLA 1993 Yet I was denied my right

page 2

Maxine Wright
vs
Verizon

case # 06-1819  HHK

As an America Citizen. I also
filing under American With
Disabilities Act. I was injured
on the job 3-1-2005 I have not
recoved from the neck injury
I applied for a Disability
Pension with Verizon Benefits Claims
Verizon Review Unit Verizon Claims
Review Committee, Verizon Claims
Escalation Team Verizons ERISA
Claims and this does exhaust
the written appeals Completely
but the difficulty's Verizon
will not Respond to the Application
for Disability Pension, So I'm
Asking the Court to Order Verizon
to Start my monthly Disability
Pension Immediately.
Documentation of attemps
are enclosed to Verizon
Benefits Plan

Maxine Wright

Mary v Wright

vs.

Verizon                    Case no# 06-1819HHK

I Oppose Dismissal of the
Amended Complaint and I
ask that an Order for Disability
Payments be given an order for
Disability Pension be Ordered
and Damages in the amount of
$300.000. three hundred thousand
Dollars be made to me for the
violations damages & relief.

Under "Erisa" Employee Retirement
Income Security Act" it is illegal
to try to terminate an employee
just so the employee doesn't get
their due benefits. Verizon continuously
tried to terminate my Disability
Payments and ignores my claim
now by trying to say I have not
exhausted all administrative Resources
and all administrative resources were
exhausted over 1 and 1/2 years to
no avail. page 27 paragraph 5 in
You Disability Benefits Rights under
Erisa explains this violation.

pg 2

Maxine Wright

vs-

Verizon                     Case # 06-1819-HHK


## Background

Viable Cause of my Action is
My Disability Leave was cancelled.
This is the only reason why I
am not Recieving my Disability
Pension. By cancelling my Medical
Disability my rights were violated
including family and Medical
Leave, American with Disabilityes
Act 1990 it violated my Civil
Rights of 1964 amended under Tittle VII
because I am black no white
males or females in my work
group have been denied fmla
Since the law was passed

A Non-manager non approved
letter was sent to me without
the Knowledge of the Office
manager in my work group.
Equal parties cannot fire
each other on a job either
(Metlife tapes Transcript on file)      page 1

Maxine Wright

      VS           Case # 06-1819 HHK

Verizon

## Legal Stand.

My Leave was cancelled and I have exhausted all administrative remedies. Through Escalating my claim through every level including ERISA. Yet Verizon Erisa illegally will not respond in writting which is part of the Employee Retirement Insurance Act "ERISA" This is a major Request for relief which actually is also while we are in Court $110 a day fene centil I recieve the requested Material.
    I'm asking that the Court Demand Erisa to make a decision in my Case (page 59 of Your Pension Plan) pretaining to my Disability pension so we can go foward. As 30 days 60 Days and 90 days has passed the 30 days pending Required by Law before comeing to federal Court. was met Recipt of forms recieved enclosed.

Maxine Wright

    VS                    Case # 06-1819-HHK.

Verizon


I tried to get Verizon Administrat to help but.
Once my case was ignored in
whole by Verizon's Claims. Puntative
damages were mounting. Also
the pain & suffering for not
being treated like an American
Citizen is dehumanizing. I am
asking for damages also in
the amount of $300,000. three
hundred thousand Dollars at
this time for all above violations.
Verizon is clearly neglegent in handling
my claim.

                    Maxine Wright

Maxine Wright
       vs                Case # 06-1819 HHK
Verizon

## argument 1.

Verizon is haveng difficulty
in Manageing theirs Escalation
Teams. of ties 3 of theres
Administratine level. Verizon is
not respecting the law by willfully
not responding in writing they
have acknowledge recieveng the
documents & the application which
was segned by recieveng by mail.
Verizon and I need the Court
to ask Erisa & the Verizon Pension
Benefits to Respond to my
Disability Pension request in
writing or send a new application)
    therfore I am asking for
My Enclosed Order to be signed
Verizon Benefits Recieved the application
October 27, 2006 and still well not
Respond to me. Maybe they well
respond to the Court.

