Marlise Wright
City Haight Na Lane
Falls Chure, VA 22041
vs                              06-1819 HHK

Verizon

Motion to oppose Dismissal of
Amended Complaints.
With Amended Statement of Points & Authorities.
A letter from Verizon Denying
they are even the proper Company
to review my claim has a
strong bearing on why the Appeals
letters were not acknowledge.
properly by Verizon Administration.
up to and including Verizons ERISA Dept.
I have exausted all appeals
Available under the Verizons
administrative Claims review procedure
Verizon is failing to Answer in Writting.
I should not be denied and I oppose
dismisseal of my amended Claim.
proof of my Continuous attemps
is enclosed are Letters from Verizon.
My disability Pension has not been Recieved yet a
My rights under Employee Income Security act
ERISA have been violated, Title, VII of the Civil
rights act of 1964 has been violated, because I'm
Black. Being Disabled now my rights under
Americans with Disabilities act of 1990 and
my rights under family and Medical Leave act
have been violated I was disabled then) also
9-1-05 an have not recovered. yet. Marise Wright

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DEC 29 2006

RECEIVED

Maxine Wright
5721 Magnolia Lane
Falls Church. VA 22041          Case # 06-1819 HHK

        vs.

Verizons

Amended Statement of Points & Authorities

My claim for a Disability Pension
is basically being ignored in whole.
which allows me to file in Federal
Court (page 59 of your Pension
Claim Booklets) No one in Verizon
Disability Pension section will
correspond by writing or by phone
making it totally impossible to
resolve this dispute. If there is
anyone willing to discuss this
matter my number is 571-241-7430
although I've made a written
request four times with no answer
except for write again or we
are not the Verizon Administrative
Authoritive for this dispute. Verizon
Benefits received the Disability Pension
Application but ignored          page 1
Acknowledgement of receipt in writing
or response on application

Maxine Wright
        Vs                              Case # 06-1819 HHK
Verizon


Erisa which is handled by Verizons
Escalation Team will not correspond
at all. Although verbally they state
they will respond in writing.
Civel Rights act of 1964 "Title, VII... White
employees in Directory assistance
have been given accommodations
and Disability Pension if they
earned the right. Yet I'm
Black no accommadations were
made for me also no Department
within Verizon Claims Review will
even acknowledge my Claim
Request. My Doctor will not allow any
Typing. Directory is all day typing.
Family and Medical Leave Act all
American citizens who work
1200 Hours can utilize FMLA
except myself with over 16 years
and all of my FMLA time intact
While employees run out of FMLA
Yet I was denied my right
                                                        page 2

Maxine Wright
vs
Verizon

case # 06-1819 HHK

As an America Citizen, I also
filing under American With
Disabilities Act. I was injured
on the job 3-1-2005 I have but
recovered from the neck injury
I applied for a Disability
Pension with Verizon Benefits Claims
Verizon Review Unit, Verizon Claims
Review Committee, Verizon Claims
Escalation Team Verizon ERISA
Claims and this does exhaust
the written appeals Completely
but the difficulty's Verizon
will not respond to the Application
for Disability Pension, So I'm
asking the Court to Order Verizon
to Start my monthly Disability
Pension immediately.
Documentation of attemps
are enclosed to Verizon
Benefits Plan

Maxine Wright

Maxine Bright

vs.

Verizon                    Case no# 06-1819 HHK

I Oppose Dismissal of the Amended Complaint and I ask that an Order for Disability Payments be given an Order for Disability Pention be Ordered and Damages in the amount of $300.000 Three hundred thousand Dollars be made to me for the violations damages a relief.

Under "Erisa" Employee Retirement Income Security Act" it is illegal to try to terminate an employee just so the employee doesn't get their due benefits. Verizon continuously tried to terminate my Disability Payments and ignores my claim now by trying to say I have not exhausted all administrative Resources and all administrative resources were exhausted over 1 and 1/2 years to no avail. page 27 paragraph 5 in Your Disability Benefits Rights under Erisa explains this violation.

pg 2

Maxine Wright

vs

Verizon

Case # 06-1819-HHK

Back ground

Viable Cause of my Action is My Disability Leave was cancelled. This is the only reason why I am not Recieving my Disability Pension. By cancelling my Medical Disability my rights were violated including family and Medical Leave, American with Disabilityes Act 1990 it violated my Civil Rights of 1964 amended under Tittle VII because I am black no white males or females in my work group have been denied FMLA Since the law was passed A Non-manager non approved letter was sent to me without the Knowledge of the Office Manager in my work group. Equal parties cannot fire each other on a job either (MetLife Tapes Transcript on file)    page 1

Maxine Wright

VS                              Case # 06-1819 HHK

Verizon

## Legal Stand.

My Leave was cancelled and
I have exhausted all administrative
remedies. Through Escalating my
claim though every level including
ERISA. Yet Verizon Erisa illegally
will not respond in writting which
is part of the Employee Retirement
Insurance Act 'ERISA' This is
a major Request for relief which
actually is also While we are
in Court $110 a day fine centil
I recieve the requested materials.
I'm asking that the Court
Demand Erisa to make a decision
in my Case (page 59 of your Pension
Plan) pretaining to my Disability
pension so we can go forward. As 30 day
60 Days and 90 days has passed
the 30 days pending Required by
law before comeing to Federal Court.
was not Recupt of forms recieved enclosed.

