# UNITED STATES DISTRICT COURT

District of   COLUMBIA

Maxine Wright
5721 magnolia Lane
Falls Church,   Plaintiff   VA 22041

V.

Verizon

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 06-1819-HHK

I, Maxine Wright _____ declare that I am the (check appropriate box)
☐ petitioner/(plaintiff)/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☑ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.   7-79 — 11-2005
   Major Employer: Verizon Communication 2055 LST Rm 401 Wash DC NW 20036  21 HR 37.5 Hrs weekly
   Minor Employer: USPS Lee Hwy Merrifield VA 12-05/12-05 3wks  10 HR 20 WC - Bi-weekly 3 wks

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends              ☑ Yes   ☐ No
   c. Pensions, annuities or life insurance payments    ☐ Yes   ☑ No
   d. Disability or workers compensation payments       ☑ Yes   ☐ No
   e. Gifts or inheritances                             ☐ Yes   ☑ No
   f. Any other sources                                 ☑ Yes   ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

RECEIVED
JAN 03 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 240 Reverse (Rev. 10/03)

Under Workers Compensation Act of 1978 I Received $12,000 1 Time payment from Sedgwick for lost wages
For my weekly pay was $879.64 which translated into compensation rate of 585.63 weekly 12-15-2005
I recieved unemployment in DC Weekly payments of $359 Total $8571.00 over 6 mths 12-17-05 6-1-06
I don't expect to receive any monies from Sedgwick 3rd party workers compensation Verizon
I do not expect to receive any money from Unemployment DC Employment Services
I do Receive a bonus payment til November 2009 - $14 a month from Verizon
I do receive Dividends from stock approximately $24 a year. I will continue receiving these dividends til
Dividends from Dominion Resources Black warrior trust an unspecified year.
Dividends from Keyspan approximately $1 each per month

4. Do you have any cash or checking or savings accounts?    ☑ Yes    ☐ No

   If "Yes," state the total amount.  $5

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☑ Yes    ☐ No

   If "Yes," describe the property and state its value.
   2 - belfuse - 2 @ $30 = $60
   2 Dominion Resources Black Warrior Trust 2 @ $30 = $60
   2. Keyspan 2 @ 41.80 = app $80
   3 ALA - Alcatel Lucent 3 @ 14.14 = 42.37
   Fidelity investment $35

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   N/A

I declare under penalty of perjury that the above information is true and correct.

1-3-2007                                    Maxine Wright
Date                                        Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| United States Judge          Date | United States Judge          Date |