## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAXINE WRIGHT,**<br><br>                    **Plaintiff,**<br><br>          **v.**<br><br>**VERIZON COMMUNICATIONS INC.,**<br><br>                    **Defendant.** | **Civil Action 06-01819 (HHK)** |

## ORDER

Before the court are the applications of Maxine Wright to proceed *in forma pauperis*, filed on December 26, 2006 [#27], and on January 3, 2007 [#30]. Upon consideration of the application filed on January 3, 2007 and the affidavit that supports it, the court concludes that the application should be granted.

Accordingly, it is, this 5th day of January 2007, hereby

**ORDERED** that the application of Maxine Wright to proceed *in forma pauperis* of January 3, 2007 [#30] is **GRANTED**; and it is further

**ORDERED** that Maxine Wright shall be permitted to proceed without prepayment of costs or fees, or the necessity of giving security thereof; and it is further

**ORDERED** that her application of December 26, 2006 [#27], is **DENIED** as moot.

                                        Henry H. Kennedy, Jr.
                                        United States District Judge