UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAXINE WRIGHT,**<br><br>        **Plaintiff,**<br><br>        **v.**<br><br>**VERIZON COMMUNICATIONS INC.,**<br><br>        **Defendant.** | Civil Action 06-01819 (HHK) |

**ORDER TO STRIKE**

Plaintiff filed a "Notice" purporting to file an "exhibit" on December 19, 2006 [#23]. The court strikes the filing because it is not a filing that is authorized by the Civil Rules of the United States District Court for the District of Columbia or the Federal Rules of Civil Procedure.

Accordingly, it is this 8th day of January, 2007, hereby,

**ORDERED** that Plaintiff's "Notice" [#23] is **STRICKEN** and shall be removed from public viewing.

                                                                                Henry H. Kennedy, Jr.
                                                                                United States District Judge