Maxine Wright
5721 Magnolia Lane
Falls Church, Virginia
22041

Case # 1:06-cv-01819 HHK

vs

Verizon

Statement of Case with a Memorandum in Opposition to any and all, Past Present or future Summary Judgments

I am asking this Court to Maintain my memorandum Opposing any past, present or future Summary Judgments. On the grounds that I have in good faith over extended myself and exhausted every process in Verizon Benefits Plan claims and appeals department. ERISA has ignored my claim. I ask the court to allow me to exercise my legal right to have my claim heard in Federal Court. I have my Right to Suit attached.

page 1

Maxine Wright 1-25-07

Maxine Wright
5721 Magnolia Lane
Falls Church, Virginia
22041

Case # 1:06 CV-01819 HHK

vs

Verizon

## Statement of Case

My Order for Disability Pension Disability Retroactive Payments from November 2005 continuing to to present also relief for $300,000 three hundred thousand Dollars should be granted. The following Violations interfered with Recieving my Disability Pension when requested 14 months ago.

Verizon is in clear violation of DC Code § 32-1502 of the Family Medical Leave Act, FMLA while I was certified medically disabled. My Supervisor Benard Flournoy interfered with me taking my leave by Harrassing me and threatning to fire me while out injured from an on the Job injury.

page 2.
Maxine Wright 1-25-07

Maxine Wright
5721 Magnolia Lane
Falls Church, VA 22041

vs

Case # 1:06-CV-01819 HHK

Verizon

Then Renard Flournoy notified the company I returned to work well on my own inititive this conversation Renard Flournoy also Repeated to MetLife and I have submitted (on file) the MetLife transcrept as evedence I filed a complaint with no avail to Erisa who refused to comply Violating my rights under Erisa Code 502(A)(1)(13) Verizon refused to comply and even retaliated against me because of my handicapped and physical limitations 42 USC-12102(2) and 12111(8)(9)(10)(A) of the Americans with Disabilities Act. I could not Recieve equal treatment from Verizon because of my race black. There were numerous unlawful employment practices differing from white employees in my work group. Violating my right

page 3.
Maxine Wright 1-25-07

Maxine Wright
5721 Magnolia Lane
Falls Church, VA 22041

    vs                  Case # 1:06-CV-01819-HHK

Verizon

Under Title 7 Civil Rights Acts of 1964 amended Verizon refused to comply with any binding contract that Verizon has with me including my right to Union Representation.

By Verizons refusal to acknowledge my claim in full I ask the court to grant my attached Order. Violating my rights effected my short term Desability my long term disability and my Pension. I asking the Court to grant my Order also because I have a permanant physical impairment which limits major life activities

I am opposed to all and any motions to Dismiss my Amended Complaint and I'm in Opposition to Summary Judgments.

Maxine Wright   1-25-07

07/19/06  11:50 FAX 7033710909          KINKOS                                     ☒002

EEOC Form 161 (3/98)   **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**          0007217-06

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Maxine L. Wright<br>5721 Magnolia Lane<br>Falls Church, VA 22041 | From: | U. S. EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION -<br>BIRMINGHAM DISTRICT OFFICE<br>Ridge Park Place<br>1130 22nd Street South, Suite 2000<br>Birmingham, AL 35205-1130 |

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 570-2006-00171 | Lula Hall-Bell, Investigator | (205) 212-2074 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☒ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Beverly B. Hinton /aa*                     7/10/06
Bernice Williams-Kimbrough, District Director       (Date Mailed)

Enclosure(s)

cc:   Dianne James

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

MAXINE WRIGHT

                        Plaintiff,          Civil Action No. 1:06-cv-01819-HHK

v.

VERIZON COMMUNICATIONS INC.

                        Defendant

## ORDER

It is now ordered by the District Court in the District of Columbia that Verizon Communications Inc. pay Maxine L. Wright her vacation pay due in full, excused days with pay in full and all excused time without pay due to an on-the-job injury on March 1, 2005 compensated at the rate of 1/3 her gross salary. It is now ordered that Maxine L. Wright's Disability Pension with all benefits to be paid to her on a monthly basis in addition to all retroactive payments.

Also it is now ordered that Verizon Communications Inc. pay Maxine L. Wright the award in the sum of $300,000 in compensation for the value of damages as supported by the civil action of case number 1:06-cv-0819-HHK relief.

Date: _____                    _____
                                                             The Honorable Henry H. Kennedy, Jr.

Certificate of Service

I will mail Reenah Kim at Covington + Burling 1201 Pennsylvania Ave NW Wash DC.

a copy certified us mail

Maxine Wright
1-25-07