Maxine Wright
5721 Magnolia Lane
Falls Church, Virginia 22041

    vs          Civil Case # 1:06-CV-01819 HHK.

Verizon Communications

Motion to Oppose Dismissal
w/ Order for Disability Payments
Disability Pension &
Relief.

Under the grounds supported by my case and ERISA - Employees Retirement Security Act Title 1 section 3000, and 510 and 404 I oppose in addition to all other opposal and motion to Dismiss my amended Complaint.

Maxine Wright

RECEIVED
FEB - 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Certificate of Service

I will mail Reenah Kim
1200 Penn. Ave.
Wash DC 20004

a copy.

Feb. 1, 2007
Maxine Wright

Maxine Wright
5721 Magnolia Lane
Falls church, Virginia 22041

VS

Civil Case # 1:06-CV-01819-HHK

Verizon Communications

## ORDER

It is Now Ordered by the District Court in the District of Columbia that Verizon Communications Inc Pay Maxine L Wright's Disability Pension with all benefits on a monthly basis to begin immediately in the amount of $1700.00 as supported in her case No:1:06-CV-01819 HHK

_____          _____
Date                         The Honorable Henry H. Kennedy Jr

Maxine Wright
5721 Magnolia Lane
Falls Church, Virginia
22041

vs

Verizon Communications

Civil Case No. 1:06-CV-01819HHK

# ORDER

It is Now Ordered by the District Court of the District of Columbia that Verizon Communications Inc. pay Maxine L Wright retroactive Disability Payments in the amount of $37,000 as supported in her case No: 1:06-CV-0819HHK

_____            _____
Date                   the Honorable Henry H. Kennedy Jr.

Maxine Wright
5721 Magnolia Lane
Falls Church, Virginia 22041

vs

Verizon Communications

Civil Case No: 1:06-CV-01819-HHK

# ORDER

It is Now Ordered by the District Court in the District of Columbia that Verizon Communication award Maxine Wright the sum of $300,000 in compensation for the value of damages as supported by the civil action of case number 1:06-CV-01819 HHK for relief.

_____          _____
Dated                      The Honorable Judge Henry Kennedy Jr.