UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAXINE WRIGHT,**<br><br>        **Plaintiff,**<br><br>        v.<br><br>**VERIZON COMMUNICATIONS INC.,**<br><br>        **Defendant.** | Civil Action 06-01819 (HHK) |

**ORDER OF APPOINTMENT OF COUNSEL**

Before the court is plaintiff's motion to appoint counsel [#16], filed on December 11, 2006. Based on the record in this case, the court has determined that counsel should be appointed from the Court's Civil Pro Bono Panel for the limited purpose of assisting in the resolution of this case. Accordingly, it is this 12th of February, 2007 hereby

**ORDERED** that the Clerk of the Court appoint counsel for the plaintiff from the Civil Pro Bono Panel for the purpose of assisting in the resolution of the above-captioned matter.

                                                          Henry H. Kennedy, Jr.
                                                          United States District Court