PRAECIPE

# United States District Court
## for the District of Columbia

the __26th__ day of __February__ 19 __2007__

__MAXINE WRIGHT__
vs.
__Verizon Communications Inc__

Civil / Criminal Action No. __06-1819 HHK__

The Clerk of said Court will __Motion to Appoint Counsel__

1st Assigned Allen Briggs 445237 withdrew

__February 26th, 2007__
Date

_____
BAR IDENTIFICATION NO.

__Maxine Wright__
Signature

__MAXINE WRIGHT__
Print Name

__5721 Magnolia Lane__
Address

__Falls Church    VA    22041__
City            State       Zip Code

__703-820-6566 · 571-241-7430__
Phone Number

CERTIFICATE OF SERVICE

**RECEIVED**
FEB 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT