Maxine Wright
5721 Magnolia Lane
Falls Church, Virginia
571-241-7430     22041

Case #1:06-CV-01819 HHK

VS

Verizon Communication

Motion for a Protective Order
    To Retain the Employees Records
of Verizon Livesource Midtown
    Directory Assistance office
    2055 L St Rm 401
    Washington DC 20036

Verizons Directory Assistance Midtown Livesource office is closing. I worked in this Directory Assistance office and the information Requested through interrogatories, admissions + productions is vital, All but a few of these Verizon's Livesource employees have been transferred to Silver Spring MD or Reassigned. In order to safeguard FMLA information ADA information Civil Rights information and Erisa information and assure its not lost. I am requesting a Protective Order to Retain Interrogatory Information Request
                                                    Maxine Wright

RECEIVED
MAR - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FROM: Plaintiff: Maxine Wright - 1:06-cv-01819-HHK

TO: Defendant: Verizon and their counsel Covington + Burling

Pursuant of Rule 33 I send the 1st Set of Interrogatories and requests for admission or Production of documents.

1. Identify the amount of family Medical Leave on record with Verizon used by myself Maxine Wright from March 1st 2005 through November 30, 2005.

2. Identify the amount of family Medical Leave myself Maxine Wright was entitled to use from March 1st 2005 til present.

3. Identify by name and address the Verizon Attorneys who sent reports records documents letters e-mail correspondence notes computer work memorandums pretaining to myself Maxine Wright to Renard f Cournoy from March 1st 2005 through November 30th, 2005.

Interrogatories Continued
Pursuant Rule 33

4. Identify by name and address the person in charge of Verizons Equal Employment Opportunities for Washington DC.

5. Identify by name and address the person in charge of Verizons Ethics for Washington D.C.

6. Identify by name and address the person in charge of Tier 3 over Metlifes 2nd Level Appeals process in Verizon.

7. State whether Renard Flournoy is a Union Member and Identify his Union Local by number.

8. What job title does Renard Flournoy have today?

9. What was Renard Flournoys job title August 3rd 2005.

10. What date was Renard Flournoy promoted to Customer Service Partner?

11. What date was Renard Flournoy removed from the Washington DC Liveserive office and what were the circumstances to him leaving.

12. What is Renard Flournoys principle work location and how long has he work out of that location.

13. Identify by name and address the person responsible for Verizons ERISA (Employee Retirement Insurance Security Act.)

14. Identify by name and address the person who is in charge of Verizons FMLA (Family Medical Leave Act) Dept.

15. How many white employees in the Liveservice workgroup used FMLA in 2005, 2006 or 2007?

page 4 civil action # 1:06-CV-01819-HHK 2-16-07
Interrogatories Continued
pursuant Rule 33

16. State the number of accommodations made for handicapped persons list all equipment modifications, paid time for all employees not able to do their assigned jobs because of a temporary or permanent handicap in Livesource.

17. Describe all promoted replaced or demoted Customer Service Partners Managers, 2nd Level Managers, 3rd Level Managers in Livesource by name since August 3, 2005 til present.

18. Identify all the types of leave granted with the amount of consecutive months since August 3, 2005 including Surplus and FMLA + medical leave

19. Identify how many employees used FMLA for 12 weeks either by days weeks or months, also how many employees have exhausted FMLA during 2005, 2006, 2007.

20. Identify by name and address the Independant Investigator used by Verizon Human Resources to investigate and reported me their independant findings

21. Identify by name all Verizon & MetLife employees who job was to process my Claims including Short term Disability, Long term Disability & Disability Pension all appeals to Metlife, Verizon Claims Review Committee and Erisa.

22. Produce all correspondence records reports Computer work from Verizon Claims Review Committee and Erisa.

page 6 civil action # 1:06-cv-01819 HHK    2-16-07
Case 1:06-cv-01819-HHK   Document 39   Filed 03/06/2007   Page 7 of 12
Interrogatories to Defendant
pursuant Rule 33

23. Who handle the processing of my (Maxine Wright) Verizon Desability Pension Application and what is the name and address of the person responsible for the disability Pension Dept.

24. Does Verizons' AFL-CIO agreement with Local 2300 Require the Local 2300 President or Union Staff to give union representation for members.

25. State were on you AFL-CIO Verizon agreement that you refuse grievences about attendance.

Civil Case #1:06CV-0189-HHK

Notice of Deposition

I request a Deposition from:

(1) Renard Flournoy
(2) Verizon Claims Review Committee

Date: April 16, 2007
Time: 11:00 Am
Place: 1323 Rhoade Island Ave
Request is from: Maxine Wright
Court Reporter is: Neal R. Gross + Comp
                    202-234-4433


Thank you
Maxine Wright

I certify a copy has been sent to
Reena H Kim.
Covington & Burling
1201 Pennsylvania Ave
Wash. DC 20004

Maxine Wright
5-6-07

Maxine Wright
5721 Magnolia Lane.
Falls Church, Virginia 22041

vs                                    Civil Case # 1:06-CV-01819-HHK

Verizon Communications

# ORDER

It is Now Ordered by the District Court in the District of Columbia that Verizon Communications Inc Pay Maxine L. Wright's Disability Pension with all benefits on a monthly basis to begin immediately in the amount of $1700.00 as supported in her Case No: 1:06-CV-01819 HHK

_____          _____
Date                             The Honorable Henry H. Kennedy Jr

Maxine Wright
5721 Magnolia Lane
Falls Church, Virginia
     22041

Civil Case No. 1:06-CV-01819HHK

vs

Verizon Communications

# ORDER

It is Now Ordered by the District Court of the District of Columbia that Verizon Communications Inc. pay Maxine L. Wright retroactive Disability Payments in the Amount of $46,000 as supported in her case No: 1:06-CV-0819HHK

_____        _____
Date                 the Honorable Henry H. Kennedy Jr

Maxine Wright
5721 Magnolia Lane
Falls Church, Virginia 22041

Civil Case No: 1:06-CV-01819-HHK

Vs

Verizon Communications

# ORDER

It is Now Ordered by the District Court in the District of Columbia that Verizon Communication award Maxine Wright the sum of $300,000 in compensation for the value of damages as supported by the civil action of case number 1:06-CV-01819 HHK for relief.

_____                    _____
Dated                                  The Honorable Judge Henry Kennedy Jr