PRAECIPE

# United States District Court
# for the District of Columbia

the __27th__ day of __March__ 19 __2007__

__Maxine Wright__
vs.
__Verizon Communications__

Civil / Criminal Action No. __06-1819 HHK__

The Clerk of said Court will __Name Correction on Defendant to Verizon Services Corp. Accident Disability Benefits Plan For Mid-Atlantic Associates__

__3-27-07__
Date

_____
BAR IDENTIFICATION NO.

__Maxine Wright__
Signature

__MAXINE WRIGHT__
Print Name

__5721 Magnolia Lane__
Address

__Falls Church   VA   22041__
City              State       Zip Code

__703-820 6566__
Phone Number

CERTIFICATE OF SERVICE

**RECEIVED**
MAR 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT