Maxine Wright

vs

Case # 01-CV-01819 HHK

Verizon Services Corp
and
Verizon Accident Disability Benefits

Genuine Statement of facts w/ Exibit

My on the job accident happened March 1st 2005. I did recieve Accident Desability benefits reduced by Workers Compensation til August 3, 2005 when my supervisor falsely advised Metlife I returned to work on my own as the transcript shows. Metlife also was notified I was terminated August 28th, 2005 also false. My supervisor Renard Flournoy was useing false statements to Verizon to try to suspend me because of my permanant injury he stated to Metlife he was instructed by the Verizon Attorney I didn't work as left work ill

page 1

RECEIVED
MAR 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Metropolitan Life Insurance Company
MetLife Disability, P.O Box 14590, Lexington, KY 40511-4590
**Phone:** 1-800-638-4228    **Fax:** 1-800-230-9531



August 25, 2005

Ms. Maxine L. Wright
5721 Magnolia Lane
Falls Church, VA 22041

RE: Claim #: 520503188232
Personnel #: BAQN5HX
Absence beginning: March 5, 2005

Dear Ms. Wright:

Based on the medical information supplied by your health care provider, your absence has been **approved** beginning on March 5, 2005 through September 21, 2005. You are responsible for communicating with MetLife and your Supervisor/Absence Administrator during your absence.

If a return to work date has not been established, on or near the approved through date, a case manager will contact your health care provider to determine if there is a need for an extension. **If your health care provider has released you to return to work (with or without restrictions) prior to the September 21, 2005, you must contact MetLife and your Supervisor/Absence Administrator immediately.** Verizon's Disability Claims Administrator determines eligibility, as well as any applicable plan limitations or exclusions of disability benefits.

Any certified period of disability will run concurrently with any leave approved under the Family and Medical Leave Act (FMLA) and will be counted towards your annual allotment under FMLA if you are eligible. Your approved disability will qualify for leave under the FMLA from the first date of this current absence. Also, when your certified period of disability ends, you could be eligible for unpaid leave under FMLA.

If you are an employee in the State of New York or New Jersey, MetLife will review information to determine your eligibility under the New York DBL plan (NYDBL) or the New Jersey Private Plan (NJPP), where appropriate.

If you have questions, please contact MetLife's Customer Response Center Monday through Friday from 8:00 A.M. to 8:00 P.M. Eastern Time at the toll free number above. Our Customer Response Center representatives can assist you with your claim questions.

Sincerely,

*Erica Thomson*
**MetLife Disability**

For efficient and prompt claim handling, all documents or correspondence returned to us should contain the claim number.

*Verizon Accident Disability Plan*

> If your Sickness Disability Benefits expire and you are unable to return to work at that time due to continued disability, your employment with the Company will very likely be terminated.

## Accident Disability Benefits

Accident Disability Benefits for a job-related injury that leaves you totally disabled will be paid to you until you recover from your disability or you die. Benefits initially provide replacement income equal to 100% of your pay; then, based on your years of net credited service, they fall to one-half your pay. In the case of a job-related **partial** disability, Accident Disability Benefits are paid for a maximum of six years.

### Eligibility

*Accident Disability Benefits provide immediate coverage for job-related injuries.*

Accident Disability Benefits coverage provides protection for you, as of your first day of employment, if you are physically disabled and unable to work due to a job-related accidental injury.

### Accident Disability Benefits Coverage

*Accident Disability Benefits are based on your pay and years of net credited service.*

Benefits paid due to a **job-related accidental injury** continue for as long as you are totally disabled from working, or for up to six years if you are partially disabled. In addition, you may be paid for your reasonable and necessary medical expenses that result from the injury.

### Benefits for Total Disability

*Benefit payments are equal to full pay, then half pay, depending on net credited service.*

The amount of any Accident Disability payments depends on your base pay, the number of hours you are regularly scheduled to work and your net credited service as of the first calendar day of your absence. For employees in New Jersey Bell Directory Advertising Sales, base pay also includes average daily commissions (a rate of pay set by the commission office at the beginning of each year).

Accident Disability Benefits are reduced by Workers' Compensation to bring the total benefit payment to the amounts shown in the chart on the following page:

Any Sickness Disability Benefits owed to you but not yet paid at the time of your death may be paid to your spouse or other appropriate individual. For example, if you died on a Thursday, your family would receive the payments owed you for the four days of that week. (You would have already been paid benefits for previous weeks.) The Bell Atlantic Benefit Claims Committee determines who will receive the payments for the balance owed as of the date of your death.

If you leave your Company for any reason **except** a disability covered under this Plan, your eligibility to receive disability benefits will stop on the date your employment ends. If you separate from service for any reason while receiving SADBP benefits, you will receive any disability benefits to which you were entitled at the time of termination. For example, if you are receiving Sickness Disability Benefits on February 15 and terminate employment on that date, you will continue to receive disability benefits until your disability ends or the end of the 52-week benefit period, whichever occurs first. If you recover April 3, you will no longer be eligible for SADBP benefits, even if you suffer a relapse on April 5.

**Disability Leave**

*If you don't qualify for SADBP, you may take an unpaid disability leave.*

An unpaid Disability Leave of Absence of up to one year is available to associates who are unable to work due to disability but who are not eligible for benefits under SADBP. This includes employees with less than six months of net credited service and those who have expired SADBP benefits but require additional recuperation time. Medical documentation must be provided and approved by the Company's Health & Safety Services Organization.

Employees who have expired their 52 weeks of SADBP will not receive service credit for this leave. Additionally, there is **no** guarantee of job reinstatement under a disability leave.

For more information on leaves of absence, refer to the Additional Benefits tab in this handbook.

**Your Status on Sickness Disability Benefits**

*Your other benefits will not be affected while you're receiving SADBP benefits.*

While you are receiving Sickness Disability Benefits, you continue on the payroll as an active employee and receive all other benefits for which you are eligible. The Company will guarantee your former job, or one of similar status and pay within the Bell Atlantic region, if available, upon your return. In all circumstances, however, reinstatement is subject to local bargaining agreements which cover adjustments to the workforce that may occur during your absence.

Maxine Wright
5721 Magnolia Lane
Falls Church, Virginia
703-820-6566        22041

Civil Case # 1:06-cv-01819 HHK

vs

Verizon Services Corp
and
Verizon Accident Disability Benefits Plan for the Mid-Atlantic Associates

## Order

It is now ordered by the District Court in the District of Columbia that Verizon Services Corp. and Verizon Accident Disability Benefits Plan for the Mid Atlantic Associates pay Maxine L. Wright's Accident Disability Benefits on a monthly basis beginning immediately in th amount of $1700.00 as supported in her case # 1:06-cv-01819 HHK.

_____
Date

The Honorable Henry H Kennedy Jr

March 27, 2007

I certify a copy will be sent to:

Covington and Burling
1201 Pennsylvania Ave
Wash DC 20004
c/o Reenatl Kim

Maxine Wright