UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Maxine Wright,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Verizon Communications, Inc.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　Civil Action No. 06-1819 (HHK)<br>)<br>)<br>)<br>) |

**NOTICE OF ACKNOWLEDGMENT OF APPOINTMENT OF COUNSEL
FOR THE LIMITED PURPOSE OF MEDIATION**

　　　　I have received and reviewed the Court's Order of Appointment of Counsel for the Limited Purpose of Mediation, including the Guidelines for Court-Appointed Mediation Counsel attached to that Order. I understand that counsel is being appointed for the limited purpose of assisting me with the mediation process, and that I must continue to represent myself in this case with respect to matters other than mediation.

Respectfully submitted,

_Maxine Wright_
Signature of pro se *party*

MAXINE WRIGHT
Name of pro se *party (printed)*

5721 Magnolia Lane
Address

Falls Church VA 22041
City　　　State　　　ZIP

703-820-6566
Telephone

Date: 5-16-2007

RECEIVED
MAY 16 2007
NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT