UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAXINE WRIGHT<br><br>            Plaintiff,<br>     v.<br><br>VERIZON COMMUNICATIONS INC.<br><br>            Defendant. | Civil Action No. 1:06-cv-01819- HHK |

**NOTICE OF ENTRY OF APPEARANCE**

Please enter the appearance of Frederick G. Sandstrom as counsel for Defendant Verizon Communications Inc. in the above-referenced case.

                                              Respectfully submitted,

                                              /s/ Frederick G. Sandstrom
                                              Frederick G. Sandstrom (D.C. Bar #495069)
                                              Covington & Burling LLP
                                              1201 Pennsylvania Ave., N.W.
                                              Washington, DC  20004
                                              Tel.: (202) 662-5499
                                              Fax: (202) 778-5585

                                              *Attorney for Defendant Verizon*
                                              *Communications Inc.*

August 21, 2007

## **CERTIFICATE OF SERVICE**

      I certify that on August 21, 2007 I served true and correct copies of the foregoing Notice of Appearance on the following individuals:

Ms. Maxine Wright
5721 Magnolia Lane
Falls Church, VA  22041
*Plaintiff (pro se)*
*By Certified Mail*

Anne Gbenjo, Esq.
The Gbenjo Law Group
8449 W. Bellfort Ave., Suite 100
Houston, TX  77071
*Plaintiff's Mediation Counsel*
*By Federal Express*

                                    /s/ Frederick G. Sandstrom