UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAXINE WRIGHT<br><br>                    Plaintiff,<br>      v.<br><br>VERIZON COMMUNICATIONS INC.<br><br>                    Defendant. | Civil Action No. 1:06-cv-01819-HHK |

**DEFENDANT'S CONSENT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant Verizon Communications Inc., by agreement with plaintiff through plaintiff's mediation counsel, respectfully requests the Court to extend defendant's time to answer or otherwise respond to plaintiff's Amended Complaint (dkt. 21) until September 7, 2007.

1. Plaintiff filed her *pro se* Amended Complaint on December 13, 2006. (Dkt. 21.) Defendant moved to dismiss on December 21, 2006. (Dkt. 25.) The Court denied the motion to dismiss on August 10, 2007. (Dkt. 45.) Absent an extension, Fed. R. Civ. P. 12(a)(4)(A) requires defendant to answer or otherwise respond to the Amended Complaint by August 24, 2007.

2. The undersigned counsel has recently inherited primary responsibility for this case from another attorney at Covington & Burling LLP. Counsel accordingly requires additional time to review plaintiff's pleadings and to prepare an informed response to plaintiff's allegations.

3. The Court's August 10, 2007 Order recognized the complexity presented by plaintiff's *pro se* allegations, stating that the Court "is endeavoring to appoint counsel for [plaintiff] who may be able to better articulate her grievances in a future submission." (Dkt. 45

at 2 n.1.)  An extension of the response period will therefore also allow the Court additional time to locate and appoint litigation counsel for plaintiff.

4.  Plaintiff, through her mediation counsel, Anne Gbenjo, Esq., consents to defendant's motion for a 14-day extension.

Accordingly, defendant requests that the Court extend defendant's time to answer or otherwise respond to plaintiff's Amended Complaint (dkt. 21) for a period of 14 days, until September 7, 2007.

Respectfully submitted,

/s/ Frederick G. Sandstrom
Frederick G. Sandstrom (D.C. Bar #495069)
Covington & Burling LLP
1201 Pennsylvania Ave., N.W.
Washington, DC  20004
Tel.: (202) 662-5499
Fax: (202) 778-5585

*Attorney for Defendant Verizon Communications Inc.*

August 21, 2007

**CERTIFICATE OF SERVICE**

I certify that on August 21, 2007, I served true and correct copies of the foregoing Consent Motion to Extend Time to Respond to Plaintiff's Amended Complaint on the following individuals:

Ms. Maxine Wright
5721 Magnolia Lane
Falls Church, VA  22041
*Plaintiff (pro se)*
*By Certified Mail*

Anne Gbenjo, Esq.
The Gbenjo Law Group
8449 W. Bellfort Ave., Suite 100
Houston, TX  77071
*Plaintiff's Mediation Counsel*
*By Federal Express*

/s/ Frederick G. Sandstrom

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAXINE WRIGHT<br><br>　　　　　Plaintiff,<br>　v.<br><br>VERIZON COMMUNICATIONS INC.<br><br>　　　　　Defendant. | Civil Action No. 1:06-cv-01819- HHK |

**[PROPOSED] ORDER**

Defendant's Consent Motion to Extend Time to Respond to Plaintiff's Amended Complaint (dkt. 46), is GRANTED.

Defendant shall answer or otherwise respond to plaintiff's Amended Complaint (dkt. 21) by September 7, 2007.

So ordered on this _____ day of _____, 2007

_____
Henry H. Kennedy, Jr.
United States District Judge

**PARTIES TO SERVE WITH ORDER**

Ms. Maxine Wright
5721 Magnolia Lane
Falls Church, VA  22041
*Plaintiff (pro se)*

Anne Gbenjo, Esq.
The Gbenjo Law Group
8449 W. Bellfort Ave., Suite 100
Houston, TX  77071
*Plaintiff's Mediation Counsel*

Reenah L. Kim
Frederick G. Sandstrom
Covington & Burling LLP
1201 Pennsylvania Ave., N.W.
Washington, DC  20004
*Counsel for Defendant*