UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAXINE WRIGHT,

            Plaintiff,

   v.                             Civil Action No. 06-1819  (HHK)

VERIZON COMMUNICATIONS, INC.,

            Defendant.

**ORDER**

It is hereby

ORDERED that the Court's May 7, 2007 Order of Appointment of Counsel for the Limited Purpose of Mediation [Dkt. #42] is VACATED.

SO ORDERED.

                                          /s/
                            HENRY H. KENNEDY, JR.
                            United States District Judge

Date: September 21, 2007