United States District Court
for the District of Columbia

Dec, 10 2007

Maxine Wright
5721 Magnolia lane
Falls Church, VA 22041
703-820-6566
      plaintiff

      Case no: 1:CV-06-01819-HHK

vs

Verizon Communications

Motion to Extend time for 90 days
To Obtain an Attorney Upon an
Unsuccessful Mediation.

I would like a 90 day extention to obtain an Attorney if Mediation is not successful in my case. I appreciate all Help but to avoid default, which to my understanding would come after the 3rd Pro Bono Board Referral decline. I am requesting time to Obtain + Retain a Lawyer

Submitted by
Maxine Wright

RECEIVED
DEC 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Certificate of Service

Copy of Motion will be sent by US mail to

Frederick G. Sandstrom
Covington & Burling
1201 Pennsylvania Ave NW
Washington DC 20004

c/o
(Counsel for Verizon)

from Plaintiff
Maxine Wright

United States District Court
for the District of Columbia

Dec 10, 2007

Maxine Wright
    plaintiff

vs

Verizon Communication
    defendant

## ORDER

Granted to Maxine Wright an extension to obtain an attorney.

_____
The Honorable Judge Henry H. Kennedy