UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAXINE WRIGHT

               Plaintiff,

v.

VERIZON COMMUNICATIONS INC.

               Defendant.

Civil Action No. 1:06-cv-01819- HHK

**DEFENDANT'S CONSENT MOTION TO CONTINUE STATUS CONFERENCE**

     Defendant Verizon Communications Inc., by agreement with plaintiff through plaintiff's mediation counsel, respectfully requests the Court to continue the parties' December 17, 2007 status conference until January 7, 2008.

     1.     The parties last appeared before the Court for a status conference on October 29, 2007.  At the October 29th status conference, the parties represented to the Court that they continued to engage in mediation of plaintiff's claims.  The Court scheduled a status conference for December 17, 2007, but indicated that the Court would continue that status conference if the parties' mediation efforts remained ongoing.

     2.     The parties' mediation efforts continue.  The parties exchanged supplemental mediation statements on November 8, 2007, and are engaged in ongoing telephonic mediation with Mr. Michael Terry of the Court's mediation office.  The parties are working to schedule a second in-person mediation session during the first week of January 2008.

     3.     Plaintiff, through her mediation counsel, Anne Gbenjo, Esq., consents to a continuance of the December 17, 2007 status conference.

2

Accordingly, because of the parties' ongoing mediation of plaintiff's claims, defendant, requests that the Court continue the December 17th status conference for 21 days, until January 7, 2008.

Respectfully submitted,

/s/ Frederick G. Sandstrom
Frederick G. Sandstrom (D.C. Bar #495069)
Covington & Burling LLP
1201 Pennsylvania Ave., N.W.
Washington, DC  20004
Tel.: (202) 662-5499
Fax: (202) 778-5585

*Attorney for Defendant Verizon Communications Inc.*

December 14, 2007

## **CERTIFICATE OF SERVICE**

  I certify that on December 14, 2007, I served true and correct copies of the foregoing Consent Motion to Continue Status Conference on the following individuals:

Ms. Maxine Wright
5721 Magnolia Lane
Falls Church, VA  22041
*Plaintiff (pro se)*
*By Certified Mail*

Anne Gbenjo, Esq.
The Gbenjo Law Group
8449 W. Bellfort Ave., Suite 100
Houston, TX  77071
*Plaintiff's Mediation Counsel*
*By Federal Express*

                 /s/ Frederick G. Sandstrom

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAXINE WRIGHT<br><br>                Plaintiff,<br>  v.<br><br>VERIZON COMMUNICATIONS INC.<br><br>                Defendant. | Civil Action No. 1:06-cv-01819- HHK |

### [PROPOSED] ORDER

Defendant's Consent Motion to Continue Status Conference (dkt. 51) is GRANTED.

The status conference scheduled for December 17, 2007, is continued until January 7, 2008, at ____am.

So ordered on this ____ day of _____, 2007

_____
Henry H. Kennedy, Jr.
United States District Judge

**PARTIES TO SERVE WITH ORDER**

Ms. Maxine Wright
5721 Magnolia Lane
Falls Church, VA  22041
*Plaintiff (pro se)*

Anne Gbenjo, Esq.
The Gbenjo Law Group
8449 W. Bellfort Ave., Suite 100
Houston, TX  77071
*Plaintiff's Mediation Counsel*

Reenah L. Kim
Frederick G. Sandstrom
Covington & Burling LLP
1201 Pennsylvania Ave., N.W.
Washington, DC  20004
*Counsel for Defendant*