## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAXINE WRIGHT, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) ) |
| VERIZON COMMUNICATIONS, INC. | ) ) ) Civil Action No. 06-01819 (HHK) |
| Defendant | ) ) ) |

### NOTICE OF APPEARANCE

Irving Kator of Kator, Parks, & Weiser, PLLC, hereby enters his appearance on behalf of Plaintiff Maxine Wright.

Respectfully submitted,

/s/

Irving Kator
D.C. Bar No. 91884
KATOR, PARKS & WEISER, PLLC
1200 18th Street, N.W., Suite 1000
Washington, D.C. 20036
Telephone: (202) 898-4800
Facsimile: (202) 289-1389

February 21, 2008                Attorney for Plaintiff