# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAXINE WRIGHT, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>VERIZON COMMUNICATIONS, INC. )<br>)<br>Defendant )<br>) | Civil Action No.  06-01819 (HHK) |

## NOTICE OF APPEARANCE

Cathy A. Harris of Kator, Parks, & Weiser, PLLC, hereby enters her appearance on behalf of Plaintiff Maxine Wright.

Respectfully submitted,


Cathy A. Harris
D.C. Bar No. 467206
KATOR, PARKS & WEISER, PLLC
1200 18th Street, N.W., Suite 1000
Washington, D.C.  20036
Telephone: (202) 898-4800
Facsimile: (202) 289-1389

March 10, 2008                                              Attorney for Plaintiff