UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                           )
MAXINE WRIGHT,                             )
                                           )
            Plaintiff,                     )
                                           )
      v.                                   )        Civil Action No. 06-1819
                                           )        (HHK)
VERIZON COMMUNICATIONS, INC.,              )
                                           )
            Defendant.                     )
_____  )

## JOINT MOTION FOR SCHEDULING ORDER

The parties jointly request that the Court enter an order approving the following proposed

schedule in the above-captioned case.

The parties propose that discovery proceed as follows:

1.      Exchange of supplemental initial disclosures by May 23, 2008.

2.      Close of discovery on September 2, 2008.

3.      The parties will adhere to the limits on discovery as provided in Local Rules

        26.2(c) regarding the length of depositions, Fed. R. Civ. Pro. 30(a)(2) regarding

        the number of depositions, and Fed. R. Civ. Pro. 33(a)(1) regarding the number of

        interrogatories.  The parties agree to allow for additional reasonable discovery

        without seeking leave from the Court, unless necessary.

4.      The parties agree to limit their document requests to no more than 30. The parties

        agree to allow for additional reasonable discovery without seeking leave from the

        Court, unless necessary.

The parties further propose that dispositive motions will be filed on or before October 22,

2008.  The parties propose that responses to dispositive motions will be due on December 10,

2008.  The parties further propose that replies to responses to dispositive motions will be due on

January 7, 2009.

       The parties request that the Court approve the above schedule in this case.  A proposed

order is attached.


                        Respectfully submitted,


                        _____/s/_____

                        Irving Kator, Bar No. 091884

                        Cathy A. Harris, Bar No. 467206

                        Kator, Parks & Weiser, PLLC

                        1200 18th Street, NW Suite 1000

                        Washington, DC 20036

                        (202) 898-4800

                        Fax: (202) 289-1389

                        Attorneys for Plaintiff


                        _____/s/_____

                        Frederick G. Sandstrom (Bar No. 495069)

                        COVINGTON & BURLING, LLP

                        1201 Pennsylvania Avenue, NW

                        Washington, DC 20004

                        (202) 662-5499

                        Email: gsandstrom@cov.com

                        Attorney for Defendant


Date:  May 9, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
MAXINE WRIGHT,                                      )
                                                    )
            Plaintiff,                              )
                                                    )
    v.                                              )        Civil Action No. 06-1819
                                                    )        (HHK)
VERIZON COMMUNICATIONS, INC.,                       )
                                                    )
            Defendant.                              )
_____            )

## **ORDER**

Upon consideration of the parties' joint motion, it is hereby ordered that:

1.    The parties will exchange supplemental initial disclosures by May 23, 2008.
2.    All discovery will close on September 2, 2008.
3.    The parties will adhere to the limits on discovery as provided in Local Rules
      26.2(c) regarding the length of depositions, Fed. R. Civ. Pro. 30(a)(2) regarding
      the number of depositions, and Fed. R. Civ. Pro. 33(a)(1) regarding the number of
      interrogatories.  The parties agree to allow for additional reasonable discovery
      without seeking leave from the Court, unless necessary.
4.    The parties agree to limit their document requests to no more than 30. The parties
      agree to allow for additional reasonable discovery without seeking leave from the
      Court, unless necessary.
5.    Dispositive motions will be filed on or before October 22, 2008.  Responses to
      dispositive motions will be due on December 10, 2008, and replies due on
      January 7, 2009.


                                    _____
                                    Judge
                                    United States District Court