UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAXINE WRIGHT, )<br>　　　　Plaintiff, )<br>　　v. )<br>VERIZON COMMUNICATIONS, INC., )<br>　　　　Defendant. ) | Civil Action No. 06-1819<br>(HHK) |

**NOTICE OF WITHDRAWAL OF COUNSEL IRVING KATOR**

　　　Plaintiff's counsel regrets to notify the Court of the withdrawal of counsel Irving Kator, Bar No. 091884, due to his death. Plaintiff respectfully requests that the Court designate Ms. Harris as lead counsel on the matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Cathy A. Harris, Bar No. 467206
　　　　　　　　　　　　　　　　　　　Kator, Parks & Weiser, PLLC
　　　　　　　　　　　　　　　　　　　1200 18th Street, NW Suite 1000
　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　(202) 898-4800
　　　　　　　　　　　　　　　　　　　Fax: (202) 289-1389
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Date: June 3, 2008