UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAXINE WRIGHT<br><br>                Plaintiff,<br>    v.<br><br>VERIZON COMMUNICATIONS INC.<br><br>                Defendant. | Civil Action No. 1:06-cv-01819-HHK |

**JOINT MOTION TO REFER TO MEDIATION
AND TO STAY THE DISCOVERY DEADLINE**

Pursuant to Rule 84.4 of the local rules of the United States District Court for the District of Columbia, Plaintiff Maxine Wright and Defendant Verizon Communications Inc., hereby jointly move to refer this case to mediation before a U.S. Magistrate Judge of this Court. The parties request that Magistrate Judge John M. Facciola conduct the mediation if his schedule permits. In the event that Judge Facciola is unavailable, the parties request that Magistrate Judge Alan Kay conduct the mediation. Plaintiff and Defendant also jointly move to stay the Court's September 2, 2008 deadline to complete discovery, pending the mediation of Plaintiff's claims.[1]

The Court previously referred this case to mediation through the Court's Mediation Program. Although the parties were unable to reach a settlement, the first mediation successfully narrowed the previously-substantial gap between Plaintiff's and Defendant's views of the settlement value of Plaintiff's claims. Accordingly, at the parties' April 25, 2008 Scheduling Conference, the Court indicated its desire to refer the case to a second mediation.

---

[1] Pursuant to Local Rule 7.1(m), the parties met-and-conferred regarding this motion, and agreed to filed a joint motion.

2

The parties continued informal settlement discussions following the Scheduling Conference, and now believe that mediation before a U.S. Magistrate Judge will facilitate final settlement of this case.

The parties also believe that a discovery stay is appropriate pending mediation. The parties have timely exchanged initial and supplemental disclosures and have engaged in limited discovery. However, the parties jointly agreed to extend the discovery period following the June 3, 2008 death of Plaintiff's lead counsel, Irving Kator, Esq.

Respectfully submitted,

/s/ Cathy A. Harris
Cathy A. Harris (D.C. Bar # 467206)
Kator, Parks & Weiser PLLC
1200 18th St., M.W., Suite 1000
Washington, D.C.  20036
Tel.: (202) 898-4800
Fax: (202) 289-1389

*Attorney for Plaintiff*
*Maxine Wright*

August 27, 2008

/s/ Frederick G. Sandstrom
Frederick G. Sandstrom (D.C. Bar #495069)
Covington & Burling LLP
1201 Pennsylvania Ave., N.W.
Washington, D.C.  20004
Tel.: (202) 662-5499
Fax: (202) 778-5585

*Attorney for Defendant*
*Verizon Communications Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAXINE WRIGHT<br><br>          Plaintiff,<br><br>     v.<br><br>VERIZON COMMUNICATIONS INC.<br><br>          Defendant. | Civil Action No. 1:06-cv-01819-HHK |

## **PROPOSED ORDER**

Upon consideration of Plaintiff's and Defendant's Joint Motion to Refer to Mediation and to Stay the Discovery Deadline, it is hereby ORDERED that the parties' Joint Motion is GRANTED.

SO ORDERED on this ____ day of _____, 2008.

_____
Henry H. Kennedy, Jr.
United States District Judge

## **PARTIES TO SERVE WITH ORDER**

Cathy A. Harris, Esq.
Kator, Parks & Weiser PLLC
1200 18th St., M.W., Suite 1000
Washington, D.C. 20036
Tel.: (202) 898-4800
Fax: (202) 289-1389
*Attorney for Plaintiff*

Frederick G. Sandstrom, Esq.
Covington & Burling LLP
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 662-5499
Fax: (202) 778-5585
*Attorney for Defendant*