UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAXINE WRIGHT,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**VERIZON COMMUNICATIONS INC.,**<br><br>　　　　　Defendant. | Civil Action 06-01819 (HHK)(JMF) |

**ORDER REFERRING ABOVE-CAPTIONED ACTION TO MEDIATION**

With the consent of the parties, it is by the court this 29th day of August 2008,

**ORDERED** that the above-captioned case be referred to United States Magistrate Judge Facciola for the purpose of conducting mediation proceedings to conclude by no later than November 1, 2008. The parties are to jointly contact Magistrate Judge Facciola in order to schedule the proceedings; and counsel and the parties, including persons with settlement authority, are to attend the mediation sessions. If the case settles in whole or in part, counsel shall promptly advise the Court of the settlement by filing a stipulation. Henceforth, and until this referral is terminated, ALL filings in this case shall include the initials of Magistrate Judge Facciola, "JMF," in the caption next to the initials of the undersigned judge. *See* LCvR 5.1(f).

　　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge