UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAXINE WRIGHT,**<br><br>         Plaintiff,<br><br>    v.<br><br>**VERIZON COMMUNICATIONS INC.,**<br><br>         Defendant. | Civil Action 06-01819 (HHK) |

### ORDER

Before the court is the parties' "Joint Motion to Refer to Mediation and to Stay the Discovery Deadline" [#57]. Upon consideration of the motion and in light of the court's order filed this same day referring the above-captioned case to mediation, the court concludes that this motion should be granted. Accordingly, it is this 29th day of August 2008, hereby

**ORDERED** that discovery in the above-captioned case is **STAYED** until further order of the court.

                                                                                       Henry H. Kennedy, Jr.
                                                                                       United States District Judge