REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-H

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: 28:1331 Fed. Question: Employment Discrimination | | | | |
|---|---|---|---|---|
| CASE NO:<br><br>06 cv 1819 | DATE REFERRED:<br><br>SEPT 8,2008<br><br><br>DISPOSITION DATE: | PURPOSE:<br><br>MEDIATION | JUDGE:<br><br>HENRY H. KENNEDY, JR | MAG. JUDGE<br><br>JOHN M. FACCIOLA |

| PLAINTIFF (S) :<br><br>MAXINE WRIGHT | DEFENDANT(S):<br><br>VERIZON COMMUNICATIONS, INC. |
|---|---|

| ENTRIES: |
|---|
| |