Maxine Wright

VS                    Case # 06-1819 #HK
Verizon
                    Argument 2.
The reason the Verizon attorneys
did not meet with me & Workers
Compensation is because they
knew I would be unable to
work my job. the reason
Vz attorneys told me I would
have medical benefits through
my job was because it was true
unless I was terminated. So
Vz attorneys ordered me into
to work or be fired by way
of my supervisor to end my
case one way or another.
My medical for the rest of my
life was in the 1st settlement
papers. Vz lawyers changed
the papers and said I would
have Verizon medical from
both. I receive no money
for bodily injury. Verizon
claimed that the neck is
not listed under some finacial
listing which list what each
injury pays under Workers

                                    page 1

Maxine Wright

vs                           Case # 06-1819-HHK

Verizon

compensation or D.C. Law or
something. Only thing I know
is that I was being taken
advantage of while disabled.
and because I was injured
severly on the job, when I
fell on water on the floor.
Now Verizon wants my job to be
me terminated, they want my
medical benefits taken away
from me. Verizon Attorneys
say I would be getting 2
medical coverages from Verizon.
Yet I already had 1 which
will cover me for the rest
of my life, But by terminating
me or forcing me to resign I
wouldn't have either. Now
Verizon wants me to pay them
$7000 by way of Cobra who
although I'm eligible for Disability Pension
                                    page 2

Maxine Wright
vs
Verizon                    Case# 06-1819 HHK

Kept this case also pending waiting
for a response from Erisa.
has now cancelled all of my
medical. Because they were
unable also to correspond
with Verizon on their matter
through Erisa who just
ignored the issue for the
past 7 months under pending unpaid.
       So I am asking the
Court to intervene and
Order Verizon to pay me
back Disability Payments
Order my monthly Disability
pension in full with benefits
and Order Relief for myself
in the amount of three hundred
thousand Dollars
       I believe Verizon wanted
the statue of limitations
on everything to run out leaving
me helpless although eligible
for Disability Pension.        pg3

       Maxine Wright / Maxine Wright
                              12-26-06

Certificate of Service

I will mail a copy to
Covington + Burlin
1201 Pennsylvania Ave
Wash. DC. 20004

MAXINE WRIGHT
12-26-2006

Claimant: Maxine Wright
Employer: Verizon
D/A: 3/1/05
OWC No.: 608308

### Itemization of the Portion of Work Performed Before the OWC by Salvatore J. Zambri, Esq.

| Date | Description | Time |
|------|-------------|------|
| 06/13/05 | Initial Interview w/client | 2.00 |
| 06/14/05 | LOR to OWC w/forms | 0.50 |
| 06/14/05 | LOR to Carrier | 0.25 |
| 06/14/05 | LTR to Client | 0.35 |
| 06/14/05 | MED Request to Hampton Jackson, M.D. | 0.25 |
| 06/14/05 | LTR to Adjuster re medical authorization | 0.20 |
| 06/14/05 | Informal meeting w/client re concerns | 0.25 |
| 06/16/05 | LTR to Adjuster re TTD | 0.20 |
| 06/17/05 | LTR to Client re medical authorization | 0.20 |
| 06/21/05 | LTR to Adjuster re medical authorization | 0.20 |
| 07/06/05 | IME LTR to Client | 0.25 |
| 07/11/05 | Review and organize file | 1.00 |
| 07/12/05 | Review and organize medical records | 1.00 |
| 07/18/05 | Telephone conv. w/nurse case manager | 0.25 |
| 07/18/05 | Telephone conv.w/client | 0.20 |
| 08/01/05 | Request for Informal Conference | 0.35 |
| 08/12/05 | Review Employer's Application for Formal Hearing | 0.25 |
| 08/16/05 | LTR to Client re informal conference | 0.20 |
| 08/18/05 | LTR to Adjuster re disability slips | 0.20 |
| 08/23/05 | LTR to Client re formal hearing | 0.20 |
| 08/24/05 | Review LTR from Client | 0.25 |
| 08/25/05 | Informal Conference | 1.50 |
| 08/30/05 | File Motion for Remand | 1.00 |
| 09/16/05 | Review Employer/s Opposition to Motion for Remand | 0.50 |
| 09/21/05 | LTR to Adjuster re TTD | 0.20 |
| 09/23/05 | Submissions to Jt. Pre-Hearing Statement | 0.75 |
| 09/30/05 | LTR to Adjuster re medical bills | 0.30 |
| 10/06/05 | Review and organize file | 1.00 |
| 10/07/05 | Review and organize medical records | 1.00 |
| 10/13/05 | Fax to Adjuster re Work Restrictions | 0.25 |
| 10/13/05 | Telephone conversation w/Client | 0.20 |
| 1014/05 | Review LTR from Client | 0.50 |
| 10/19/05 | Compile & submit exhibits | 1.00 |
| 11/08/05 | Conversation w/Opposing Counsel re settlement | 0.75 |
| 11/09/05 | Draft Settlement paperwork | 1.50 |