Maxine Wright

     VS                 Case # 06-1819-HHK.

Verizon


I tried to get Verizon Administrat to help but. Once my case was ignored in whole by Verizon's Claims. Puntative damages were mounting. Also the pain + suffering for not being treated like an American Citizen is dehumanizing. I am asking for damages also in the amount of $300,000. three hundred thousand Dollars at this time for all above violations. Verizon is clearly neglegent in handling my claim.

                    Maxine Wright

Maxine Wright
        vs                              Case # 06-1819 HHK
Verizon

                    argument   1.

Verizon is haveing difficulty
in Manageing theirs Escalation
Teams. of ties 3 of theres
Administratire level. Verizon is
not respecting the law by willfully
not responding in writing they
have acknowledge recieveng the
documents + the applications which
was segned by recieveng by mail.
Verizon and I need the Court
to ask Erisa & the Verizon Pension
Benefits to Respond to My
Disability Pension requestin
writing or send a new application
    Therefore I am asking   for
My enclosed Orders to be signed
Verizon Benefits Recieved the application
October 27, 2006 and still will not
Respond to me. Maybe they will
respond to the Court.

Maxine Wright

    VS         Case # 06-1819 #HK

Verizon

Argument 2.

The reason the Verizon attorneys did not meet with me & Workers Compensation is because they knew I would be unable to work my job. the reason Vz attorneys told me I would have medical benefits through my job was because it was true unless I was Terminated. So Vz attorneys ordered me into to work or be fired by way of my Supervisor to end my Case one way or another. My medical for the rest of my life was in the 1st settlement papers. Vz lawyers changed the papers and said I would have Verizon Medical from both. I recieve no money for bodily injury. Verizon claimed that the neck is not listed under some finacid listing which list what each injury pays under Workers

page 1

Maxine Wright

vs                          Case # 06-1819-HHK

Verizon


Compensation or D.C. Law or
something. Only thing I Know
is that I was being taken
advantage of while disabled.
and because I was injured
severly on the job, when I
fell on water on the floor.
Now Verizon wants my job to be
me terminated, they want my
medical benefits taken away
from me. Verizon Attorneys
say I would be getting 2
medical coverages from Verizon.
Yet I already had 1 which
will cover me for the rest
of my life, But by terminating
me or forcing me to resign I
wouldn't have either. Now
Verizon wants me to pay them
$7000 by way of Cobra who
although I'm eligible for Disability Pension
                            page 2

Maxine Wright
vs
Verizon                    Case# 06-1819 HHK

Kept this case also pending waiting
for a response from Erisa.
has now cancelled all of my
medical. Because they were
unable also to correspond
with Verizon on this matter
through Erisa who just
ignored the issue for the
past 7 months under pending unpaid.
        So I am asking the
Court to intervene and
Order Verizon to pay me
back Disability Payments
Order my monthly Disability
pension in full with benefits
and Order Relief for myself
in the amount of three hundred
thousand Dollars
        I beleave Verizon wanted
the statue of limitation
on everything to run out leaving
me helpless although eligible
for Disability Pension.                pg3