Claimant: Maxine Wright
Employer: Verizor
D/A: 3/1/05
OWC No.: 608308

## Itemization of the Portion
## of Work Performed
## Before the OWC by
## Salvatore J. Zambri, Esq.

| | | |
|---|---|---|
| 11/09/05 | Meeting w/Client re settlement | 1.00 |
| 11/30/05 | Meeting w/Client re finalizing settlement agreement | 0.50 |
| | **TOTAL** | 20.50 |

page 2

# Shipment Details

JF    2ZJ9AW

THE UPS STORE #3141
6312 SEVEN CORNERS CENTER
FALLS CHURCH, VA 22044
(703) 533-9474

| | |
|---|---|
| Print Date: | Sat 23 Dec 2006 |
| Shipper No.: | E222E8 |
| Rate Type: | Retail |
| Currency: | USD |
| Weight: | lbs |
| Dimensions: | in |

## Shipment Information

| Sender | Recipient | Shipping Information | |
|---|---|---|---|
| maxina | verizon benefits center | Ship Date: | Wed 27 Sep 2006 |
| 5721 In | disability pension pros | Delivery Date: | Mon 02 Oct 2006 EOD (Expected) |
| Falls Church, VA 22041 | 100 HALF DAY RD | Service / Zone: | UPS Ground Com / 4 |
| Tel: (571) 241-7430 | LINCOLNSHIRE, IL 60069-3242 | Shipment Info: | 1 Package |
| Residential | Business | | .28 lbs Actual / 1 lbs Billed (total weight) |
| | | Description: | -- |

| Shipment Service Options | Billing | Drop-Off Location | Shipment Charges | |
|---|---|---|---|---|
| E-mail Shipment Notification | Company Account(Prepaid) | THE UPS STORE #3141 | UPS Ground Com | 5.95 |
| | | 6312 SEVEN CORNERS CENTER | E-mail Shipment Notification | .00 |
| | | FALLS CHURCH, VA 22044 US | Fuel Surcharge | .28 |
| | | | **Total Shipment Charges:** | **$ 6.23** |

## Tracking Information

| Tracking Information | | Last Scan |
|---|---|---|
| Status: | DELIVERED | 2006-10-02 08:26:00 PALATINE IL US |
| Delivery Date: | Mon Oct 2 2006 8:26AM (Actual) | |
| Carrier Trk#: | 1ZE222E80378927352 | |
| Shipment ID: | MMUFM312ZJ9AW | |
| Or/Item#: | | |
| Ref#: | | |
| Signed By: | ROGER | |
| Location: | DOCK | |

## Package Details

| # Package Tracking Information | | Package Information | | Package Charges | |
|---|---|---|---|---|---|
| 1 Status: | DELIVERED | Package Info: | Customer Packed: 13 x 10 x 2 | UPS Ground Com | 5.95 |
| Delivery Date: | Mon Oct 2 2006 8:26AM (Actual) | | .28 lbs Actual / 1 lbs Billed | E-mail Shipment Notification | .00 |
| Tracking # | 1ZE222E80378927352 | | | Fuel Surcharge | .28 |
| Package ID | MMUFM312ZJ9AW | Options: | E-mail Shipment Notification | **Package #1 Total:** | **$ 6.23** |
| PkgRef1: | -- | | | | |
| PkgRef2: | -- | | | | |
| Signed By: | | | | | |
| Location: | | | | | |
| Last Scan: | 2006-10-02 08:26:00 PALATINE IL US | | | | |

**verizon**

Verizon Claims Review Unit
100 Half Day Road
PO Box 1438
Lincolnshire, IL 60069-1438

August 22, 2006

Private and Confidential

Ms. Maxine L. Wright
5721 Magnolia Lane
Falls Church, VA 22041

Dear Ms. Wright:

The Verizon Claims Review Unit received your Claim Initiation Form dated August 1, 2006, requesting a Disability Pension under the Verizon Pension Plan for Mid-Atlantic Associates (the "Plan").