            Maxine Wright  Maxine Wright
                                    12-29-06

Certificate Of Service

I will send a copy

to

Covington + Burling
1201 Pennsylvania Ave
Wash DC   20004


Maxine Wright
12-29-06

Claimant: Maxine Wright
Employer: Verizon
D/A: 3/1/05
OWC No.: 608308

## **Itemization of the Portion of Work Performed Before the OWC by Salvatore J. Zambri, Esq.**

| **Date** | **Description** | **Time** |
|---|---|---|
| 06/13/05 | Initial Interview w/client | 2.00 |
| 06/14/05 | LOR to OWC w/forms | 0.50 |
| 06/14/05 | LOR to Carrier | 0.25 |
| 06/14/05 | LTR to Client | 0.35 |
| 06/14/05 | MED Request to Hampton Jackson, M.D. | 0.25 |
| 06/14/05 | LTR to Adjuster re medical authorization | 0.20 |
| 06/14/05 | Informal meeting w/client re concerns | 0.25 |
| 06/16/05 | LTR to Adjuster re TTD | 0.20 |
| 06/17/05 | LTR to Client re medical authorization | 0.20 |
| 06/21/05 | LTR to Adjuster re medical authorization | 0.20 |
| 07/06/05 | IME LTR to Client | 0.25 |
| 07/11/05 | Review and organize file | 1.00 |
| 07/12/05 | Review and organize medical records | 1.00 |
| 07/18/05 | Telephone conv. w/nurse case manager | 0.25 |
| 07/18/05 | Telephone conv.w/client | 0.20 |
| 08/01/05 | Request for Informal Conference | 0.35 |
| 08/12/05 | Review Employer's Application for Formal Hearing | 0.25 |
| 08/16/05 | LTR to Client re informal conference | 0.20 |
| 08/18/05 | LTR to Adjuster re disability slips | 0.20 |
| 08/23/05 | LTR to Client re formal hearing | 0.20 |
| 08/24/05 | Review LTR from Client | 0.25 |
| 08/25/05 | Informal Conference | 1.50 |
| 08/30/05 | File Motion for Remand | 1.00 |
| 09/16/05 | Review Employer/s Opposition to Motion for Remand | 0.50 |
| 09/21/05 | LTR to Adjuster re TTD | 0.20 |
| 09/23/05 | Submissions to Jt. Pre-Hearing Statement | 0.75 |
| 09/30/05 | LTR to Adjuster re medical bills | 0.30 |
| 10/06/05 | Review and organize file | 1.00 |
| 10/07/05 | Review and organize medical records | 1.00 |
| 10/13/05 | Fax to Adjuster re Work Restrictions | 0.25 |
| 10/13/05 | Telephone conversation w/Client | 0.20 |
| 1014/05 | Review LTR from Client | 0.50 |
| 10/19/05 | Compile & submit exhibits | 1.00 |
| 11/08/05 | Conversation w/Opposing Counsel re settlement | 0.75 |
| 11/09/05 | Draft Settlement paperwork | 1.50 |

Claimant: Maxine Wright
Employer: Verizon
D/A: 3/1/05
OWC No.: 608308

## Itemization of the Portion
## of Work Performed
## Before the OWC by
## Salvatore J. Zambri, Esq.

| | | |
|---|---|---|
| 11/09/05 | Meeting w/Client re settlement | 1.00 |
| 11/30/05 | Meeting w/Client re finalizing settlement agreement | 0.50 |
| | **TOTAL** | 20.50 |

RECEIVED
D.C. GOVERNMENT
LABOR STANDARDS

2005 DEC -6  P 3: 23

OFFICE OF
WORKERS COMPENSATION

page 2

# Shipment Details

M FM312ZJ9AW

THE UPS STORE #3141
6312 SEVEN CORNERS CENTER
FALLS CHURCH, VA  22044
(703) 533-9474

| | |
|---|---|
| Print Date: | Sat 23 Dec 2006 |
| Shipper No.: | E222E8 |
| Rate Type: | Retail |
| Currency: | USD |
| Weight: | lbs |
| Dimensions: | in |

## Shipment Information

**Sender**

maxina
5721 ln
Falls Church, VA 22041
Tel: (571) 241-7430
Residential

**Recipient**

verizon benefits  center
disability pension pros
100 HALF DAY RD
LINCOLNSHIRE, IL 60069-3242
Business

**Shipping Information**

| | |
|---|---|
| Ship Date: | Wed 27 Sep 2006 |
| Delivery Date: | Mon 02 Oct 2006 EOD (Expected) |
| Service / Zone: | UPS Ground Com / 4 |
| Shipment Info: | 1 Package |
| | .28 lbs Actual / 1 lbs Billed (total weight) |
| Description: | -- |

| Shipment Service Options | Billing | Drop-Off Location | Shipment Charges | |
|---|---|---|---|---|
| E-mail Shipment Notification | Company Account(Prepaid) | THE UPS STORE #3141 6312 SEVEN CORNERS CENTER FALLS CHURCH, VA 22044 US | UPS Ground Com | 5.95 |
| | | | E-mail Shipment Notification | .00 |
| | | | Fuel Surcharge | .28 |
| | | | **Total Shipment Charges:** | **$ 6.23** |

## Tracking Information

### Tracking Information

| | | **Last Scan** | |
|---|---|---|---|
| Status: | DELIVERED | 2006-10-02 08:26:00 PALATINE IL US | |
| Delivery Date: | Mon Oct  2 2006  8:26AM (Actual) | | |
| Carrier Trk#: | 1ZE222E80378927352 | | |
| Shipment ID: | MMUFM312ZJ9AW | | |
| Or/Item#: | | | |
| Ref#: | | | |
| Signed By: | ROGER | | |
| Location: | DOCK | | |