After further research, it is our understanding that you have not yet completed the application process for a Disability Pension. Please contact a representative at the Verizon Benefits Center at 1-877-Ask-VzHr (1-877-275-8947) for information on how to apply for a Disability Pension. Verizon Benefits Center representatives are available between 8:00 a.m. and 6:00pm, Eastern Time, Monday through Friday.

Sincerely,

Verizon Claims Review Unit

227000033

**verizon**

# Claim Initiation Tool

Statement Date  03-19-2006

000891
MAXINE L. WRIGHT
5721 Magnolia Lane
Falls Church VA  22041

To make an official claim under Verizon Communications, Inc.'s "claims procedures," as defined under Section 503 of the Employee Retirement Income Security Act of 1974 (ERISA), you must complete and return all original pages of this form, including any documentation you feel supports your claim, to:

Verizon Claims Review Unit
Post Office Box 1438
Lincolnshire, IL  60069-1438

## Claim Information

Employee    MAXINE L. WRIGHT

Employee Social Security Number    _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_

*This claim is for:*
Claimant Name    _Wright        MAXINE        L,_
                  *Last Name*        *First Name*        *Middle Initial*
Claimant Address    _5721    Magnolia Lane    Falls Church_
                     *City*        *State*        *ZIP Code*    _Virginia 22041_
Claimant Social Security Number    _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_

delivered by **Hewitt**



0227000033  V8730-000891



# Group health claims and appeals

The following information applies for "group health" or "health" claims initially filed on or after January 1, 2003. "Group health" or "health" refers to medical options – including mental health and substance abuse care, prescription drugs and vision care – and dental options. The steps that you or your authorized representative is required to take to file a group health claim or appeal have changed, and they are outlined in the following chart. The steps vary slightly depending on the type of claim involved.

## Health claims

First, you must determine what type of claim you have:

- *Post-service*
  A claim for reimbursement of medical services already received. This is the most common type of claim.

- *Pre-service*
  A claim for a benefit for which prior authorization is required by the plan.

- *Concurrent care*
  A claim for on-going treatment over a period of time or a number of treatments. For example, if you have been authorized to receive seven treatments from a therapist and during the treatment your therapist suggests 10 treatments, your claim is a concurrent care claim. Some concurrent care claims also are urgent care claims.

- *Urgent care*
  A claim for medical care or treatment that, if the longer time frames for non-urgent care were applied, the delay could: (1) seriously jeopardize the health of the claimant or his or her ability to regain maximum function; or (2) in the opinion of a physician with knowledge of the claimant's medical condition, would subject the claimant to severe pain that could not be managed without the care or treatment that is the subject of the claim.

Second, you must determine whether you have an "eligibility" claim or a "benefit" claim.

An eligibility claim is a claim to participate in a plan or option or to change an election to participate during the year. An example of an eligibility claim is a claim to switch from an indemnity plan to an HMO mid-year. A benefit claim is a claim for a particular benefit under a plan. It will typically include your initial request for benefits. An example of a benefits claim is a claim to receive coverage for a particular type of surgery. However, for prescription benefits, your initial request for benefits does not trigger this procedure. Instead, this procedure does not apply until your pharmacist denies your request for prescription benefits.