## Package Details

| # Package Tracking Information | | Package Information | | Package Charges | |
|---|---|---|---|---|---|
| 1 | Status: DELIVERED | Package Info: | Customer Packed: 13 x 10 x 2 .28 lbs Actual / 1 lbs Billed | UPS Ground Com | 5.95 |
| | Delivery Date: Mon Oct 2 2006  8:26AM (Actual) | | | E-mail Shipment Notification | .00 |
| | Tracking # 1ZE222E80378927352 | Options: | E-mail Shipment Notification | Fuel Surcharge | .28 |
| | Package ID MMUFM312ZJ9AW | | | **Package #1 Total:** | **$ 6.23** |
| | PkgRef1: -- | | | | |
| | PkgRef2: -- | | | | |
| | Signed By: | | | | |
| | Location: | | | | |
| | Last Scan: 2006-10-02 08:26:00 PALATINE IL US | | | | |

**iShip**   Version 7.1.1217.5  (16 Nov 2006)

**verizon**

Verizon Claims Review Unit
100 Half Day Road
PO Box 1438
Lincolnshire, IL 60069-1438

August 22, 2006

Private and Confidential

Ms. Maxine L. Wright
5721 Magnolia Lane
Falls Church, VA 22041

Dear Ms. Wright:

The Verizon Claims Review Unit received your Claim Initiation Form dated August 1, 2006, requesting a Disability Pension under the Verizon Pension Plan for Mid-Atlantic Associates (the "Plan").

After further research, it is our understanding that you have not yet completed the application process for a Disability Pension. Please contact a representative at the Verizon Benefits Center at 1-877-Ask-VzHr (1-877-275-8947) for information on how to apply for a Disability Pension. Verizon Benefits Center representatives are available between 8:00 a.m. and 6:00pm, Eastern Time, Monday through Friday.

Sincerely,

Verizon Claims Review Unit

227000033

**verizon**

Verizon Claims Review Unit
100 Half Day Road
PO Box 1438
Lincolnshire, IL 60069-1438

April 10, 2006

Private and Confidential

Ms. Maxine L. Wright
5721 Magnolia Lane
Falls Church, VA 22041

Dear Ms. Wright:

The Verizon Claims Review Unit received your Claim Initiation form dated March 23, 2006, requesting additional benefits under the Verizon Sickness and Accident Disability Benefit Plan for Mid-Atlantic Associates and the Verizon Long-Term Disability Plan for Mid-Atlantic Associates (the "Plan").

As previously stated in our response letter to you dated March 24, 2006, starting January 1, 2004, the processes plan participants or their authorized representatives must use to resolve disagreements about disability benefits have changed. MetLife is the benefits administrator responsible for determining whether or not you are considered disabled under the terms of Plan. The Verizon Claims Review Unit and the Verizon Claims Review Committee are unable to review your request. In order to have your claim reviewed by MetLife, please forward this letter along with any relevant information pertaining to your claim(s) to:

MetLife
Post Office Box 14592
Lexington, KY 40511-4592

Sincerely,

Verizon Claims Review Unit

227000033

# verizon

## Claim Initiation Form

Statement Date  03–19–2006

000891
MAXINE L. WRIGHT
5721 Magnolia Lane
Falls Church VA  22041

To make an official claim under Verizon Communications, Inc.'s "claims procedures," as defined under Section 503 of the Employee Retirement Income Security Act of 1974 (ERISA), you must complete and return all original pages of this form, including any documentation you feel supports your claim, to:

Verizon Claims Review Unit
Post Office Box 1438
Lincolnshire, IL  60069–1438

## Claim Information

Employee    MAXINE L. WRIGHT

Employee Social Security Number    _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_

*This claim is for:*
Claimant Name    _Wright          MAXINE          L,_
                  Last Name        First Name       Middle Initial

Claimant Address    _5721      magnolia    Lane    Falls Church_
                     City          State          ZIP Code   _Virginia 2204_

Claimant Social Security Number    _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_

delivered by **Hewitt**



0227000033  V8730–000891



*This claim relates to Verizon Communications, Inc.'s:*

☑ Pension Plan
☐ Savings Plan
☑ Medical Plan
☑ Dental Plan
☑ Short–Term/Sickness Disability Plan
☑ Long–Term Disability Plan
☑ Life Insurance Plan
☐ Other _____
        *Benefit Plan Name*

## Benefit or Coverage Claimed

Please provide a description of the nature of your claim (e.g., eligibility for benefits, determination of service, etc.) and a statement of the reasons why you think you are entitled to such coverage or benefit. Also, enclose with this form any documentation you feel supports your claim. **Please do not submit any original documentation. Documents submitted for claim processing cannot be returned to you.** If you need additional space, attach a separate piece of paper.