V-A-A-M-372-1/03  37748

| | Special rule | | | |
|---|---|---|---|---|
| | Post-service claim | Pre-service claim | Concurrent care claim | Urgent care claim |
| **When you will be notified of the claim decision**<br><br>You will be notified of the decision within (*see columns to the right*) of the Verizon Benefits Center's receipt of your Claim Initiation Form or the health plan's receipt of your claim. | 30 days<br><br>This period may be extended for 15 days. You will be notified within the initial 30-day period. | 15 days<br><br>This period may be extended for an additional 15 days. You will be notified within the initial 15-day period. | A time period sufficiently in advance of the reduction or termination of coverage to allow you to appeal and obtain a response to that appeal before your coverage is reduced or terminated.<br><br>For concurrent care that is urgent, within 24 hours (provided that you submitted a claim at least 24 hours in advance of a reduction or termination of coverage); otherwise, within 72 hours. | 72 hours |
| **Failure to provide sufficient information procedure**<br><br>If you fail to provide sufficient information, the claim may be decided based on the information provided. However, the Verizon Claims Review Unit or health plan may notify you within (*see columns to the right*) that additional information is needed. | 30 days | 15 days | Decision will be based on information provided, unless the concurrent care claim involves urgent care; see urgent care time frame. | 24 hours |
| You will have (*see columns to the right*) to provide the additional information. Otherwise, the claim will be decided based on information originally provided. | 45 days | 45 days | | 48 hours |
| If you provide additional information, you will be notified of the decision by the Verizon Claims Review Unit or the health plan administrator within (*see columns to the right*). | The time period **remaining** for the initial claim. | The time period **remaining** for the initial claim. | | 48 hours |

3

| | Special rules | | | |
|---|---|---|---|---|
| | Pre-service claim | Pre-service claim | Concurrent care claim | Urgent care claim |
| **About appeals and the claims fiduciary**<br><br>Before you can bring **any** action at law or at equity to recover plan benefits, you **must** exhaust this process. Specifically, you must file an appeal or appeals, as explained in this Step 2, and the appeal(s) must be finally decided by the claims fiduciary.<br><br>The Claims Review Committee is the claims fiduciary for all eligibility claims. The Claims Review Committee has delegated its authority to finally determine claims to the health plans for benefit claims. The vast majority of health plans have accepted the responsibility of being the claims fiduciary. If your health plan has not accepted this responsibility, you will be notified in your claim denial notice, which will indicate that you should appeal to the Claims Review Committee.<br><br>The claims fiduciary is authorized to finally determine appeals and interpret the terms of the plan in its sole discretion. All decisions by the claims fiduciary are final and binding on all parties. | | | | |

| | Special ru... | | | |
|---|---|---|---|---|
| | Post-service claim | Pre-service claim | Concurrent care claim | Urgent care claim |
| **When you will be notified of the appeal decision**<br><br>You will be notified of the decision within (*see columns to the right*) of the Claims Review Committee's or the health plan's receipt of your appeal. | Eligibility appeals:<br><br>60 days<br><br>Benefit appeals:[1]<br><br>60 days, if health plan provides 1 level of mandatory appeal.<br><br>30 days, if health plan provides 2 levels of mandatory appeal. | Eligibility appeals:<br><br>30 days<br><br>Benefit appeals:[1]<br><br>30 days, if health plan provides 1 level of mandatory appeal.<br><br>15 days, if health plan provides 2 levels of mandatory appeal. | Eligibility and benefit appeals:<br><br>Before a reduction or termination of benefits would occur.<br><br>If the concurrent claim involves urgent care, 72 hours[2]. | Eligibility and benefit appeals:<br><br>72 hours[2] |
| **How you will be notified of the appeal decision**<br><br>If your appeal is approved, the Claims Review Committee or the health plan will notify you in writing.<br><br>If your appeal is **denied**, in whole or in part, the Claims Review Committee or the health plan will notify you in writing. Your denial notice will contain:<br>• The specific reason(s) for the denial,<br>• A statement regarding the documents to which you are entitled,<br>• An explanation of the voluntary appeal procedures, if any,<br>• Any internal procedures or clinical information on which the denial was based,<br>• The plan provisions on which the denial was based, and<br>• The following statement: "You and your plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. DOL Office and your State insurance regulatory agency." | | | | |

[1] If your health plan provides more than one level of mandatory appeal, the response time frame is shorter, as noted above. A few Verizon health plans offer a **voluntary** level of appeal. You are **not** required to file this voluntary appeal before filing a civil action; however, you may find it helpful. The health plan will provide you with information regarding its voluntary appeal, if it applies. A voluntary appeal is not subject to the same time frames as mandatory appeals.