1. I was ordered to work or be fired on August 3, 2005 while out on disability. The department of Labor Standards Bureau Employment services of the District of Columbia Workers Compensation disagreed and Verizon Communications + Sedgewick management were found guilty. My supervisor Renard Flournoy of 4 months before I was injured upon returning said I could not work there any more. If I stayed I'd be fired and if I went home I'd be fired and if he had to terminate me he could and that's what he did on my every day entering the office even becoming violent, being forced to a mandatory retirement while still disabled leaving me with no benefits for 4 weeks and 70% of my pension I had no recourse after 26 years 3 mths + 46 years old = 75 total I was ___ fine to retirement or be fired by Renard Flournoy. So I took the package + the judge found in my case, & EEOC is contacted and I requesting a review and ___ solution.

LETTER & TAPES TRANSCRIPTS
FROM ___ ARE IN 06-1819-HHK

MetLife Disability   P.O. Box 14590, Lexington, KY 40511-4590
Phone: 1-866-655-4228   Fax: 1-800-230-9531

July 22, 2005

# MetLife®

Ms. Maxine L. Wright                 **RE:** Claim #:  520503188232
5721 Magnolia Lane                        Personnel #: BAQN5HX
Falls Church, VA 22041                    Absence beginning: March 5, 2005

Dear Ms. Wright:

Based on the medical information supplied by your health care provider, your absence has been **approved** beginning on March 5, 2005 through August 16, 2005. You are responsible for communicating with MetLife and your Supervisor/Absence Administrator during your absence.

Your health care provider has indicated that you will be able to return to work and perform the duties of your job on August 17, 2005. Since your healthcare provider has certified your disability to August 17, 2005, benefits beyond August 16, 2005 are not payable. If you are not scheduled to work on August 17, 2005, you must return on your next scheduled workday. **If your provider has released you to return to work (with or without restrictions) prior to the above date, you must contact MetLife and your Supervisor/Absence Administrator immediately.** Verizon's Disability Claims Administrator determines eligibility, as well as any applicable plan limitations or exclusions of disability benefits.

Any certified period of disability will run concurrently with any leave approved under the Family and Medical Leave Act (FMLA) and will be counted towards your annual allotment under FMLA if you are eligible. Your approved disability will qualify for leave under the FMLA from the first date of this current absence. Also, when your certified period of disability ends, you could be eligible for unpaid leave under FMLA.

If you are an employee in the State of New York or New Jersey, MetLife will review information to determine your eligibility under the New York DBL plan (NYDBL) or the New Jersey Private Plan (NJPP), where appropriate.

If you have questions, please contact MetLife's Customer Response Center Monday through Friday from 8:00 A.M. to 8:00 P.M. Eastern Time at the toll free number above.  Our Customer Response Center representatives can assist you with your claim questions.

Sincerely,

*Monissa Meggett*
**MetLife Disability**

For efficient and prompt claim handling, all documents or correspondence returned to us should contain the claim number.

7

**WASHINGTON D.C. OFFICE**

· 2112 "F" STREET, N.W. #804
  WASHINGTON, DC  20037
  TEL (202) 331-2080
  FAX (202) 331-2380

**MARYLAND OFFICES**

6144 OXON HILL ROAD
OXON HILL, MD 20745
TEL (301) 839-1600 ·
FAX (301) 567-2618

831 UNIVERSITY BLVD., EAST
SILVER SPRING, MD  20903
TEL (301) 431-5770
FAX (301) 431-0194

**VIRGINIA OFFICE**

417 N WASHINGTON  STREET
ALEXANDRIA, VA  22314
TEL (703) 548-6666
FAX (703) 548-4825

PATIENT: _Maxine Wright_    ACCOUNT NO.: _63993_    DATE: _10 12 05_

DIAGNOSIS: _Cervical Disc Syndrome_

This is to certify that the above named patient was seen in this office on _10·12·05_ .

1.  This patient is fit to return to full duties on _____ .

2.  This patient is:

    ☐  To avoid bending, stooping, heavy lifting, prolonged standing or walking from _____
       until next evaluation on _____ .

    ☐  To avoid pushing, pulling, lifting & overhead use of _____ upper extremity (ies)
       from _____ until next evaluation on _____ .

3.  This patient is disabled from performing his duties from _7·13·05_ to _8·21·05_ .

PHYSICIAN: _____                    (Seal)

FLOAT _____

03/23/2005

MAXINE L WRIGHT
5721 Magnolia Lane
Falls Church VA 22041

**Re: Absence beginning 03/21/2005**

Dear Maxine L Wright

Your absence to care for your self for the period indicated above has been **approved** for
Family and Medical Leave Act (FMLA) leave. The period of your approved leave will be counted toward
your twelve (12) workweek FMLA allotment, and state allotment, if applicable. This absence will not be
subject to the provisions of the established attendance plan and practices in your area, unless it exceeds the
duration of your remaining FMLA entitlement.

While this absence has been approved for FMLA leave, you may or may not be entitled to payment
under applicable plans, policies, programs, or collective bargaining agreements. For information
regarding potential payments, please contact your supervisor.