[2] If your health plan provides two mandatory appeals, both appeals must occur within the 72-hour time frame.

Claim #: 520503188232    Name: MAXINE WRIGHT    Mar 27, 2006

Status:  Ended    Page 45 of 61

[CA47] - On 08/09/2005 09:54 - For 520503188232

Call-Up For: [CA47] - On 08/09/2005    Call-Up Complete: [CA47] - On 08/11/2005

ACTION PLAN: FOLLOW UP WITH ER R FLOURCY

[UC98] - On 08/09/2005 10:32 - For 520503188232

Call-Up For: [CCIT] - On 08/09/2005    Call-Up Complete: [CC64] - On 08/09/2005

CRC: CALL BACK REQUEST TO:CA47

ER CALLED:
RENARD
PH: 202-392-0959 OR 202-392-6481

IN REGARD TO IME

[CC64] - On 08/09/2005 11:13 - For 520503188232

Call-Up For: [VRCQ] - On 08/09/200    Call-Up Complete: [CA47] - On 08/09/2005

REDIRECTED RETURN CALL TO:CA47

[CA47] - On 08/09/2005 13:12 - For 520503188232

OUTGOING CALL TO ER R FLOURCY- ADVISED ER WAS NOT AVAILABLE

[CA47] - On 08/11/2005 08:44 - For 520503188232

INCOMING CALL FROM ER E FLOURCY- LATE ENTRY

ER EXPLAINED THAT EE WORK COMP D IME RECOMMENDED EE RTW FT NO R/L
HE STATED THAT VZ ATTORNEY'S ADVISED HIM TO SEND EE LETTER
REQUESTING SHE RTW

HE UNDERSTANDS THAT EE HAD D IME THRU UNIVAL, HOWEVER HE STATES HE
DID AS HE WAS INSTRUCTED BY VZ ATTORNEY

ER WILL NOT CHANGE EE ABS DATES TO REFLECT SHE IS STILL ON
DISABILITY. SHE IS CURRENTLY ' ON VACATION '

ER ALSO STATED THAT UNION IS INVOLVED IN CLAIM

[CA47] - On 08/11/2005 08:45 - For 520503188232

Call-Up For: [CA47] - On 08/11/2005    Call-Up Complete: [CA47] - On 08/17/2005

ACTION PLAN: FOLLOW UP WITH UM/CD72 FOR FURTHER RECOMMENDATIONS

[CD71] - On 08/17/2005 09:58 - For 520503188232

VOICE MAIL LEFT FOR ER RENARD FLOURNOY 202-392-6481 REQUESTING
RETURN CALL. CS TO CONFIRM EE RTW FT WITH NO RESTRICTIONS FOLLOWING
HER VACATION LEAVE.

CFORTE CS

[CA49] - On 08/17/2005 09:58 - For 520503188232

Call-Up For: [CC05] - On 08/17/2005    Call-Up Complete: [CA49] - On 08/17/2005

REFERRAL TO POAP - INVOICE PAYMENT

UNIVAL BILL SENT TO PO-AP

VENDOR: UNIVAL

BULK INVOICE #: 10458

INVOICE DATE: 08/08/05

DATE OF UNIVAL SERVICE: 06/30/05

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

MAXINE WRIGHT

                  Plaintiff,

    v.

VERIZON COMMUNICATIONS INC.

                  Defendant

Civil Action No. 1:06-cv-01819-HHK

**ORDER**

It is now ordered by the District Court in the District of Columbia that Verizon Communications Inc. pay Maxine L. Wright her vacation pay due in full, excused days with pay in full and all excused time without pay due to an on-the-job injury on March 1, 2005 compensated at the rate of 1/3 her gross salary. It is now ordered that Maxine L. Wright's Disability Pension with all benefits to be paid to her on a monthly basis in addition to all retroactive payments.

Also it is now ordered that Verizon Communications Inc. pay Maxine L. Wright the award in the sum of $300,000 in compensation for the value of damages as supported by the civil action of case number 1:06-cv-0819-HHK relief.

Date:

The Honorable Henry H. Kennedy, Jr.