We strongly recommend that you monitor your remaining FMLA entitlement on an on-going basis.
You are responsible for communicating with your Supervisor/Absence Administrator during your
absence period.

If you have any questions, please contact the FMLA Administrator at (877) 275-8947, or visit Verizon's
Absence Management intranet web site at http://hr.verizon.com/job/0150_manageabsence.shtml

Thank You

FMLA Administrator

cc: Supervisor Notification Table

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

MAXINE WRIGHT

                                Plaintiff,                     Civil Action No. 1:06-cv-01819-HHK

        v.

VERIZON COMMUNICATIONS INC.

                                Defendant

## ORDER

        It is now ordered by the District Court in the District of Columbia that Verizon Communications
Inc. pay Maxine L. Wright her vacation pay due in full, excused days with pay in full and all excused time
without pay due to an on-the-job injury on March 1, 2005 compensated at the rate of 1/3 her gross salary.
It is now ordered that Maxine L. Wright's Disability Pension with all benefits to be paid to her on a
monthly basis in addition to all retroactive payments.
        Also it is now ordered that Verizon Communications Inc. pay Maxine L. Wright the award in the
sum of $300,000 in compensation for the value of damages as supported by the civil action of case
number 1:06-cv-0819-HHK relief.

_____                                    _____

Date:                                                     The Honorable Henry H. Kennedy, Jr.

**Billing Notice**

# verizon

Statement Date: 12–09–2006
Account Number: 227000033

002263
MAXINE L. WRIGHT
5721 Magnolia Lane
Falls Church VA  22041

This bill is for your benefit coverage.

| Previous Balance | − | Payments Received | + | Current Billing Period Charges | + | Account Adjustments | = | Total Amount Due |
|---|---|---|---|---|---|---|---|---|
| $6,229.16 | | $0.00 | | $889.88 | | $0.00 | | $7,119.04 |

**Your previous balance was not received by the statement date.  Prompt action must be taken to avoid coverage cancellation.**

Please include your account number on your check or money order. Do not include any additional correspondence with your bill. Any correspondence returned with your bill will be discarded.

**Pay With Direct Debit**
For future payments, consider paying your bill with the convenience of direct debit. To enroll in direct debit, access the *Your Benefits Resources*™ Web site at **http://resources.hewitt.com/verizon** or call the Verizon Benefits Center.

Total Amount Due:    $7,119.04

MAXINE L. WRIGHT
- Make check or money order payable to **Verizon Communications Inc.** (do NOT send cash).
- Tear off and enclose this portion of the bill with your payment in the envelope provided.
- See the For More Information section on the back of this bill for address or coverage changes.

8730  000899  227000033  711904  08082006  1  8

VERIZON BENEFITS CENTER
P.O. BOX 0899
CAROL STREAM IL  60132–0899
|ll|ull|ll|ull|ll|ll|ull|ll||ll|ull|ll|ull|ll|ll|ull|l|ll

227000033 V8730–002263



**Current Billing Period Charges**

| Premium Type | Premium Description | Billing Period | Charge |
|---|---|---|---|
| COBRA Medical | Aetna MCN, You + 1 | 01–01–2007 to 01–31–2007 | $845.58 |
| COBRA Vision | Vision, You + 1 | 01–01–2007 to 01–31–2007 | $9.09 |
| COBRA Dental | Aetna DMO, You + 1 | 01–01–2007 to 01–31–2007 | $35.21 |
| | | Total Billing Period Charges | $889.88 |

## Payment Processing Information

All valid payments that are received will be deposited. Any payments deposited after the coverage was dropped will be refunded and will not extend your coverage. If you do not include your account number on all payments, your payment may be subject to a delay in processing.

## For More Information

If you need additional information, access the *Your Benefits Resources*™ Web site at **http://resources.hewitt.com/verizon** or contact the Verizon Benefits Center. To reach the Verizon Benefits Center, have your Social Security number and Benefits Center password available and then dial 1–877–Ask–VzHR (1–877–275–8947). Listen to the main menu to make your selection and then follow the prompts to reach a representative. Benefits Center representatives are available between 8 a.m. and 6 p.m., Eastern time, Monday through Friday.

## COBRA Coverage Termination

Extended coverage will end automatically as described in your COBRA Enrollment Notice. In addition, if any of the situations listed below occurs, extended coverage will automatically end.

- The Company stops providing group health benefits.
- The initial premiums are not paid within 45 days of the election date.
- Premiums for subsequent months are not paid within 30 days of the due date.
- A person eligible for continued benefits becomes covered under any other group health plan (unless such health plan has an enforceable preexisting condition clause) or becomes entitled to Medicare.

If you or qualified beneficiary become covered under another group health plan or entitled to Medicare, immediately call the Verizon Benefits Center toll–free at 1–877–Ask–VzHR (1–877–275–8947).

*Your Benefit Resources*™ is a trademark of Hewitt Management Company LLC.

227000033 V8730–002263





## Group health claims and appeals

The following information applies for "group health" or "health" claims initially filed on or after January 1, 2003. "Group health" or "health" refers to medical options -- including mental health and substance abuse care, prescription drugs and vision care -- and dental options. The steps that you or your authorized representative is required to take to file a group health claim or appeal have changed, and they are outlined in the following chart. The steps vary slightly depending on the type of claim involved.

### Health claims

First, you must determine what type of claim you have:

- **Post-service**
  A claim for reimbursement of medical services already received. This is the most common type of claim.

- **Pre-service**
  A claim for a benefit for which prior authorization is required by the plan.

- **Concurrent care**
  A claim for on-going treatment over a period of time or a number of treatments. For example, if you have been authorized to receive seven treatments from a therapist and during the treatment your therapist suggests 10 treatments, your claim is a concurrent care claim. Some concurrent care claims also are urgent care claims.

- **Urgent care**
  A claim for medical care or treatment that, if the longer time frames for non-urgent care were applied, the delay could: (1) seriously jeopardize the health of the claimant or his or her ability to regain maximum function; or (2) in the opinion of a physician with knowledge of the claimant's medical condition, would subject the claimant to severe pain that could not be managed without the care or treatment that is the subject of the claim.

Second, you must determine whether you have an "eligibility" claim or a "benefit" claim.

An eligibility claim is a claim to participate in a plan or option or to change an election to participate during the year. An example of an eligibility claim is a claim to switch from an indemnity plan to an HMO mid-year. A benefit claim is a claim for a particular benefit under a plan. It will typically include your initial request for benefits. An example of a benefits claim is a claim to receive coverage for a particular type of surgery. However, for prescription benefits, your initial request for benefits does not trigger this procedure. Instead, this procedure does not apply until your pharmacist denies your request for prescription benefits.

V-A-A-M-372-1/03  37748

| | Special rules | | | |
|---|---|---|---|---|
| | **Post-service claim** | **Pre-service claim** | **Concurrent care claim** | **Urgent care claim** |
| **When you will be notified of the claim decision** | | | | |
| You will be notified of the decision within (*see columns to the right*) of the Verizon Benefits Center's receipt of your Claim Initiation Form or the health plan's receipt of your claim. | 30 days<br><br>This period may be extended for 15 days. You will be notified within the initial 30-day period. | 15 days<br><br>This period may be extended for an additional 15 days. You will be notified within the initial 15-day period. | A time period sufficiently in advance of the reduction or termination of coverage to allow you to appeal and obtain a response to that appeal before your coverage is reduced or terminated.<br><br>For concurrent care that is urgent, within 24 hours (provided that you submitted a claim at least 24 hours in advance of a reduction or termination of coverage); otherwise, within 72 hours. | 72 hours |
| **Failure to provide sufficient information procedure** | | | | |
| If you fail to provide sufficient information, the claim may be decided based on the information provided. However, the Verizon Claims Review Unit or health plan may notify you within (*see columns to the right*) that additional information is needed. | 30 days | 15 days | Decision will be based on information provided, unless the concurrent care claim involves urgent care; see urgent care time frame. | 24 hours |
| You will have (*see columns to the right*) to provide the additional information. Otherwise, the claim will be decided based on information originally provided. | 45 days | 45 days | | 48 hours |
| If you provide additional information, you will be notified of the decision by the Verizon Claims Review Unit or the health plan administrator within (*see columns to the right*). | The time period **remaining** for the initial claim. | The time period **remaining** for the initial claim. | | 48 hours |

| | Special rules | | | |
|---|---|---|---|---|
| | Post-service claim | Pre-service claim | Concurrent care claim | Urgent care claim |
| **Step 2** | | | | |

### About appeals and the claims fiduciary

Before you can bring **any** action at law or at equity to recover plan benefits, you **must** exhaust this process. Specifically, you must file an appeal or appeals, as explained in this Step 2, and the appeal(s) must be finally decided by the claims fiduciary.

The Claims Review Committee is the claims fiduciary for all eligibility claims. The Claims Review Committee has delegated its authority to finally determine claims to the health plans for benefit claims. The vast majority of health plans have accepted the responsibility of being the claims fiduciary. If your health plan has not accepted this responsibility, you will be notified in your claim denial notice, which will indicate that you should appeal to the Claims Review Committee.

The claims fiduciary is authorized to finally determine appeals and interpret the terms of the plan in its sole discretion. All decisions by the claims fiduciary are final and binding on all parties.

| | Special rules | | | |
| --- | --- | --- | --- | --- |
| | Post-service claim | Pre-service claim | Concurrent care claim | Urgent care claim |
| **When you will be notified of the appeal decision**<br><br>You will be notified of the decision within (*see columns to the right*) of the Claims Review Committee's or the health plan's receipt of your appeal. | Eligibility appeals:<br><br>60 days<br><br>Benefit appeals:[1]<br><br>60 days, if health plan provides 1 level of mandatory appeal.<br><br>30 days, if health plan provides 2 levels of mandatory appeal. | Eligibility appeals:<br><br>30 days<br><br>Benefit appeals:[1]<br><br>30 days, if health plan provides 1 level of mandatory appeal.<br><br>15 days, if health plan provides 2 levels of mandatory appeal. | Eligibility and benefit appeals:<br><br>Before a reduction or termination of benefits would occur.<br><br>If the concurrent claim involves urgent care, 72 hours[2]. | Eligibility and benefit appeals:<br><br>72 hours[2] |
| **How you will be notified of the appeal decision**<br><br>If your appeal is approved, the Claims Review Committee or the health plan will notify you in writing.<br><br>If your appeal is **denied**, in whole or in part, the Claims Review Committee or the health plan will notify you in writing. Your denial notice will contain:<br>• The specific reason(s) for the denial,<br>• A statement regarding the documents to which you are entitled,<br>• An explanation of the voluntary appeal procedures, if any,<br>• Any internal procedures or clinical information on which the denial was based,<br>• The plan provisions on which the denial was based, and<br>• The following statement: "You and your plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. DOL Office and your State insurance regulatory agency." | | | | |

[1] If your health plan provides more than one level of mandatory appeal, the response time frame is shorter, as noted above. A few Verizon health plans offer a **voluntary** level of appeal. You are **not** required to file this voluntary appeal before filing a civil action; however, you may find it helpful. The health plan will provide you with information regarding its voluntary appeal, if it applies. A voluntary appeal is not subject to the same time frames as mandatory appeals.

[2] If your health plan provides two mandatory appeals, both appeals must occur within the 72-hour time frame.

Claim #: 520503188232    Name: MAXINE WRIGHT

Status: Ended

[CA47] - On 08/09/2005 09:54 - For 520503188232

Call-Up For: [CA47] - On 08/09/2005    Call-Up Complete: [CA47] - On 08/11/2005

ACTION PLAN: FOLLOW UP WITH ER R FLOURCY

[UC98] - On 08/09/2005 10:32 - For 520503188232

Call-Up For: [CCIT] - On 08/09/2005    Call-Up Complete: [CC64] - On 08/09/2005

CRC: CALL BACK REQUEST TO:CA47

ER CALLED:
RENARD
PH: 202-392-0959 OR 202-392-6481

IN REGARD TO IME

[CC64] - On 08/09/2005 11:13 - For 520503188232

Call-Up For: [VRCQ] - On 08/09/200    Call-Up Complete: [CA47] - On 08/09/2005

REDIRECTED RETURN CALL TO:CA47

[CA47] - On 08/09/2005 13:12 - For 520503188232

OUTGOING CALL TO ER R FLOURCY- ADVISED ER WAS NOT AVAILABLE

[CA47] - On 08/11/2005 08:44 - For 520503188232

INCOMING CALL FROM ER E FLOURCY- LATE ENTRY

ER EXPLAINED THAT EE WORK COMP D IME RECOMMENDED EE RTW FT NO R/L
HE STATED THAT VZ ATTORNEY'S ADVISED HIM TO SEND EE LETTER
REQUESTING SHE RTW

HE UNDERSTANDS THAT EE HAD D IME THRU UNIVAL, HOWEVER HE STATES HE
DID AS HE WAS INSTRUCTED BY VZ ATTORNEY

ER WILL NOT CHANGE EE ABS DATES TO REFLECT SHE IS STILL ON
DISABILITY. SHE IS CURRENTLY ' ON VACATION '

ER ALSO STATED THAT UNION IS INVOLVED IN CLAIM

[CA47] - On 08/11/2005 08:45 - For 520503188232

Call-Up For: [CA47] - On 08/11/2005    Call-Up Complete: [CA47] - On 08/17/2005

ACTION PLAN: FOLLOW UP WITH UM/CD72 FOR FURTHER RECOMMENDATIONS

[CD71] - On 08/17/2005 09:58 - For 520503188232

VOICE MAIL LEFT FOR ER RENARD FLOURNOY 202-392-6481 REQUESTING
RETURN CALL. CS TO CONFIRM EE RTW FT WITH NO RESTRICTIONS FOLLOWING
HER VACATION LEAVE.

CFORTE CS

[CA49] - On 08/17/2005 09:58 - For 520503188232

Call-Up For: [CC05] - On 08/17/2005    Call-Up Complete: [CA49] - On 08/17/2005

REFERRAL TO POAP - INVOICE PAYMENT

UNIVAL BILL SENT TO PO-AP

VENDOR: UNIVAL

BULK INVOICE #: 10458

INVOICE DATE: 08/08/05

DATE OF UNIVAL SERVICE: 06/30/05